**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $1.11 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.36 |

Postmark: MARTIN LUTHER KING STATION, WASHINGTON DC, JUL 27 2006
07/27/2006

Recipient's Name: Alberto Gonzales, US Dept of Justice
Street: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, February 2000    See Reverse for Instructions

7099 3400 0018 3590 8462

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
US Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest Parker_
☐ Agent
☐ Addressee

B. Received by (Printed Name): 
C. Date of Delivery: JUL 31 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0018 3590 8462

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540