UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELAINE WALLS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1259 (RWR) |
| v. | ) |
| | ) |
| **NORMAN Y. MINETA,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
| | ) |
| Defendant. | ) |
| | ) |

AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Elaine Walls in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3590 8455 on July 27, 2006 to: the Secretary for the U.S. Department of Transportation, 400 7th Street, S.W., Washington, DC, 20590. Signed receipt of the Complaint and Summons was made on July 31, 2006. Copies of the certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge, information and belief.

___09/22/06_____                    _____/s_____
Dated                                         Camilla C. McKinney, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2006, I caused a true and correct copy of the foregoing Affidavit for Return of Service to be served electronically to:

Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC  20530

_____/s_____
Camilla C. McKinney