**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON DC 20590                                WAUS

| | |
|---|---|
| Postage | $ $1.11 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.36 |

Postmark: MARTIN LUTHER KING STATION, JUL 27 2006, WASHINGTON DC 20043

Recipient's Name *(Please Print Clearly) (to be completed by mailer)*
Norman Y. Mineta, US Dept of Transporta

Street, Apt. No.; or PO Box No.
400 7th Street, SW

City, State, ZIP+4
Washington DC 20590

PS Form 3800, February 2000              See Reverse for Instructions

7099 3400 0018 3590 8455

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Norman Y. Mineta
US Dept of Transportation
400 7th Street, SW
Washington, DC 20590

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Erin Miller                       7/31/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number *(Transfer from service label)*
7099 3400 0018 3590 8455

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540