**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WALLS

WASHINGTON, DC 20530

| | |
|---|---|
| Certified Fee | $2.31 |
| Return Receipt Fee (Endorsement Required) | $2.40 |
| Restricted Delivery Fee (Endorsement Required) | $1.85 |
| | $0.00 |
| Total Postage & Fees | $ |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Kenneth Wainstein

Street, Apt. No.; or PO Box No.
555 Fourth Street, NW

City, State, ZIP+4
Washington DC 20530

PS Form 3800, February 2000                    See Reverse for Instructions

7099 3400 0018 3588 5626

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth Wainstein

555 Fourth Street, NW

Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUL 3 1 200...

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7099 3400 0018 3588 5626

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540