UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS,** | ) <br> ) <br> ) |
| **Plaintiff** | ) <br> ) Civil Action No. 06-1259 (TFH) |
| v. | ) <br> ) <br> ) |
| **MARY E. PETERS,** <br> **SECRETARY** <br> **U.S. DEPARTMENT OF TRANSPORTATION,** | ) <br> ) <br> ) <br> ) |
| **Defendant.** | ) <br> ) |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD**
**AND TO CONTINUE STATUS CONFERENCE**

Defendant Mary E. Peters, Secretary, U.S. Department of Transportation, and Plaintiff Elaine Walls, by and through their undersigned counsel, and pursuant to Fed.R.Civ.P. 6(b)(1), hereby respectfully move to extend the discovery period until October 22, 2007. The discovery period currently ends May 21, 2007. There is a status conference set for May 25, 2007 at 9:15 a.m. The parties also request that the status conference be continued.

The parties request this enlargement of discovery because the parties have been actively engaged in settlement discussions and would like to continue these discussions. In addition, the parties need additional time in which to complete written discovery and to take depositions. Discovery has not been completed because the parties have focused their energies on determining whether the case can be settled and have also encountered difficulties with the scheduling of depositions. These circumstances make it necessary for parties to request an extension of discovery.

Wherefore, parties move for an extension of the discovery period until October 22, 2007 and a continuance of the status conference.

Respectfully submitted,

/s/
JEFFREY A TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

/s/
Camilla C. McKinney, Esq.
D.C. Bar No. 448776
Law Offices of Camilla C McKinney, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
| | ) |
| **MARY E. PETERS,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION,** | ) |
| | ) |
| **Defendant**. | ) |

## ORDER

Upon consideration of the Parties' Joint Motion to Extend the Discovery Period until October 22, 2007, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that parties shall have until October 22, 2007, to complete discovery. The status conference shall be continued until _____, 2007.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge