# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE WALLS, | ) |
| Plaintiff, | ) Civil Action No. 06-CV-1259 (TFH) |
| v. | ) |
| MARY E. PETERS, Secretary, Department of Transportation, | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Marian L. Borum as counsel for Defendant in the above-captioned case.

    /s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov