# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELAINE WALLS**, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
|  | ) |
| **NORMAN Y. MINETA,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO ENLARGE THE DISCOVERY PERIOD

Plaintiff Elaine Walls, by and through her undersigned counsel, and pursuant to Fed.R.Civ.P. 6(b)(1), hereby respectfully moves to enlarge the discovery period by One Hundred Twenty (120) days until February 19, 2008. The discovery period currently ends October 22, 2007.

Pursuant to LCvR 7(m), Plaintiff has communicated with Defendant concerning this motion. Defendant does not consent. Defendant anticipates filing a Motion for Summary Judgment and indicated that Defendant would be filing a separate Motion to Stay Discovery until its Motion for Summary Judgment is decided by the Court.

Plaintiff requests this enlargement of discovery in order to continue with the discovery process which is still incomplete. Both parties have served written discovery requests and the Plaintiff is still in the process of preparing her response to the Defendant's written discovery requests. Although Plaintiff has received a response to her written discovery from Defendant,

Plaintiff is still analyzing and evaluating the response to determine if Defendant has made a sufficient and complete response to discovery. Additionally, Plaintiff anticipates retaining an expert witness and needs the extension of time to ensure that Plaintiff receives the discovery necessary for an expert to complete a report. Moreover, the parties have not conducted any depositions and Plaintiff anticipates that several witnesses will need to be deposed.

Accordingly, Plaintiff requests the additional time to allow undersigned counsel to complete written discovery, thoroughly review the Defendant's response to the Plaintiff's discovery, conduct depositions and gather expert witness testimony. These circumstances make it necessary for the Plaintiff to request an additional One Hundred Twenty (120) days for discovery.

For all of the foregoing reasons, Plaintiff respectfully requests an enlargement of the discovery period until February 19, 2008.

Dated: October 3, 2007    Respectfully submitted,

_____/s_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2007, I caused a true and correct copy of the foregoing Motion to Enlarge the Discovery Period to be sent, via CM/ECF, to:

Kenneth Adebonojo, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

_____/s_____
Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS** ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 06-1259 (TFH) | |
| v. ) | |
| ) | |
| **NORMAN Y. MINETA,** ) | |
| **SECRETARY** ) | |
| **U.S. DEPARTMENT OF TRANSPORTATION** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Plaintiff's Motion to Enlarge the Discovery Period, and the entire record herein, it is hereby ORDERED that the Scheduling Order in this case be modified and that the Plaintiff have until February 19, 2008, to complete discovery in this case.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge