UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELAINE WALLS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1259 (TFH) ECF |
| MARY E. PETERS, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Summary Judgment be and is hereby GRANTED; it is

ORDERED that the above-captioned case be and is hereby DISMISSED with prejudice; and it is

SO ORDERED.

_____
U.S. District Court Judge