UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE WALLS,<br><br>      Plaintiff,<br><br>v.<br><br>MARY E. PETERS,<br><br>      Defendant. | Civil Action No. 06-1259 (TFH)<br>ECF |

## NOTICE OF FILING OF EXHIBITS

Notice is hereby provided that on this 17th day of October 2007, Defendant files the Exhibits 1 through 24, and the Declaration of Suzanne O'Malley, supporting Defendant's Motion for Summary Judgment, Defendant's Memorandum of Points and Authorities in Support of Motion for Summary Judgment and Statement of Material Facts, filed on October 16, 2007. *See* USDC Pacer Doc. No. 14. Due to administrative constraints these exhibits could not be filed simultaneously with the Motion and Defendant regrets any inconvenience.

Dated: October 17, 2007.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, D.C. Bar No. 498610
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        _____
        KENNETH ADEBONOJO
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W.
        Washington DC 20530
        Phone: 202-307-0406
        Fax: 202-514-8780
        Kenneth.Adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2007, I caused the foregoing *Notice of Filing* and all attachments to be served on parties of record via ECF.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington DC 20530
Phone: 202-307-0406
Fax: 202-514-8780
Kenneth.Adebonojo@usdoj.gov