# EXHIBIT 3

**Equal Employment Opportunity (EEO) Informal Complaint**

February 18, 2004

I, <u>**Elaine Walls**</u>, was discriminated against based on my sex (female), race (African-American), and age by FMCSA's Chief Counsel, Brigham McCown and Deputy Chief Counsel, Judy Rutledge, when I was denied a promotion to a GS-15, other opportunities for professional development in the Chief Counsel's Office and an opportunity to participate in the Executive Potential Program (EPP).

On February 6, 2004, I met with Ms. Rutledge and Mr. McCown to discuss my opportunities to participate into the EPP, other options for professional development in the Counsel's Office and my request to be promoted to the GS-15 Senior Attorney level. They told me at that time that my promotion request was denied. Ms. Rutledge indicated that while I was almost at the GS-15 attorney promotion level and performing at a high level in this office, she would need to develop a plan for me to get there. Mr. McCown also told me that my immediate supervisor, Suzanne O'Malley, said that she did not believe that I was qualified for a promotion to the GS-15 attorney level. I disagreed with both Brigham and Judy on all of these points, especially about <u>not</u> being qualified for a promotion to the GS-15 attorney level.

Mrs. O'Malley has always supported me in my endeavors and continues to tell me that I am doing an excellent job in her Division. In fact, when I told her about my meeting with Mr. McCown and Ms. Rutledge, Suzanne said that she hoped it would generate discussions concerning my promotion to the GS-15 attorney level. Mrs. O'Malley also wanted to clarify that she at no time told Mr. McCown or Ms. Rutledge that I did not deserve my promotion to the GS-15 attorney level.

Because all of the parties involved seemed to have conflicting views at this February 6th meeting concerning the professional opportunities that were available to me in the Chief Counsel's Office, and whether or not I was qualified for a promotion to the GS-15 attorney level, Mr. McCown asked if I could meet with both Judy and Suzanne to discuss these issues further. Mr. McCown also stated that he would follow-up on these discussions.

The meeting with Judy and Suzanne occurred on February 10, 2004. In the February 10th meeting, Ms. O'Malley continued to support me in my

efforts to obtain a promotion to the GS-15 attorney level. Ms. Rutledge, however, denied the request because she believed that I have not yet reached her expectations to be promoted to the senior attorney level position. Ms. Rutledge also denied my request to recommend me as a candidate for the EPP program until both she and Suzanne had a chance to develop a plan for me to accomplish this. Yet, another attorney in our office, Mr. Solomey,[1] did not need a plan to become eligible and nominated for the EPP.

Ms. Rutledge mentioned for the first time a few of her reasons for denying my request for professional development and for my promotion to the GS-15 attorney level, but none of these issues were brought to my attention prior to our meeting on February 10, 2004. Nor do they substantiate her denial of my requests to be promoted to the GS-15 attorney level, to be recommended for other professional opportunities, or to be nominated for the EPP.

I strongly believe that I have been subjected to disparate treatment based on sex, race and age when management continues not to promote me to the position of a GS-15 Senior Attorney nor to offer me the same professional opportunities as my male counterparts.

Respectfully submitted,

*Elaine Walls*
Elaine Walls

---

[1] At this time, Mr. Joe Solomey was a similarly situated male GS-14 attorney in this office.

2