# EXHIBIT 4

ADDENDUM TO THE PRE-COMPLAINT INTAKE INTERVIEW SUMMARY

Date *March 19, 2004*
Pre-Complaint Number _____

MEMORANDUM FOR   Director of Civil Rights (MC-CR), 400 7th Street, S.W., Washington, DC  20590

SUBJECT:  Addendum to the Pre-complaint Intake Interview Summary

1. The following matters, in addition to those previously identified in the Pre-complaint Intake Interview Summary, dated _____, were identified during the informal counseling or ADR process:

*Brigham McCown and Judy Rutledge retaliated against me for engaging in the EEO process —*

*(1) On March 18, 2004, when Brigham McCown failed to agree to participate in mediation; and*

*(2) On March 19, 2004, when I failed to receive an "Outstanding" rating for the 2003 Performance Appraisal period although my supervisor's write-up support it.*

2. I certify by signing below that I have received a copy of this addendum to the Pre-complaint Intake Interview Summary.

*Elaine Walls*
Aggrieved person

*Keith Pixton*  3/19/04
EEO counselor/mediator   1400 - 1430E

*Carmen Sevier*
EEO Official

Encl - 8
Page 6 of 6