# EXHIBIT 11



THE SECRETARY OF TRANSPORTATION
WASHINGTON, D.C. 20590

January 13, 2005

MEMORANDUM TO:   HEADS OF OPERATING ADMINISTRATIONS
                 CHIEF COUNSELS

FROM:            Norman Y. Mineta

SUBJECT:         Attorney Promotion Policy in DOT

In reviewing the policies and practices of the legal offices within the Department, I have become concerned that inconsistent implementation of policies regarding attorney promotions may have an adverse impact on our ability to recruit and retain a strong legal workforce. As you know, there is a substantial salary differential between Federal government agencies and private law firms, which sometimes makes it difficult for the Department to recruit and retain talented attorneys.

While the Department cannot expect to match private sector salaries for attorneys, it should seek to be as competitive as possible and should take all appropriate steps to promote meritorious attorneys where warranted. A promotion is not an entitlement and should never be viewed as such. However, the Department's attorneys should be accorded promotion potential to the GS-15 level based on quality of performance as a lawyer. Although performance of a legal management function could be an additional consideration, it is not a prerequisite to promotions to the GS-15 level. In evaluating the performance of attorneys, substantial deference should be given to the judgment and recommendations of the attorneys who manage the attorneys in question (i.e., the General Counsel and the Chief Counsels of the Operating Administrations) as to when promotions are warranted. To help the Department's legal offices recruit and retain strong legal staffs, I am directing the adoption of a uniform attorney promotion policy that permits qualified attorneys in all legal offices throughout the Department to be eligible for promotion to the grade level GS-15.