# EXHIBIT   12

Case 1:06-cv-01259-TFH-DAR   Document 17-14   Filed 10/17/2007   Page 1 of 4



U.S. Department of
Transportation Office of the
Secretary of Transportation

# Memorandum

Subject:   Promotion Policy                                         Date: May 6, 1994

From:    Stephen H. Kaplan                                     Reply to
         General Counsel                                       Attn. of:

To:      All DOT Attorneys


Attached you will find a copy of the DOT Attorney Career Progression Promotion Policy, effective April 29, 1994. This policy is the product resulting from our Task Force which included attorneys from across the modes and agencies, and from the discussions that followed. Considerable thought was put into this policy by many people, and their hard work is greatly appreciated. Members of the Task Force were Sam Podberesky, C-70, Chair; Mark Gerchick, AGC-1, John Cassidy, AGC-2 (ably assisted by James Whitlow); Judy Kaleta, DCC-1; and John Womack, NCC-1. They deserve much credit for their thoughtfulness and insight. Hopefully, the modest changes effected by this policy will assure that promotions will move ahead based on appropriate standards of merit.


Attachment

## DOT ATTORNEY CAREER PROGRESSION PROMOTION POLICY

Time in Grade Before Promotion is Considered

    GS-11 to GS-12 -1 year
    GS-12 to GS-13 -1 year
    GS-13 to GS-14 -18 months*
    GS-14 to GS-15 -2 years [where working level positions at
        GS-15 exist]

1. The recommendation for promotion for an attorney from one grade to the next highest grade level should be based upon a number of factors, including performance in the current grade, demonstrated ability to perform at the higher grade level, and length of service in grade. Attorneys should only be recommended for promotion in cases where promotion has been earned.

2. Promotions are not automatic and the decision to recommend an individual for promotion or to approve the promotion is within the discretion of the agency official involved.

3. Promotions will not be recommended unless there is tangible evidence that the employee can perform in a fully successful manner or better at the next highest grade and there is a strong assurance that he/she will, in fact, do so once promoted. Promotion packages forwarded to the General Counsel must contain specific references to the employee's past performance that demonstrate the employee's qualifications for promotion. For example, the following kinds of information can be cited:

    (a) Consistent outstanding (distinguished) or exceptional (meritorious) job element ratings at the current and prior grade levels. The relative ranking of the candidate among his or her peers can also be considered.

    (b) Consistent outstanding or exceptional performance doing work of a kind usually assigned to attorneys at a higher grade level. The quantity, quality, timeliness, and difficulty of the work performed should be considered.

  (c) Awards and other recognition, such as Bronze and Silver Secretarial Medals, Administrator's Special Achievement Awards, other Special Act Awards, and bonuses.

The extent of the justification provided should increase as the grade level increases.

4. Promotions from GS-ll to GS-12 and G5-12 to G5-13 can be recommended after the attorney successfully completes one year's service at the next lowest grade, provided the attorney has demonstrated to the satisfaction of the supervisor and higher level reviewing official that he/she will be able to perform at or above a fully successful level at the higher grade.

*5 Generally, promotions from GS-13 to GS-14 can be recommended only after the employee has completed at least 18 months service at the GS-13 level; however, an attorney who has demonstrated consistently exceptional or outstanding performance of duties typically assigned to attorneys at the G5-14 level can be considered for promotion after one year in grade as a G5-13. Approval of an accelerated promotion to GS-14 will be a rare exception to the norm and should be requested only for attorneys who are truly distinguished.

6. Where working level positions exist at a GS-15, promotions can be recommended only after the employee has completed at least 24 months at the GS-14 level. Non-supervisory GS-15 attorneys must be expert in their area(s), and generally must have demonstrated exceptional or outstanding performance. For an attorney to be promoted to a GS-15 either as a supervisory or as a non-supervisory attorney, that attorney must be truly distinguished.

Approved: *[signature]*
Stephen H. Kaplan
General Counsel

Effective: April 29, 1994