# EXHIBIT 15

UNITED STATES DEPARTMENT OF TRANSPORTATION
OFFICE OF THE SECRETARY
DEPARTMENTAL OFFICE OF CIVIL RIGHTS

AFFIDAVIT

===============================================================

**STATE OF**      *District of Columbia*

**CITY OF**       *Washington, D.C.*

===============================================================

I, **Thomas Holian**, being first duly sworn on oath, make the following statement freely and voluntarily to **Lisa C. Hetrick** who has identified herself to me as an EEO Investigator, for the U.S. Department of Transportation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who has an official interest.

===============================================================

**Allegation:**
The Complainant, **Elaine Walls**, is alleging that she was discriminated against based on her **race (African American), color (Black), sex (female), age (49, DOB 03-11-55)** and **reprisal (EEO activity)** when: 1) in February 2004, she was denied a promotion to the GS-15 level; 2) management denied her participation into the Executive Potential Program (EPP); 3) she learned that her Caucasian male counterparts received higher performance ratings, awards, and bonuses; 4) on September 14, 2004, she was not selected for the position of Assistant Chief Counsel of Enforcement; and 5) pre-approved training was cancelled for her and two female co-workers while the training for their male counterparts was permitted one month before.

===============================================================

1. For record, please state your race, color, age, sex, position, series and grade and how long you have been with the Federal Highway Administration.

   Ans. Caucasian, white, 54 years old, male, Assistant Chief Counsel for Legislation and Regulations, series 0905, grade SES, 26 years with Federal Highway Administration.

2. For the record, please list your chain of command.

   Ans. My immediate supervisor is Mr. Edward V.A. Kussy, Deputy Chief Counsel.

Page _1_ of _3_                                                                                     Initials _TH_

3. For the record, please explain if have had any prior EEO activity. Also, please identify if the Complainant was a party to or involved in any way in your prior EEO activity.

   Ans. I have had no prior EEO activity.

4. Please identify in what capacity you know or have known the Complainant and for how long.

   Ans. I was Ms. Walls' immediate supervisor at the Federal Highway Administration from 1998 to 2000.

5. The Complainant states in her complaint that in the early part of 2000, you recommended her for a promotion. Shortly afterwards, Judy Rutledge approached her and asked her to join her at the newly created FMCSA. **A. Did you recommend the Complainant for a promotion to the GS-15 level in 2000 and why? Please explain in detail. B. How far in the promotion process was the Complainant before she joined the FMCSA? Please explain in detail. C. What were the Complainant's performance evaluations for 1999 and 2000?**

   Ans. A. I did not recommend Ms. Walls for promotion in 2000.
   B. Not applicable.
   C. Meets or exceeds requirements.

6. Based on the allegations accepted for investigation, do you believe that the Complainant was discriminated against?

   Ans. I have no information about Ms. Walls's employment with the Federal Motor Carrier Safety Administration, and no information upon which to form a belief or opinion about whether Ms. Walls was discriminated against by the Federal Motor carrier Safety Administration as set forth in the allegation above.

7. Are there any other comments you would like to make at this time?

   I have been contacted by counsel for the Department of Transportation who is handling a separate case filed by Ms. Walls in Federal court alleging discrimination. I have discussed issues with that counsel that are similar to the matters in this affidavit, but I have not the discussed the contents of this affidavit with that counsel.

Page 2 of 3                                                                                           Initials ___

I HEREBY SOLEMNLY ___*affirm*___ THAT:
                   (SWEAR OR AFFIRM)

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THE ABOVE PAGES IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. SEE 28 U.S.C. § 1746. I UNDERSTAND THAT THE INFORMATION I HAVE PROVIDED HEREIN IS NOT TO BE CONFIDENTIAL AND THAT AGENCY REPRESENTATIVES MAY SHOW IT TO THE INTERESTED PARTIES. HOWEVER, I ALSO UNDERSTAND THAT I AM NOT TO PERSONALLY DISSEMINATE THE INFORMATION CONTAINED IN THIS AFFIDAVIT AS SUCH ACTION COULD INTERFERE WITH THE PROCESSING OF THE INVESTIGATION AND COULD VIOLATE PROVISIONS OF THE PRIVACY ACT AND AGENCY POLICIES.

Signature: _____    Date: _____
           (Affiant's Signature)

Page 3 of 3                                    Initials _____