# EXHIBIT   16

2023668536          W94-122c                                    10:30:24 a.m.    08-06-2007    43/44

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| BROWN, ROBERT J | 12695 | | | 07-05-03 |

| 5-A. Code | 5-B. Nature of Action | | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|---|
| 317 | RESIGNATION | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C. Code | 6-D. Legal Authority |
| RPM | REG 715.202 | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| ATTORNEY ADVISOR<br>PD NO=M11300002      BU NO=157X10<br>ORG=MC1130         CST CNTR=M113 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0905 | 14 | 08 | $100,645 | PA | | | | | | |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | | 20B. Locality Adj. | | 20C. Adj. Basic Pay | 20D. Other Pay |
| $89,272 | $11,373 | $100,645 | $0 | | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| FEDERAL MTCR SAFETY ADMINISTRATION<br>OFFICE OF CHIEF COUNSEL<br>WASHINGTON, D.C. | |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref. for RIF |
|---|---|---|---|
| 1  1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1  0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | YES ☐  NO ☒ |
| 27. FEGLI | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| CO  BASIC LIFE ONLY | 9  NOT APPLICABLE | | 0 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
| K  FERS & FICA | 09-28-93 | F | |
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
| 2  1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career | E  E - Exempt<br>N - Nonexempt | | 8888 |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | |
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA | | |
| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
| SP PROG=00 | SUPV CSC=5 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks

APPROP = 3573.010/910/573010/M11300/1111/00000000
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%. FWD ADDRES =
1201 CONNECTICUT AVE, SUITE 400, WASHINGTON, DC, 20036    REASON SEP =
ACCEPTED POSITION IN PRIVATE SECTOR. LUMP-SUM PAYMENT TO BE MADE FOR ANY
UNUSED ANNUAL LEAVE. SF-8 ISSUED TO EMPLOYEE.
LMS

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FMCSA | *Jerry A. Hawkins* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PERSONNEL OFFICER |
| TD-17 | 1602 | 07-15-03 | |

5-Part          2 - OPF Copy · Long-Term Record – DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6238