# EXHIBIT 18

Case 1:06-cv-01259-TFH-DAR   Document 17-20   Filed 10/17/2007   Page 1 of 10



# FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
## PERFORMANCE APPRAISAL FORM

| Last Name | First Name | Middle Initial | Social Security No. | Appraisal Period From: | To: |
|---|---|---|---|---|---|
| WALLS | ELAINE | - | - | 10/01/2001 | 09/30/2002 |

| Title, Series and Grade | Organizational Unit and Location |
|---|---|
| ATTORNEY-ADVISOR, GS-950-14 | FMCSA/OFFICE OF CHIEF COUNSEL WASHINGTON DC |

**A — CERTIFICATION OF INITIAL DISCUSSION AND APPROVAL OF PERFORMANCE PLAN**

Signature of Supervisor: [signed] Suzanne H. O'Malley
Title: Assistant Chief Counsel Enforcement and Regulatory Affairs
Signature of Employee: [signed] Elaine Walls

Signature of Second Level Supervisor (If applicable- see instructions):
Title:
Date of Discussion: 11/19/01

**B — MID-POINT PROGRESS REVIEW**

Signature of Supervisor: [signed] O'Malley
Signature of Employee: [signed] Elaine Walls
Date of Discussion: [illegible]/02

**C — SUMMARY PERFORMANCE RATING DETERMINATION**

assign the summary performance rating, select the highest level met based on the applicable criteria: (See instructions)

[ ] OUTSTANDING

[X] MEETS OR EXCEEDS REQUIREMENTS

[ ] FAILS TO MEET REQUIREMENTS

**Reason for Rating**

[X] End of annual cycle           [ ] Employee leaving agency
[ ] Employee reassigned or promoted    [ ] Other (Specify) _____

**Signatures**

Signature of Supervisor: [signed] Suzanne H. O'Malley    Date: November 26, 2002
Signature of Second Level Supervisor (if applicable- see instructions): [signed] Judith A. Rutledge    Date: 11/27/02
Signature of Employee: [signed] Elaine Walls    Date: 11/27/02

I have reviewed the completed performance document and it has been discussed with me. This does not necessarily mean that I agree with all the information in it or that I forfeit any rights of review. (Comments may be entered in Section "Remarks")

MCSA-1552 (5-2000)

| D | IDENTIFICATION OF PERFORMANCE OBJECTIVES |
|---|---|

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of his position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the supplemental document attached. _____

**Provide timely and responsive legal services to support FMCSA's goals**
- Communicate to and advise FMCSA program offices on the legal requirements relating to programs within the Enforcement and Regulatory Affairs Division's area of responsibility.

- Provide legal advice, counsel, and assistance to most effectively advance initiatives of the program offices, consistent with statutory mandates and authority, implementing regulations, and FMCSA and Departmental policies.

- Identify and analyze legal problems correctly, ascertaining basic relevant facts and researching additional facts, law, policy, and precedent as needed.

- Prepare correspondence, memoranda, and other written work products that are well constructed, clearly expressed, easily understood by lay readership, and premised on sound legal judgment and adequate research.

- Coordinate development of regulatory reports and information in response to requests from the General Counsel, Office of Management and Budget, Departmental Inspector General, and other sources. Develop and maintain working relationships with FMCSA program office staff to ensure ongoing collection of data necessary to respond to routine reports and information collections. Oversee and monitor implementation of a regulatory report tracking mechanism as part of the Chief Counsel's case tracking system to ensure that data is submitted and assimilated on a routine basis throughout the reporting year.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS; OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
  * Provides vision and communicates mission and organizational goals to all subordinates.
  * Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
  * Secures/allocates/manages resources for effectiveness and efficiency.
  * Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
  * Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
  * (List any additional job-specific supervisory performance objectives, if applicable:)

| D | IDENTIFICATION OF PERFORMANCE OBJECTIVES |
|---|---|

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of his position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the supplemental document attached.

- Manage workload effectively by addressing urgent matters quickly and addressing other assignments in an appropriately timely fashion. Keep supervisor informed when unable to meet deadlines due to converging work assignments or adjustment in priorities.

**Communicate effectively with Chief Counsel, Deputy Chief Counsel, Assistant Chief Counsels and other Chief Counsel staff, FMCSA and DOT staff, and the public.**

- Maintain broad familiarity with FMCSA programs, statutory authority, and implementing regulations in order to respond effectively to inquiries from FMCSA program staff, other modal administrations, Congressional staff, States, motor carriers, drivers, and the public.

- Contribute effectively to attorney-client team building by actively engaging in a multi-disciplined approach to problem solving and by fostering and maintaining direct communication with program office clients.

- Work cooperatively and productively with agency program staff to forge and maintain effective working relationships and to ensure the perception within the FMCSA that Counsel's staff is readily accessible and fully responsive to requests for legal work products, as well as contributions to team initiatives.

- Keep current with and share with Counsel's Office staff information concerning latest legal precedent and requirements, regulatory developments, agency policies and activities related to areas within Division's responsibilities.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS; OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
   * Provides vision and communicates mission and organizational goals to all subordinates.
   * Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
   * Secures/allocates/manages resources for effectiveness and efficiency.
   * Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
   * Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
   * (List any additional job-specific supervisory performance objectives, if applicable:)

| D | IDENTIFICATION OF PERFORMANCE OBJECTIVES |
|---|---|

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
ist briefly and concisely the most important performance objectives or expectations which are critical for the success of
iis position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the supplemental document attached.

- Keep Office of Chief Counsel managerial and professional staff apprised of critical legal or policy issues that arise in performance of legal review and program office liaison responsibilities. As requested by the Enforcement and Regulatory Affairs Division Chief, serve as the Chief Counsel's Office liaison to Departmental regulatory process task forces and regulatory coordinating groups within the FMCSA. Keep Chief Counsel staff and appropriate FMCSA program staff apprised of task force and coordinating committee agendas and activities as relevant to their program goals.

- Maintain accurate and current records concerning the status of each personal docket item, provide regular and timely status input to the Chief Counsel's Office docket management system, and provide docket status reports as requested by Chief Counsel, Deputy Chief Counsel, and/or Assistant Chief Counsels.

**Improve professional skills**
- Identify personal professional development objectives, periodically review these objectives with Assistant Chief Counsel for Enforcement and Regulatory Affairs, and take training designed to achieve the referenced objectives.

- Specific professional development focus areas for FY 2002 may include: Freedom of Information Act, Privacy Act, National Environmental Policy Act or other environmental law and regulatory areas, and interpersonal communications skills/team building.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS; OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
* Provides vision and communicates mission and organizational goals to all subordinates.
* Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
* Secures/allocates/manages resources for effectiveness and efficiency.
* Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
* Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
* (List any additional job-specific supervisory performance objectives, if applicable:)

E          FACTOR RATINGS: ALL PERFORMANCE OBJECTIVES (Listed in part D)

PERFORMANCE STANDARD: Rate factors 1 - 8 as they apply to the collective performance of the performance objectives listed in Part D (individual, supervisory/leadership, and the individual work efforts associated with team performance objectives). Factors 9 - 10 are reserved for organizations with a formal team structure.

| Exceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | MEETS OR EXCEEDS REQUIREMENTS (A wide range of performance, for which a high level is described below.) | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|
| OUTSTANDING ☐ | 1. JOB KNOWLEDGE<br>Broad and detailed knowledge of the job and its relationship to other jobs. Able to apply that knowledge to accomplish these performance objectives in a way that adds value to the organization.<br>☑ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ☐ | 2. QUALITY OF WORK<br>Consistently maintains a high standard of work. Produces high quality, precise, well-organized work which not only fulfills the organization's objectives but adds value to the process.<br>☑ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ☐ | 3. VOLUME OF WORK<br>Consistently turns out a high volume of work. Frequently handles difficult cases, and pulls at least her/his own weight.<br>☑ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ☐ | 4. TIMELINESS/DEPENDABILITY<br>Typically completes work on time. Consistently accomplishes a heavy workload within acceptable time limits. Very reliable; can be counted on.<br>☑ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ☐ | 5. TEAMWORK<br>Highly successful teamworker with ability to consistently promote cooperation and gain support for programs or goals when required. Gets along well with others, and helps fellow workers in a way that furthers organizational goals.<br>☑ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ☑ | 6. RESOURCE MANAGEMENT<br>Uses resources effectively and prudently in completing assignments. Is able to frequently adjust resources to meet emergency or changing requirements, and still get the job done and meet organizational goals.<br>☐ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |

(CONTINUED)

E        FACTOR RATINGS: ALL PERFORMANCE OBJECTIVES - CONTINUED - PAGE 2

| Exceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | MEETS OR EXCEEDS REQUIREMENTS (A wide range of performance, for which a high level is described below.) | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|
| OUTSTANDING ☐ | **7. CUSTOMER SERVICE** Consistently recognizes who customers are, and identifies what is required to meet their needs. Is effective in dealing with customers and providing high-quality service. Is able to balance competing and changing demands, and still provide responsive service to meet her/his customers major needs. ✓ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ☐ | **8. COMMUNICATION** Very effective in written and oral communications. Written material is well organized, clear, and thorough. Makes effective oral presentations, and deals effectively in group discussions with sensitive or controversial matters. Usually keeps supervisors and coworkers informed of the status of key issues. ✓ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |

**TEAM PERFORMANCE FACTORS (OPTIONAL)**
For use in organizations with a formal team structure, to assess team results and individual participation in the team process. Individual work efforts which form part of the team accomplishments should be evaluated in Factors 1 - 8 above, to the extent applicable.

| | | | |
|---|---|---|---|
| OUTSTANDING ☐ | **9. TEAM ACCOMPLISHMENT** The team accomplishes team objectives successfully by producing high-quality products within acceptable time limits to fully meet the identified goals of the organization and the needs of the customer. ☐ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ☐ | **10. INDIVIDUAL EFFECTIVENESS AS TEAM MEMBER** Contributes in a very positive way to the overall success of the team by supporting other team members and being actively involved in the team's efforts. Provides guidance and feedback to other team members, provides back-up to other roles and functions on the team, and participates in the group and takes an active role in the team's decision-making process. ☐ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |

THE RESULTS OF ALL APPLICABLE FACTOR RATINGS SHOULD BE USED TO DETERMINE THE SUMMARY PERFORMANCE RATING IN PART C ON THE FIRST PAGE OF THIS FORM. *(SEE INSTRUCTIONS.)*

☐ Although performance meets at least minimum requirements, improvement or additional development is needed in Factor(s) _____ discussed with the employee, and documented in Part F or G.

| | |
|---|---|
| F | **REMARKS AND/OR NARRATIVE COMMENTS** *(Optional)* |

This section may be used by supervisor and employee to document discussions at the mid-point progress review, to note changes in the performance plan, and to record comments or narrative concerning the summary rating. Remarks should be initialed and dated.

*See attachment*

| | |
|---|---|
| G | **IDENTIFICATION OF TRAINING AND CAREER DEVELOPMENT NEEDS** *(Optional)* |

Identify technical and/or management training which could assist the employee in improving job performance. This may also be an appropriate opportunity to discuss and note developmental assignments, cross training or other career development activities which would better prepare the employee to meet the needs of the organization. This information should be coordinated with the employee's Individual Development Plan.

Elaine Walls – 2002 Performance Appraisal – Narrative Comments

Ms. Walls provides the Office of Chief Counsel with solid legal support and sound judgment in a variety of regulatory and administrative law areas. She has been singularly responsible for defining, managing, and implementing the office's regulatory reporting functions and has done so competently, efficiently, and with abiding good humor in the face of many competing demands for her attention to the details involved. Her significant contributions in this area during the performance appraisal period include: FMCSA's Annual Report on Implementation of the Unfunded Mandates Reform Act of 1995, and FMCSA's Report on Implementation of the Small Business Regulatory Enforcement Fairness Act of 1996. Each of these documents subsequently was incorporated into the Department of Transportation's final report in these critical issue areas and shared with the Office of Management and Budget, the Small Business Administration, and/or Congress as illustrative of the Department's significant contributions in these critical regulatory areas.

In addition to developing the agency's final submissions in these mandatory reporting areas, Ms. Walls must be credited with establishing the necessary information coordination processes to ensure that the FMCSA's responses to regulatory reporting requests adequately account for information from all sectors of the agency and that all agency policy and program managers and staff are fully apprised of the information required and the impact of participating in the reporting process. The highly effective systems that Ms. Walls has put in place for accomplishing these daunting information collection tasks can be applied readily to future reporting requests and will guarantee that the agency is able to respond to such requests with maximum accuracy and with a minimal amount of disruption to staff resources.

Ms. Walls' expertise in the regulatory reporting area also has placed her at the forefront of FMCSA's involvement in evaluating new regulatory efficiency initiatives during the past year. She has led the effort to review and interpret the new Executive Order No. 13272, "Proper Consideration of Small Entities in Agency Rulemakings," and has coordinated with the Office of the Secretary in developing implementation guidance in response to that order. Similarly, and with equal attention to detail and effective information dissemination needs, Ms. Walls introduced FMCSA management and staff to the Office of management and Budget's guidelines under Section 515 of the new "Information Quality Law" (Pub. L. 106-554).

Ms. Walls has guided these major program initiatives while according full attention to a full agenda of other regulatory program support services, including review of agency rulemaking documents for legal sufficiency in the areas of Paperwork Reduction Act analysis, conformity with the Congressional Review Act, and compliance with the National Environmental Policy Act (NEPA). In the absence of agency program resources in the NEPA area, Ms. Walls became the agency's de facto NEPA liaison with environmental interests in other parts of the Department, as well as with the Counsel on Environmental Quality. She has been called upon to provide counsel in highly sensitive

*[signature]*
*11/26/02*

environmental issues involving the agency's Hours of Service regulatory initiative and in the NAFTA implementation rules and ensuing litigation. In addition, she has provided competent and timely legal interpretations in a wide variety of complex and volatile issue areas, involving such areas as the Federal Advisory Committee Act, waivers and exemptions, commercial regulatory matters, and records falsification.

Ms. Walls also has responded with exemplary willingness to critical security-related and reauthorization-driven initiatives during this year of extraordinary demands for legal support. She served as a liaison with the new Transportation Security Administration and in that capacity assisted and inter-agency task force to develop a regulatory plan for TSA. She also contributed markedly to FMCSA's own security initiatives by drafting two critical information sensitivity documents ("Sensitive Security Information that Needs Protection" and "Procedures to Safeguard Certain highly Sensitive and/or Sensitive But Unclassified Information for Unauthorized Access") and conducting outreach among FMCSA's management and program staff to ensure awareness of these highly sensitive information matters. In this reauthorization year, Ms. Walls also served on the agency's task force to develop issue papers responsive to various legislative agenda items and provided legal counsel particularly in response to the Medical Review Board initiative.

Finally, Ms. Walls is to be applauded for her initiative in providing training, counsel, and support to the Office of Chief Counsel's Honors Attorney during her tenure with the office. Ms. Walls has actively sought out appropriate work assignments for the Honors Attorney and has effectively encouraged her involvement and supervised her participation in those projects, resulting in a mutually beneficial alignment of resources.