# EXHIBIT    19



# FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION

## PERFORMANCE APPRAISAL FORM

| , Name | First Name | Middle Initial | Social Security No. | Appraisal Period From: | To: |
|---|---|---|---|---|---|
| Walls | Elaine | | | 10/01/2002 | 09/30/2003 |

| Title, Series and Grade | Organizational Unit and Location |
|---|---|
| Attorney-Advisor, GS-950-14 | FMCSA/Office of Chief Counsel Washington, DC |

**A**        CERTIFICATION OF INITIAL DISCUSSION AND
APPROVAL OF PERFORMANCE PLAN

_Dennis O'Malley_
Signature of Supervisor

Assistant Chief Counsel
Enforcement and Regulatory
Affairs
Title

Signature of Employee

Signature of Second Level Supervisor
*(If applicable- see instructions)*

Title

_November 27, 2002_
Date of Discussion

**B**        MID-POINT PROGRESS REVIEW

_Dennis O'Malley_
Signature of Supervisor

_Elaine Walls_
Signature of Employee

_August 14, 2003_
Date of Discussion

**C**        SUMMARY PERFORMANCE RATING DETERMINATION

ssign the summary performance rating, select the highest level met based on the applicable criteria: *(See instructions)*

☐ OUTSTANDING

☑ MEETS OR EXCEEDS REQUIREMENTS

☐ FAILS TO MEET REQUIREMENTS

### Reason for Rating

☑ End of annual cycle                    ☐ Employee leaving agency

☐ Employee reassigned or promoted        ☐ Other (Specify) _____

### Signatures

_Dennis O'Malley_   2/7/04
Signature of Supervisor      Date

Signature of Second Level Supervisor
*(If applicable- see instructions)*        Date

Signature of Employee        Date

_Ms. Walls Refused to sign_
3/15/04

I have reviewed the completed performance document and
it has been discussed with me. This does not necessarily
mean that I agree with all the information in it or that I
forfeit any rights of review. (Comments may be entered in
Secti    "Remarks")

MCSA-1552 (5-2000)

D                                    IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
ist briefly and concisely the most important performance objectives or expectations which are critical for the success of
nis position.

☐  Optional:  Annual Work Plan or other supplemental document will be used to supplement this performance plan.  It is annotated and
attached as part of this plan (specify the supplemental document).  If this block is checked, this appraisal form is not valid without the
supplemental document attached.

**Provide timely and responsive legal services to support FMCSA's goals**

> ❏  Communicate to and advise FMCSA program offices on the legal requirements
> relative to programs within the Enforcement and Regulatory Affairs Division's
> area of responsibility.

> ❏  Provide legal advice, counsel, and assistance to most effectively advance
> initiatives of the program offices and to support enforcement activities of the
> Service Centers, consistent with statutory mandates and authority, implementing
> regulations, and FMCSA and Departmental policies.

> ❏  Identify and analyze legal problems correctly, ascertaining basic relevant facts
> and researching additional facts, law, policy, and precedent as needed.

> ❏  Prepare correspondence, memoranda, and other written work products that are
> well constructed, clearly expressed, easily understood by lay readership, and
> premised on sound legal judgment and adequate research.

> ❏  Coordinate development of regulatory reports and information in response to
> requests from the General Counsel, Office of Management and Budget,
> Departmental Inspector General, and other sources.  Develop and maintain
> working relationships with FMCSA program office staff to ensure ongoing
> collection of data necessary to respond to routine reports and information
> collections.  Oversee and monitor implementation of a regulatory report tracking
> mechanism as part of the Chief Counsel's case tracking system to ensure that data
> is submitted and assimilated on a routine basis throughout the reporting year.

> ❏  Manage workload effectively by addressing urgent matters quickly and
> addressing other assignments in an appropriately timely fashion.  Keep supervisor
> informed when unable to meet deadlines due to converging work assignments or
> adjustment in priorities.

☐  SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS;
OPTIONAL FOR TEAM LEADER POSITIONS).  *(Check box if applicable)*
  *  Provides vision and communicates mission and organizational goals to all subordinates.
  *  Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
  *  Secures/allocates/manages resources for effectiveness and efficiency.
  *  Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
  *  Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
  *  (List any additional job-specific supervisory performance objectives, if applicable:)

D                                    IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
ist briefly and concisely the most important performance objectives or expectations which are critical for the success of
nis position

☐   Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and
    attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the
    supplemental document attached. _____

### Communicate effectively with Chief Counsel/Acting Chief Counsel and other Chief Counsel staff, FMCSA and DOT staff, and the public.

☐   Maintain broad familiarity with FMCSA programs, statutory authority, and
    implementing regulations in order to respond effectively to inquiries from
    FMCSA program staff, other modal administrations, Congressional staff, States,
    motor carriers, drivers, and the public.

☐   Contribute effectively to attorney-client team building by actively engaging in a
    multi-disciplined approach to problem solving and by fostering and maintaining
    direct communication with program office clients.

☐   Work cooperatively and productively with agency program staff to forge and
    maintain effective working relationships and to ensure the perception within the
    FMCSA that Counsel's staff is readily accessible and fully responsive to requests
    for legal work products, as well as contributions to team imitative.

☐   Keep current with and share with Counsel's Office staff information concerning
    latest legal precedent and requirements, regulatory developments, agency policies
    and activities related to areas within Division's responsibilities.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS;
  OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
  *   Provides vision and communicates mission and organizational goals to all subordinates.
  *   Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
  *   Secures/allocates/manages resources for effectiveness and efficiency.
  *   Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
  *   Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
  *   (List any additional job-specific supervisory performance objectives, if applicable:)

D                        IDENTIFICATION OF PERFORMANCE OBJECTIVES

## INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES

.ist briefly and concisely the most important performance objectives or expectations which are critical for the success of
.nis position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and
attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the
supplemental document attached.

☐ Keep office of Chief Counsel managerial and professional staff apprised of
critical legal or policy issues that arise in performance of legal review and
program office liaison responsibilities. As requested by the Enforcement and
Regulatory Affairs Division Chief, serve as the Chief Counsel's Office liaison to
Departmental regulatory process task forces and regulatory coordinating groups
within the FMCSA. Keep Chief Counsel staff and appropriate FMCSA program
staff apprised of task force and coordinating committee agendas and activities as
relevant to their program goals.

☐ Maintain accurate and current records concerning the status of each personal
docket item, provide regular and timely status input to the Chief Counsel's Office
docket management system, and provide docket status reports as requested by
Chief Counsel, Deputy Chief Counsel, and/or Assistant Chief Counsels.

**Improve professional skills**

☐ Identify personal professional development objectives, periodically review these
objectives with Assistant Chief Counsel for Enforcement and Regulatory Affairs,
and take training designed to achieve the referenced objectives.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS,
OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
* Provides vision and communicates mission and organizational goals to all subordinates.
* Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
* Secures/allocates/manages resources for effectiveness and efficiency.
* Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
* Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
* (List any additional job-specific supervisory performance objectives, if applicable:)

E          FACTOR RATINGS:  ALL PERFORMANCE OBJECTIVES (Listed in part D)

'ERFORMANCE STANDARD:  Rate factors 1 - 8  as they apply to the collective performance of the performance objectives listed in Part D(individual, supervisory/leadership, and the individual work efforts associated with team performance objectives).   Factors 9 - 10 are reserved for organizations with a formal team structure.

| Exceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | MEETS OR EXCEEDS REQUIREMENTS (A wide range of performance, for which a high level is described below.) | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|
| OUTSTANDING ☐ | **1. JOB KNOWLEDGE** Broad and detailed knowledge of the job and its relationship to other jobs.  Able to apply that knowledge to accomplish these performance objectives in a way that adds value to the organization. ☑ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| OUTSTANDING ☐ | **2. QUALITY OF WORK** Consistently maintains a high standard of work. Produces high quality, precise, well-organized work which not only fulfills the organization's objectives but adds value to the process. ☑ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| OUTSTANDING ☐ | **3. VOLUME OF WORK** Consistently turns out a high volume of work. Frequently handles difficult cases, and pulls at least her/his own weight. ☑ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| OUTSTANDING ☐ | **4. TIMELINESS/DEPENDABILITY** Typically completes work on time.  Consistently accomplishes a heavy workload within acceptable time limits.  Very reliable; can be counted on. ☑ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| OUTSTANDING ☐ | **5. TEAMWORK** Highly successful teamworker with ability to consistently promote cooperation and gain support for programs or goals when required.  Gets along well with others, and helps fellow workers in a way that furthers organizational goals. ☑ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| OUTSTANDING ☑ | **6. RESOURCE MANAGEMENT** Uses resources effectively and prudently in completing assignments.  Is able to frequently adjust resources to meet emergency or changing requirements, and still get the job done and meet organizational goals. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |

(CONTINUED)

E    FACTOR RATINGS:  ALL PERFORMANCE OBJECTIVES - CONTINUED - PAGE 2

| xceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | MEETS OR EXCEEDS REQUIREMENTS (A wide range of performance, for which a high level is described below.) | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|
| OUTSTANDING ☐ | **7. CUSTOMER SERVICE** Consistently recognizes who customers are, and identifies what is required to meet their needs.  Is effective in dealing with customers and providing high-quality service.  Is able to balance competing and changing demands, and still provide responsive service to meet her/his customers major needs. ☑ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| OUTSTANDING ☐ | **8. COMMUNICATION** Very effective in written and oral communications. Written material is well organized, clear, and thorough. Makes effective oral presentations, and deals effectively in group discussions with sensitive or controversial matters.  Usually keeps supervisors and coworkers informed of the status of key issues. ☑ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |

**TEAM PERFORMANCE FACTORS (OPTIONAL)**

For use in organizations with a formal team structure, to assess team results and individual participation in the team process. Individual work efforts which form part of the team accomplishments should be evaluated in Factors 1 - 8 above, to the extent applicable.

| | | | |
|---|---|---|---|
| OUTSTANDING ☐ | **9. TEAM ACCOMPLISHMENT** The team accomplishes team objectives successfully by producing high-quality products within acceptable time limits to fully meet the identified goals of the organization and the needs of the customer. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| OUTSTANDING ☐ | **10. INDIVIDUAL EFFECTIVENESS AS TEAM MEMBER** Contributes in a very positive way to the overall success of the team by supporting other team members and being actively involved in the team's efforts.  Provides guidance and feedback to other team members, provides back-up to other roles and functions on the team, and participates in the group and takes an active role in the team's decision-making process. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |

**THE RESULTS OF ALL APPLICABLE FACTOR RATINGS SHOULD BE USED TO DETERMINE THE SUMMARY PERFORMANCE RATING IN PART C ON THE FIRST PAGE OF THIS FORM.** *(SEE INSTRUCTIONS.)*

☐    Although performance meets at least minimum requirements, improvement or additional development is needed in Factor(s) discussed
with the employee, and documented in Part F or G.

Elaine Walls has continued to contribute effectively and measurably to the Office of Chief Counsel's regulatory development, review, and reporting mission. She has served as the agency's legal liaison for Paperwork Reduction Act (PRA) issues in all rulemaking proceedings, an increasingly major undertaking. In this capacity she has engaged fully and productively with program office officials to ensure that the agency's PRA analyses are thorough and responsive and PRA submissions to the Office of Management and Budget are timely and well substantiated. This task has been particularly demanding in the context of the agency's press to complete a number of critical rulemaking actions under the terms of a mandamus lawsuit settlement agreement, several of which have involved significant paperwork issues (including the Hours of Service and Safety Performance History initiatives).

Ms. Walls also has served as the agency's principal contact for regulatory reporting and, in that capacity, has ably coordinated agency program office responses to Departmental and Federal information requests in the areas of SBREFA, Circular A-119, and other similar initiatives. In this role, she has continued to refine and streamline her processes for instructing program officials in their reporting obligations and has achieved increasingly more effective information gathering forms of outreach to program offices. This has ensured that norms now are in place for building on previous cyclical submissions to respond to new reporting requirements, making the process minimally disruptive and labor-intensive. Ms. Walls is largely responsible for overseeing this process, and I envision this as an area where she can employ mentoring skills to work with Counsel paralegal and support staff resources or interns to create a report archive and tracking system that will further simplify and routinize the reporting function.

A major agency undertaking during the appraisal year involved contracting for an Environmental Impact Study (EIS) related to NAFTA implementing rules that were set aside by a Ninth Circuit court decision until such environmental analysis was completed. Ms. Walls was a key member of the legal and procurement team mobilized to address this need. She worked capably and methodically to convene an inter-agency task force of National Environmental Policy Act (NEPA) and Clean Air Act experts to assess the agency's environmental study needs in response to the Ninth Circuit decision and then effectively brought to bear the results of the task force deliberations on the EIS contracting process. These tasks required Ms. Walls to develop a significant amount of expertise in environmental law and policy within a remarkably short period of time and to provide consistent and reliable liaison with Departmental environmental policy officials, the NAFTA litigation team, and expert resources at the Council on Environmental Quality (CEQ) and Environmental Protection Agency (EPA).

Ms. Walls also applied the expertise she developed during this process to help the agency initiate a much-needed NEPA Order to ensure the environmental soundness of subsequent rulemaking initiatives. She has made effective use of many of the environmental subject matter and policy experts marshaled through the EIS interagency-task force to ensure that the NEPA Order being developed is well-grounded and defensible. She also has provided the agency with an analytical and planning tool to assess which rulemakings on the regulatory agenda will require environmental analyses.