# EXHIBIT 20

2023668536   W94-122c   10:25:58 a.m.   08-06-2007   33/44

# REQUEST, AUTHORIZATION, AGREEMENT AND CERTIFICATION OF TRAINING

A. Agency, code agency subelement and submitting office number (Example-xx-xx-xxxx)

B. OFFICE USE ONLY

C. Request status (Mark (X) one): [X] Initial or Resubmission   [ ] Correction or Cancellation — 02

## Section A – TRAINEE INFORMATION

1. Applicant's name (Last-First-Middle Initial): **WALLS, ELAINE**
   Enter first 5 letters of last name: WALLS — 03
2. Social Security Number — 04
3. Date of birth (Year and month) — 05

4. Home Address (Number, street, city, State, ZIP code): FT. WASHINGTON MD 20744
5. Home telephone: Area code 301   Number 839-2294
6. Position level (Mark (X) one only): [X] a. Non-supervisory   [ ] b. Supervisory   [ ] c. Manager   [ ] d. Executive

7. Organization mailing address (Branch-Division/Office/Bureau/Agency):
   DOT/FMCSA/MC-CC
   400 7TH STREET SW  ROOM 4217 WASHINGTON DC 20590
8. Office telephone: Area code 202  Number 366-1394  Extension
9. Continuous civilian service: Years 20   Months
10. Number of prior non-government training days: 0

11a. Position title/function: ATTORNEY-ADVISOR
11b. Applicant handicapped or disabled (See instructions)
12. Pay plan / series / grade / step: GS-0905-14
13. Type of appointment
14. Education Level

## Section B – TRAINING COURSE DATA

15a. Name and mailing address of training vendor (No., street, city, State, ZIP code):
FRED PRYOR SEMINAR
PO BOX 2951
SHAWNEE MISSION, KANSAS 666201

15b. Location of training site (if same, mark box): WASHINGTON DC  [ ]

16. Course title and training objectives (Benefits to be derived by the Government):
HOW TO BECOME A GREAT COMMUNICATOR

17. Catalog / Course No
18. Training Period (6 digits) — 06

| | Year | Month | Day | | | | Code | | Code |
|---|---|---|---|---|---|---|---|---|---|
| a. Start | 01 | 04 | 06 | a. During duty | 0008 | a. Purpose | | c. Source | 10 |
| b. Complete | 01 | 04 | 06 | b. Non-duty | | b. Type | | d. Special Interest | 11 |
| | | | | c. TOTAL | 0008 | | | | |

19. No. of course hours (4 digits) — 07
20. Training codes (See instructions)

AGENCY USE ONLY

## Section C – ESTIMATED COSTS AND BILLING INFORMATION

21. Direct costs and appropriation / fund chargeable

| Item | Amount Dollars | Cents | Appropriation / fund |
|---|---|---|---|
| a. Tuition | 0149 | 00 | 1571-01Z-900-571012-M22 225-256H-T** 2420000 |
| b. Books or materials | | | |
| c. Other (Specify) | | | |
| d. (Enter 4 digits in dollar column) 12 TOTAL | 0149 | 00 | |

22. Indirect costs and appropriation / fund chargeable

| Item | Amount Dollars | Cents | Appropriation / fund |
|---|---|---|---|
| a. Travel | 000 | 00 | |
| b. Per diem | | | |
| c. Other (Specify) | | | |
| d. (Enter 4 digits in dollar column) 13 TOTAL | 000 | 00 | |

23. Document/Purchase Order/Requisition No.

24. 5-Digit station symbol (Example-12-34-5678)

25. BILLING INSTRUCTIONS (Furnish invoice to):
FMCSA, C/O FHWA
400 7TH STREET SW HABF-24
WASHINGTON DC 20590

## Section D – APPROVALS

26a. Immediate supervisor–Name and title: SUZANNE O'MALLEY  ASSISTANT CHIEF COUNSEL
Area code/Tel. No./Extension: (202)366-1367
b. Signature: *Suzanne O'Malley*   Date: 3/14/01

27a. Second-line supervisor–Name and title: JUDITH A RUTLEDGE  ACTING CHIEF COUNSEL
Area code/Tel. No./Extension: (202)366-1353
b. Signature: *Judith A Rutledge*   Date: 3/20/01

28a. Training officer–Name and title
Area code/Tel. No./Extension
b. Signature   Date

## Section E – APPROVAL/CONCURRENCE

29a. Authorizing official–Name and title
Area code/Tel. No./Extension
b. Signature   [ ] Approved  [ ] Disapproved   Date

## Section F – CERTIFICATION OF TRAINING COMPLETION

30a. Certifying official–Name and title
Area code/Tel. No./Extension
b. Signature   Date

TRAINING FACILITY ▶ Bills should be sent to office indicated in item 25. • Please refer to number given in item 23 to assure prompt payment.

Standard Form 182 (Rev 12/79) (10 - Part)
U.S. Office of Personnel Management   FPM Chapter 410

NSN 7540-01-006-3901
This form was electronically produced by Elite Federal Forms, Inc.




*Elaine*

# How to Become a Great Communicator

*A powerful seminar for every communicator looking to climb the ladder of success*

- If you want to become a more effective communicator,
- If you want to enjoy outstanding working relationships with everyone, every day, and become a people master,
- If you want to increase the level of mutual support between employees and managers,

—this excellent seminar is the mechanism that will produce visible results.

Because business dictates that we must work with a wide variety of people, we need to excel at interpersonal communication in order to succeed. The day-to-day operation of any business necessitates our interaction with others. The initial contact by telephone, letter, or brochure with a prospective customer or client will either go forward or come to an immediate halt. Negotiation and the close of a sale depend significantly on how we read people and communicate with them. It is exhilarating, and it is the pinnacle of success when business continues to escalate because of smooth, productive discussions, meetings, and other communications. It is, however, also very noticeable and detrimental when there is a breakdown in communication. Employee morale diminishes as customers prepare to flee what they perceive as the proverbial sinking ship. If we are not only to stay afloat, but sail smoothly into the global market-we need to continue to enhance our communication skills. The nearest competitor has already figured that out.

Who will benefit:

- Receptionists
- Secretaries
- Customer Service Representatives
- Sales and Marketing Staff
- Supervisors and Managers
- Directors
- Executive management

What is the presentation format:

Your certified trainer will tailor this one-day interactive seminar to meet your organization's specific needs and objectives. In addition to using overhead slides, attendees will participate in discussion and group activities. Exercises in the workbook will provide additional reinforcement, validate the need for developing this skill, and act as a resource after the seminar.


Questions are encouraged and welcomed.

Key learning points:

- Use an easy assessment to pinpoint anyone's "personality type"
- Develop strategies for what to do about people and situations you cannot change
- Control conversations by "listening"
- Employ the "power of remembering names"
- Activate 7 approaches to avoid at all costs when faced with complaints
- Say "no" and preserve good relationships
- React to a perceived personal attack appropriately and without losing self-esteem
- Admit mistakes without losing respect

As a result of this training:

- Communication will be easy, smooth, and enjoyable
- Business will be more likely to increase
- Staff will be more open to business-related exchanges
- Employees will smile
- Productivity will increase
- Customers will be pleased
- Opportunities for repeat business will rise
- Morale and esteem will soar

## Personal/Professional Development index

## Communication Skills index

## Back to the "general topics" index

## Tell us what you need

About Pryor Resources | Frequently Asked Questions(FAQs) | Our Guarantee

Copyright 1999. Pryor Resources. All Rights Reserved.



# Seminars

### How to Become a Great Communicator

WASHINGTON, DC Program #2850097
04/06/01 FRIDAY 9:00 am - 4:00 pm
Holiday Inn Capitol
550 C Street S.w., Washington
US$ 159.00    US$ 149.00 FOR GROUPS OF 5 OR MORE

[ Register ]   [ Secure Register ]



---

**If no locations are listed above,** the seminar you are searching is not coming to your area within the next 8 weeks. Please call one of our friendly customer service representatives at 1-800-488-0928 for further scheduling information. Or search this seminar title again at a later date.

For a seminar title index / description, click here.

To **enroll** in a seminar, select one of the Register buttons for the specific program you are interested in.

   **Secure Register** uses Netscape Encryption Technology to process your information.

   Note: This technology is incompatible with some firewalls. If you are having problems submitting your registration, you can bypass the encryption process by selecting **Register**.

   **Can't attend?**
   **Not coming to your area?**
   To learn more about having seminars presented on-site at your location, click here.

Return to top of page

2023668536   W94-122c                                                           10:27:50 a.m.   08-06-2007   37/44

# REQUEST, AUTHORIZATION, AGREEMENT AND CERTIFICATION OF TRAINING

## Section A – TRAINEE INFORMATION

1. Applicant's name: WALLS, ELAINE
4. Home Address: FT. WASHINGTON MD 20744
5. Home telephone: 301-839-2294
6. Position level: a. Non-supervisory [X]
7. Organization mailing address: DOT/FMCSA/MC-CC, 400 7TH STREET SW ROOM 4217 WASHINGTON DC 20590
8. Office telephone: 202-366-1394
9. Continuous civilian service: 20 Years
10. Number of prior non-government training days: 0
11a. Position title/function: ATTORNEY-ADVISOR
12. Pay plan/series/grade/step: GS-0905-14

## Section B – TRAINING COURSE DATA

15a. Name and mailing address of training vendor: FRED PRYOR SEMINAR, PO BOX 2951, SHAWNEE MISSION, KANSAS 66201
15b. Location of training site: GREENBELT MD
16. Course title and training objectives: HOW TO HANDLE PEOPLE WITH TACT AND SKILL
18. Training Period: Start 01/08/15, Complete 01/08/15
19. No. of course hours: 0008
c. TOTAL: 0008

## Section C – ESTIMATED COSTS AND BILLING INFORMATION

21. Direct costs and appropriation / fund chargeable:
a. Tuition: $0129.00  — 1571-01Z-900-571012-M22 225-256H-T** 2420000
TOTAL: $0129.00

22. Indirect costs:
a. Travel: $000.00
TOTAL: $000.00

25. Billing Instructions: FMCSA, C/O FHWA, 400 7TH STREET SW HABF-24, WASHINGTON DC 20590

## Section D – APPROVALS

28a. Immediate supervisor: SUZANNE O'MALLEY, ASSISTANT CHIEF COUNSEL — (202)366-1367
Signature: Suzanne O'Malley   Date: 3/14/01

27a. Second-line supervisor: JUDITH A RUTLEDGE, ACTING CHIEF COUNSEL — (202)366-1353
Signature: Judith A. Rutledge   Date: 3/20/01

## Section E – APPROVAL/CONCURRENCE

## Section F – CERTIFICATION OF TRAINING COMPLETION

Standard Form 182 (Rev. 12/79) (10 - Part)
U.S. Office of Personnel Management   FPM Chapter 410



Home | Online Training | Seminars | OnSite Seminars | Career Store

FRED PRYOR SEMINARS  CAREERTRACK  Evelyn Wood Reading Dynamics

# How to Handle People With Tact and Skill

Do you recognize these people?

- The Know-It-Alls. They're arrogant, and usually have an opinion on any issue. When they're wrong, they get defensive.
- The Passives. These people never offer ideas, or let you know where they stand.
- The Dictators. They bully and intimidate. They're constantly demanding and brutally critical.
- The Yes People. They agree to any commitment, yet rarely deliver. You can't trust them to follow through.
- The No People. They are quick to point out why something won't work. Worse, they are inflexible.
- The Complainers. Is anything ever right with them? They prefer complaining to finding solutions.

Of course you recognize them. They're the people you work with, sell to, depend on, live with. Learn to deal with them quickly and confidently at How to Handle People With Tact and Skill.

After this seminar you and your staff will be better equipped to:

- Understand the difficult people in your lives. Learn how they think, what they fear, why they do what they do. Understanding difficult people makes them less frustrating.
- Know specifically what to do and say. At this seminar you'll concentrate on here's-how-to-do-it techniques. You'll leave knowing how to use these techniques in specific situations, with all types of difficult people.
- Be less of a target for difficult people. Look at the difficult people in your life. Chances are, at least one person manages to get along with them. You can too. Learn how to derail problem people and teach them to treat you with respect.
- Bring out the best in people. Let's face it, nobody's difficult all the time (and everybody's difficult some of the time). Your new skills will help you reinforce the most positive behavior in everyone-at work and at home.

How this program is structured:

It's structured for maximum learning. You'll experience a carefully designed combination of:

**Informative presentation.**
Your trainer is skilled at sharing information in a way that's

engaging. Just sit back and take it all in.

**Practice exercises.**
You do some of those alone, and others with groups or a partner. Don't worry-no one will be singled out or embarrassed.

**Group discussion.**
Get your questions answered. Share your point of view. These are some of the most stimulating segments of the program.

> "—lots of practical info! I'm excited about developing my plan of action, and will look at my co-workers in a different, more open-minded and caring way."
>
> -Denise Weaver, senior benefits specialist

## Program Agenda

### Understand the difficult people in your life

- The most common mistake well-intentioned people make that actually worsens conflict
- What a team can do with a person who isn't a team player
- The single best response to sarcasm
- 3 ways to get people to keep their word
- How to deal with a person who practices one-upmanship
- When and how to have a third party intervene to resolve a conflict

### Know specifically what to do and say

- What to do when someone-even a boss-starts yelling
- What to do when someone takes credit for your idea
- How to determine if a difficult relationship is worth salvaging (and what to do if it isn't)
- The best way to get someone to stop holding a grudge
- Handling the person who says one thing to you but the opposite to someone else
- When and how to go over someone's head to his or her superior
- Dealing with touchy people who take things personally
- How to get your boss to quit procrastinating and make a decision

### Be less of a target for difficult people

- What to do when someone criticizes you unfairly
- How to cope with excuse-makers and blamers
- What to do immediately when someone threatens you
- 3 tactics that prevent you from being manipulated by others
- "Hot buttons": how to keep people from pushing yours
- "The boss's favorite": how to cope with the person who's perfect in the boss's eyes- but doesn't really do his or her share of the work

### Bring out the best in people

- How to handle a co-worker who is too competitive
- How to handle someone who wants to get "too personal"

- What to do when somebody makes a promise you suspect he or she won't keep
- How to give an aggressive person an alternative to direct conflict
- The special body positions to use in dealing with specific kinds of difficult people
- 3 tactics that prevent you from being manipulated by others
- Special for managers: how to deal with insubordination, laziness and people who hate their jobs

## Customer Service index

## Personal/Professional Development index

## Communication Skills index

## Back to the "general topics" index

## Tell us what you need

About Pryor Resources | Frequently Asked Questions(FAQs) | Our Guarantee

Copyright 1999, Pryor Resources. All Rights Reserved.



# Seminars

### How to Handle People with Tact and Skill

**ANNAPOLIS, MD** Program #2030629
08/09/01 THURSDAY 9:00 am - 4:00 pm
Radisson Hotel Annapolis
210 Holiday Court, Annapolis
US$ 149.00    US$ 129.00 FOR GROUPS OF 5 OR MORE

[Register]  [Secure Register]

**BALTIMORE, MD** Program #2030012
08/08/01 WEDNESDAY 9:00 am - 4:00 pm
Holiday Inn Belmont
1800 Belmont, Baltimore
US$ 149.00    US$ 129.00 FOR GROUPS OF 5 OR MORE

[Register]  [Secure Register]

**College PARK, MD** Program #2030462
03/13/01 TUESDAY 9:00 am - 4:00 pm
Best Western Maryland Inn
8601 Baltimore Blvd, College Park
US$ 149.00    US$ 129.00 FOR GROUPS OF 5 OR MORE

[Register]  [Secure Register]

**GREENBELT, MD** Program #2030290
08/15/01 WEDNESDAY 9:00 am - 4:00 pm
Fairfield Inn Capital Beltway
4050 Powder Mill Rd, Beltsville
US$ 149.00    US$ 129.00 FOR GROUPS OF 5 OR MORE

[Register]  [Secure Register]

**HAGERSTOWN, MD** Program #2030384
08/06/01 MONDAY 9:00 am - 4:00 pm