# EXHIBIT   21

# Residential Workshop for Administrative Support Staff
## Destin, Florida
## September 14-17, 2004

# *AGENDA*

### Tuesday, September 14

3:00 p.m. – 4:30 p.m.    Registration and Check-in

5:00 p.m. – 6:00 p.m.    Reception

### Wednesday, September 15

7:30 a.m. – 8:30 a.m.    **Breakfast Buffet**

8:30 a.m. – 11:30 a.m.   Workshop Session: **The Art of the Difficult Conversation**
*Ms. Kathleen McKleskey*

11:30 a.m. – 12:30 p.m.  **Lunch**

12:30 p.m. – 3:30 p.m.   Workshop Session: **Tally-Up! A Value-Based Goal Setting Program**
*Ms. Barbara Talley*

### Thursday, September 16

7:30 a.m. – 8:30 a.m.    **Breakfast Buffet**

8:30 a.m. – 11:30 a.m.   Workshop Session: **Maintaining Balance in an Unbalanced World**
*Ms. Carol Higbie*

11:30 a.m. – 12:30 p.m.  **Lunch**

12:30 p.m. – 3:30 p.m.   Workshop Session: **Managing the Challenge of Change**
*Ms. Virginia McGuire*

### Friday, September 17

7:30 a.m. – 8:30 a.m.    **Breakfast Buffet**

8:30 a.m. – 11:30 a.m.   Workshop Session: **Closeout & Presentation of Certificates**
*Ms. Carol Higbie, Ms. Virginia McGuire, Mr. John Green*

Rutledge Affidavit, Elaine Walls Complaint
Attachment 2