# EXHIBIT   24

**Department of Transportation**
**al Motor Carrier Administration**

# RECOMMENDATION FOR QUALITY STEP INCREASE, PERFORMANCE, CASH, TIME-OFF, OR HONOR AWARD

NUMBER
*M11300 – 533-04.*

NAME OF EMPLOYEE: WALLS, W. Elaine
POSITION TITLE: Attorney Advisor
SERIES: GS-0905
GRADE/SALARY: GS-14-10

NAME AND LOCATION OF ORGANIZATION:
Federal Motor Carrier Safety Administration
Office of Chief Counsel - Regulatory Affairs
Headquarters, Washington, DC

## TYPE OF RECOMMENDATION

|  |  |
|---|---|
| ☐ **Quality Step Increase (QSI)** | |
| ☐ **Performance Award (PA)** | *Amt. Recommended* |
| **Cash Award** | *Amt. Recommended* |
| ☒ Special Act | $1,500.00 |
| ☐ Suggestion/Invention | |
| ☐ On-The-Spot | |
| **Time Off Award** | *Hrs. Recommended* |
| ☐ Special Act | |
| ☐ On-The-Spot | |

**HONOR AWARDS:**
☐ Administrator's Award for Superior Achievement
☐ Safety Investigator of the Year Award
☐ Strides for Safety Award
☐ Service for Safety Award
☐ 50/2010 Commitment to Safety Award
☐ 50/2010 Safety Innovation Award
☐ Other

## BENEFITS

☐ Tangible    $ _____

☐ Intangible:    Value _____
Extent _____

L__TH OF SERVICE IN FHWA/FMCSA    10-01-2000

☐ PERFORMANCE RATING ATTACHED (PA's and QSI's only)

| RECOMMENDING OFFICIAL (Name and Title) | SIGNATURE | DATE |
|---|---|---|
| Suzanne H. O'Malley<br>Chief, Regulatory Affairs | *Suzanne H. O'Malley* | 07-30-2004 |
| REVIEWING OFFICIAL (Name and Title) | SIGNATURE | DATE |
| Dolores M. Hodge<br>Administrative Officer | *Dolores M. Hodge* | 07-30-2004 |
| APPROVING OFFICIAL (Name and Title) | SIGNATURE | DATE |
| Brigham A. McCown<br>Chief Counsel | *B McC* | 07-30-2004 |

**Provide Basis of Recommendation on page 2 of this form.**

**Citation (If applicable - 23 word limit)**

## TO BE COMPLETED BY PERSONNEL REPRESENTATIVE

S__ SECURITY NUMBER: 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

NATURE OF ACTION CODE: 840

LEGAL AUTHORITY: _____

SIGNATURE: *Kathy O.*    DATE: 8/11/04.

EFFECTIVE DATE: _____

FMCSA-APPROVAL LEVEL (If Applicable): _____

☐ Z40 REMARK (If award paid by third party bank draft)

orm MCSA-1156 (4-2000)    Previous Editions are Obsolete

| RECOMMENDATION FOR QUALITY STEP INCREASE, PERFORMANCE, CASH, TIME-OFF, OR HONOR AWARD | NUMBER |
|---|---|

**.S OF RECOMMENDATION:**

I recommend Elaine Walls for a Special Act Award for her contributions to developing the FMCSA's first Policy Statement under the National Environmental Policy Act (NEPA). Ms. Walls led a team of agency legal, policy, and programmatic staff members to ensure that the policy statement was responsive to NEPA legal requirements, as well as the agency's policy agenda and procedural norms. She also provided extensive liaison with OST, the Council on Environmental Quality (CEQ), and the Environmental Protection Agency (EPA) during all developmental and concurrence phases of the NEPA Policy project. Because FMCSA's NEPA Policy represents the first DOT modal policy statement of this nature in over a decade, Ms. Walls' extensive contributions to this endeavor proved not only critical to the agency's regulatory environmental review agenda, but also essential to the Departmental understanding of prevailing environmental policy norms for all regulatory activity.