# O'MALLEY DECLARATION
# W/EXHIBITS A & B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE WALLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil No.: 06-1259 (TFH) |
| MARY E. PETERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DECLARATION OF SUZANNE O'MALLEY

1.      I am the Assistant Chief Counsel for Regulatory Affairs in the Office of
Chief Counsel, Federal Motor Carrier Safety Administration ("FMCSA"), U.S.
Department of Transportation.  I have been employed in this position since January 2001.

2.      I have been Elaine Walls' first-level supervisor since I assumed my
current position in January 2001.  As such I have first-hand knowledge of Ms. Walls'
performance and capabilities as well as first-hand knowledge of the performance and
capabilities of the other attorneys in my Division.

3.      Currently, there are four male attorneys in my Division: Michael Falk
(GS-15), Charles Medalen (GS-15) (currently serving on collateral assignment as Interim
Deputy Chief Counsel), Alan Strasser (GS-13) and Frederic Wood (GS-14).  Joseph
Solomey also worked in my Division until December 2003 and was a GS-14 during his
entire employment with FMCSA.

### Plaintiff's Performance As Compared To Others In Her Division

4.      Both Mr. Falk and Mr. Medalen entered the Division already at the GS-15
level and both have consistently distinguished themselves as outstanding senior-level

94534.2

attorneys. Mr. Solomey also consistently distinguished himself as an exemplary attorney.

5.    One of my responsibilities as Assistant Chief Counsel is to prepare annual performance appraisals for my staff and to make recommendations for performance awards and bonuses. In preparing these appraisals and making my recommendations, I base my assessment solely on the employees' performance and work products. The work in my Division is quite varied and no two attorneys perform the same functions. In addition, there are considerable differences in the complexity of work performed by the different attorneys as well as the amount of independence, judgment and discretion that the attorney exercises.

6.    For the performance period ending on September 30, 2003, Messrs. Falk and Medalen each received an "Outstanding" rating. (*See* Exhibits A and B attached.) Each consistently out-performed Ms. Walls in terms of the quality, level of complexity, and volume of work handled, as well as the reliability and attitude with which their work products are delivered. I have never recommended that Ms. Walls receive an "Outstanding" rating.

7.    Ms. Walls performs acceptably at the GS-14 level. She is not, however, one of the stellar performers in my Division. Among other shortcomings, Ms. Walls lacks a sufficiently strong working knowledge of a broad range of FMCSA programs, rules, policies, and procedures. She fails to independently produce on a regular or sustained basis high quality, effective work products, requiring virtually no oversight or revision. In addition, Ms. Walls' oral communication style lacks analytical focus, definitive direction and brevity, thus limiting her ability to provide effective managerial briefings. Accordingly, she does not independently brief Office of Chief Counsel

94534.2

leadership and has never been entrusted with independently conducting executive level briefings for agency or Departmental officials. By comparison, Messrs. Falk and Medalen are frequently called upon to independently represent the Regulatory Affairs Division when briefing the Chief Counsel or Deputy Chief Counsel, and also have represented the agency in meetings with Departmental officials or Congressional staff members

8.     Mr. Falk has widely acknowledged and sought-after expertise in the areas of commercial regulation (household goods, licensing and registration, insurance, and consumer protection issues), drug and alcohol compliance, NAFTA and trans-border carrier issues. In addition, he has managed Counsel's Enforcement Division in an interim acting capacity and also has authored hundreds of adjudications decisions for the agency's Chief Safety Officer. Both of these assignments have required in-depth technical and policy understanding of the agency's Federal Motor Carrier Safety Regulations and procedures.

9.     Mr. Medalen likewise is the acknowledged agency legal expert in the areas of commercial driver licensing and training, the Motor Carrier Safety Assistance Program, USA Patriot Act and other security issues, Hours-of-Service regulations and related litigation, Occupational Safety and Health issues, size and weight issues, Constitutional interpretive issues, and legislative drafting and reauthorization procedures. He has served as the agency's Departmental liaison for all reauthorization initiatives since the inception of FMCSA and is routinely consulted by Departmental and Congressional staff members, as well as staff of other modes and Departments, in his various areas of expertise. The narrative summary accompanying his 2003 performance

94534.2

appraisal is fully illustrative of his performance in this regard: "He consistently contributes to the development of significant agency regulatory initiatives with an incomparable level of legal expertise, institutional memory, and policy judgment that cumulatively ensure the soundness and defensibility of the rules he oversees."

10.    Mr. Solomey was the senior enforcement attorney in my Division when the Division included both Enforcement and Regulatory Affairs. As the lead enforcement attorney, Mr. Solomey was responsible for consulting on the development of and reviewing all enforcement regulations and regulatory guidance, serving as the liaison between enforcement program staff and field attorneys and providing counsel to the enforcement staff, Office of General Counsel, and Department of Justice attorneys on all enforcement related litigation involving the agency. He consistently demonstrated an extensive working knowledge of enforcement issues, an ability to pursue even the most complex tasks independently and strong initiative to develop sound and reliable legal enforcement oversight for the Agency. Field attorneys, agency policy officials and enforcement staff members at all levels clearly recognized him as the "go to" source in Counsel's office for all enforcement and oversight and litigation coordination matters.

11.    The extensive expertise that both Messrs. Falk and Medalen bring to their perspective on motor carrier safety issues is matched only by their willingness also to take on novel issues and "drill down to bedrock" through independent research and client office consultations to acquire new areas of specialization and address complex agency initiatives. This motivation feeds off of their respective subject matter areas of expertise and ensures that they readily accept the most intricate and complex assignments and approach them with enthusiasm, rather than with the reticence that more typically

94534.2

characterizes Ms. Walls' reaction to similar challenges. Their blend of expertise and motivation also ensures that Messrs. Falk and Medalen handle not only more complex docket items, but also successfully balance many more competing tasks at any given time on their respective personal dockets than does Ms. Walls. As a consequence, the diversity and volume of the work products each completes on a periodic basis far exceeds that produced by Ms. Walls.

12.     Although Ms. Walls attempts to portray the narrative accompanying her 2003 performance appraisal as one that supports an "Outstanding" rating, it is illustrative of a far less superior rating. It is an assessment that reflects some positive contributions and forward strides on Ms. Walls' part, as would be expected for a GS-14 employee who is performing at an acceptable level. Moreover, because the narrative complements to annual performance appraisals are optional, it is consistently my practice to provide positive feedback in narrative statements and to discuss performance lapses, if any, or improvement goals verbally with the employees I supervise.

13.     Nonetheless, a review of the language used in Ms. Walls' 2003 performance appraisal narrative, when assessed against the narratives accompanying the "Outstanding" ratings for Messrs. Falk and Medalen, clearly confirms that she was performing at a far less exemplary level. Ms. Walls, for example, is recognized as contributing "effectively and measurably," being "engaged fully and productively," being a "key member" of a team, making "effective use of subject matter and policy experts," and "ably" performing assignments -- all suggesting accurately that she was performing her functions competently, but not in the extraordinary or exemplary fashion exhibited by "Outstanding"-rated employees such as Messrs. Falk and Medalen.

94534.2

14.    The language used in their respective 2003 appraisal narratives clearly bear this out. Mr. Falk, for example, was recognized for performing "exemplary legal services at an "Outstanding" level in all assessment factor areas," for exhibiting "exceptional skills" and "intense sensitivity to political and policy concerns," and for making an "invaluable contribution" sufficient to "truly have defined the agency's initiatives in several critical and highly sensitive areas." Similarly, the narrative accompanying Mr. Medalen's 2003 "Outstanding" rating confirmed that he provided "superior service," demonstrated "an incomparable level of legal expertise, institutional memory, and policy judgment," and was highly regarded by agency leadership for his "unyielding commitment to excellence, ... attention to detail and broad understanding of the agency's regulatory and policy agenda." The narrative assessment of Mr. Medalen's contributions also incorporated by reference a nomination to receive the Administrator's Award for Superior Achievement. The Administrator responded to that nomination by selecting Mr. Medalen for the agency's highest honor, the Eagle Award, to commemorate his "exemplary service to the agency and to the public."

15.    It is also important to note that, while Ms. Walls' 2003 appraisal focused on her effective team membership and mobilization of resources, the appraisals for Messrs. Falk and Medalen specifically confirm their effective *leadership* in tasks assigned to them. This distinction clearly reflects the heightened level of initiative and motivation that characterizes the work of Messrs. Falk and Medalen. Mr. Falk, for example, was commended for his "unparalleled leadership and commitment to excellence." Mr. Medalen, similarly, was acknowledged for his "oversight and

94534.2

leadership roles in a number of enforcement, litigation support, and commercial regulatory areas."

16.     The annual bonus and cash award amounts for Messrs. Falk and Medalen in FY 2002, 2003, and 2004 exceeded the amounts awarded Ms. Walls for each of the years identified. This is a reflection of the fact that Messrs. Falk and Medalen each contributed more extensively to the quality and volume of Counsel's office output during those performance cycles. (In 2002 and 2003, their "Outstanding" performance ratings exceeded the "Meets or Exceeds" rating accorded Ms. Walls and, for this reason, the amount of their respective performance awards followed suit. Although the 2004 "Pass/Fail" performance appraisal methodology did not allow for such gradations in the actual rating, Messrs. Falk and Medalen received monetary performance awards to acknowledge the exceptional level of their performance within the "Pass" range. Ms. Walls' performance, while acceptable, did not rise to an exceptional level of service. Her cash award was a "Special Act" award only, reflecting her contribution to a specific agency initiative.) The work items handled by Messrs. Falk and Medalen during the involved appraisal periods were more complex and more critical to the agency's mission on the whole, than those identified among Ms. Walls' contributions. In addition, the cash awards received by Mr. Falk and Mr. Medalen during those appraisal periods also reflected the high regard with which they are held by the client program offices they support and, in some instances were supplemented by the client offices themselves.

17.     Mr. Solomey received an "Outstanding" rating in 2001 and 2002 and a "Meets or Exceeds" rating with an emphasis on "Exceeds" in 2003. Each of his ratings exceeded Ms. Walls' ratings and consequently the amount of his performance awards

94534.2

exceeded her awards. Mr. Solomey also was selected as the Departmental recipient of the 2003 Lawrence Schneider Award, an honor recognizing an outstanding attorney who has been admitted to the practice of law for fewer than 10 years. Whether assessed cumulatively or individually, Mr. Solomey's knowledge base, motivation and attitude presented a far more exemplary profile than those exhibited by Ms. Walls.

**Plaintiff's Communication Issues**

18.    On various occasions in my supervisory role and continuing to the present, I have had to intervene to put a diplomatic "gloss" on brusque verbal and electronic communications from Ms. Walls to Agency clients. Information included in Ms. Walls' messages to clients at times directs action rather than requests cooperation, an approach not conducive to the team-based communication norms expected from Chief Counsel staff members. Similarly, Ms. Walls has a tendency to deflect inquiries and requests for assistance to other team members or other attorneys familiar with an issue rather than elicit their input herself or set up a recommendation for action and then request input. Rather than rely on Ms. Walls to resolve issues they may have, Agency clients have asked me if another attorney is available to assist them because they had previously not found Ms. Walls approachable or fully responsive.

19.    I recommended that Ms. Walls attend a communications skills course as a direct result of a suggestion made by then Deputy Chief Counsel of FMCSA Judy Rutledge. Ms. Rutledge had expressed concern about Ms. Walls' tendency to be dictatorial or dismissive in both her written and verbal communications to both professional superiors and peers. On several occasions, Ms. Rutledge responded to e-mails generated by Ms. Walls by noting their inappropriate tone, or by directing that Ms.

8

94534.2

Walls refrain from communicating through electronic means on particular issues altogether. As a result of this concerns, Ms. Rutledge believed that Ms. Walls could benefit from a communication skills course and I, in turn, provided her with the course information and requested that she enroll.

**Nominations Process For The EPP**

20.    In FY 2007, the nomination process for the Executive Potential Program ("EPP") changed in that the Chief Counsel no longer served as a filter for the submissions of applications to the EPP, but allowed all attorneys who so desired to submit their applications.

21.    On February 12, 2007, Judy Rutledge requested that I share with my staff an announcement she forwarded about solicitation of applications for the 2007-2008 Executive Potential Program. I immediately forwarded the information to members of my staff qualified to participate in the program, including Ms. Walls, asking that interested persons let me know of their desire to participate in the application process. I subsequently verbally advised the eligible candidates in my Division, including Ms. Walls, that all qualified candidates would be allowed to submit their applications to the Agency nomination pool. When I did not receive any expression of interest from Ms. Walls, I sent her a follow-up e-mail on February 27, 2007, again forwarding the EPP application and stating in the cover message: "Just a reminder - applications are due March 9th. I will be glad to complete the supervisory portion of the application, so let

me know if you are interested." Ms. Walls never responded to the solicitation or my e-mails.

I declare under penalty of perjury under the laws of the United States of America that the above statement is true and complete to the best of my knowledge and belief.


                                     _____

                                     Suzanne O'Malley
                                     Assistant Chief Counsel for
                                     Regulatory Affairs, FMCSA


                                     _____

                                     Executed on

10

94534.2

2023668536          W94-122c                                    10.21 13 a.m.    08-06-2007          24 /44————



## FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION

## PERFORMANCE APPRAISAL FORM

| Last Name | First Name | Middle Initial | Social Security No. | Appraisal Period From: | To: |
|---|---|---|---|---|---|
| Madalen | Charles | E. | | 10/01/2002 | 09/30/2003 |

| Title, Series and Grade | Organizational Unit and Location |
|---|---|
| Attorney-Advisor, GS-905-15 | FMCSA/Office of Chief Counsel Washington, DC |

**A**          CERTIFICATION OF INITIAL DISCUSSION AND APPROVAL OF PERFORMANCE PLAN

_Suzanne O'Malley_
Signature of Supervisor

_Assistant Chief Counsel Enforcement and Regulatory Affairs_
Title

Signature of Employee

_Charles Medalen_
Signature of Second Level Supervisor
_(If applicable- see instructions)_

_Attorney Advisor_
Title

_November 27, 2002_
Date of Discussion

**B**          MID-POINT PROGRESS REVIEW

_Suzanne O'Malley_
Signature of Supervisor

_Charles Medalen_
Signature of Employee

_August 6, 2003_
Date of Discussion

**C**          SUMMARY PERFORMANCE RATING DETERMINATION

To assign the summary performance rating, select the highest level met based on the applicable criteria:   _(See instructions)_

☑ **OUTSTANDING**

☐ **MEETS OR EXCEEDS REQUIREMENTS**

☐ **FAILS TO MEET REQUIREMENTS**

### Reason for Rating

☑ End of annual cycle                              ☐ Employee leaving agency

☐ Employee reassigned or promoted                  ☐ Other (Specify) _____

### Signatures

_Suzanne H. O'Malley_ March 11, 2004
Signature of Supervisor          Date

_Judith A. Rutledge_ 3/19/04
Signature of Second Level Supervisor
_(If applicable- see instructions)_          Date

_Charles Medalen_ March 18, 2004
Signature of Employee          Date

I have reviewed the completed performance document and
it has been discussed with me. This does not necessarily
mean that I agree with all the information in it or that I
forfeit any rights of review. (Comments may be entered in
Section F "Remarks")

MCSA-1552 (5-2000)

A

2023668536        W94-122c                                    10:21:40 a.m.    08-06-2007    25/44

## IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of
this position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and
attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the
supplemental document attached.

**Provide timely and responsive legal services to support FMCSA's goals**

- ☐ Communicate to and advise FMCSA program offices on the legal requirements
  relative to programs within the Enforcement and Regulatory Affairs Division's
  area of responsibility.

- ☐ Provide legal advice, counsel, and assistance to most effectively advance
  initiatives of the program offices, consistent with statutory mandates and
  authority, implementing regulations, and FMCSA and Departmental policies.
  Review of draft regulatory documents, memoranda, and correspondence shall be
  for legal sufficiency, focusing on compliance with statutory mandates and
  authority, consistent with FMCSA and Departmental policies; editorial and other
  revisions not critical to the legal sufficiency of the documents are to be
  consciously eliminated from the review process.

- ☐ Identify and analyze legal problems correctly, ascertaining basic relevant facts
  and researching additional facts, law, policy, and precedent as needed.

- ☐ Prepare correspondence, memoranda, and other written work products that are
  well constructed, clearly expressed, easily understood by lay readership, and
  premised on sound legal judgment and adequate research.

- ☐ Provide responsive litigation support in enforcement and economic regulation
  cases involving the agency.

    -Prepare briefs or other information to assist field counsel in prosecuting
    enforcement cases.
    - Perform research, explain FMCSA programs, and prepare briefs to assist
    Department of Justice in defending legal actions brought against the
    agency.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS;
OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
 * Provides vision and communicates mission and organizational goals to all subordinates.
 * Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
 * Secures/allocates/manages resources for effectiveness and efficiency.
 * Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
 * Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
 * (List any additional job-specific supervisory performance objectives, if applicable:)

2023668536        W94-122c

## IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of this position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the supplemental document attached.

☐ Represent the office of Chief Counsel on the FMCSA Reauthorization Task Force, formulate and draft legislative proposals as required to support agency initiatives, and provide responsive technical assistance as requested by Congressional staff.

☐ Provide responsive and timely legal support, as needed, to the FHWA vehicle size and weight program through review of rulemaking documents and significant correspondence and advice to FHWA legal a program staff concerned with size and weight requirements and provide training to assist FHWA counsel in developing familiarity with the size and weight program.

☐ Manage workload effectively by addressing urgent matters quickly and addressing other assignments in an appropriately timely fashion. Keep supervisor informed when unable to meet deadlines due to converging work assignments or adjustment in priorities.

**Communicate effectively with Chief Counsel/Acting Chief Counsel and other Chief Counsel staff, FMCSA and DOT staff, and the public.**

☐ Maintain broad familiarity with FMCSA programs, statutory authority, and implementing regulations in order to respond effectively to inquiries from FMCSA program staff, other modal administrations, Congressional staff, States, motor carriers, drivers, and the public.

☐ Contribute effectively to attorney-client team building by actively engaging in a multi-disciplined approach to problem solving and by fostering and maintaining direct communication with program office clients.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS; OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
* Provides vision and communicates mission and organizational goals to all subordinates.
* Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
* Secures/allocates/manages resources for effectiveness and efficiency.
* Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
* Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
* (List any additional job-specific supervisory performance objectives, if applicable:)

2023668536        W94-122c                                10:22.43 a.m.    08-06-2007        27/44—



## IDENTIFICATION OF PERFORMANCE OBJECTIVES

### INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES

List briefly and concisely the most important performance objectives or expectations which are critical for the success of this position.

**Optional:** Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the supplemental document attached.

- Keep current with and share with Counsel's Office staff information concerning latest legal precedent and requirements, regulatory developments, agency policies and activities related to areas within Division's responsibilities.

- Keep Office of Chief Counsel managerial and professional staff apprised of critical legal or policy issues that arise in performance of legal review and program office liaison responsibilities.

- Maintain accurate and current records concerning the status of each personal docket item, provide regular and tiely status input to the Chief Counsel's Office docket management system, and provide docket status reports as requested by Chief Counsel, Deputy Chief Counsel, and/or Assistant Chief Counsels.

### Improve professional skills

- Identify personal professional development objectives, periodically review these objectives with Assistant Chief Counsel for Enforcement and Regulatory Affairs, and take training designed to achieve the referenced objectives.

**SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS; OPTIONAL FOR TEAM LEADER POSITIONS).** *(Check box if applicable)*
* Provides vision and communicates mission and organizational goals to all subordinates.
* Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
* Secures/allocates/manages resources for effectiveness and efficiency.
* Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
* Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
* (List any additional job-specific supervisory performance objectives, if applicable:)

2023668536    W94-122c    10:23 09 a.m.    08-06-2007    28:44



E                    **FACTOR RATINGS: ALL PERFORMANCE OBJECTIVES (Listed in part D)**

**PERFORMANCE STANDARD:** Rate factors 1 - 8 as they apply to the collective performance of the performance objectives listed in Part D (individual, supervisory/leadership, and the individual work efforts associated with team performance objectives). Factors 9 - 10 are reserved for organizations with a formal team structure.

| Exceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | **MEETS OR EXCEEDS REQUIREMENTS** (A wide range of performance, for which a high level is described below.) | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|
| **OUTSTANDING** ✓☐ | **1. JOB KNOWLEDGE** Broad and detailed knowledge of the job and its relationship to other jobs. Able to apply that knowledge to accomplish these performance objectives in a way that adds value to the organization. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| **OUTSTANDING** ✓ | **2. QUALITY OF WORK** Consistently maintains a high standard of work. Produces high quality, precise, well-organized work which not only fulfills the organization's objectives but adds value to the process. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| **OUTSTANDING** ✓ | **3. VOLUME OF WORK** Consistently turns out a high volume of work. Frequently handles difficult cases, and pulls at least her/his own weight. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| **OUTSTANDING** ✓ | **4. TIMELINESS/DEPENDABILITY** Typically completes work on time. Consistently accomplishes a heavy workload within acceptable time limits. Very reliable; can be counted on. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| **OUTSTANDING** ✓ | **5. TEAMWORK** Highly successful teamworker with ability to consistently promote cooperation and gain support for programs or goals when required. Gets along well with others, and helps fellow workers in a way that furthers organizational goals. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| **OUTSTANDING** ☐ | **6. RESOURCE MANAGEMENT** Uses resources effectively and prudently in completing assignments. Is able to frequently adjust resources to meet emergency or changing requirements, and still get the job done and meet organizational goals. ✓ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |

(CONTINUED)

2023668536          W94-122c                    10:23:39 a.m.    08-06-2007     29/44

E    FACTOR RATINGS: ALL PERFORMANCE OBJECTIVES - CONTINUED - PAGE 2

| Exceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | MEETS OR EXCEEDS REQUIREMENTS (A wide range of performance, for which a high level is described below.) | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|
| OUTSTANDING ✓ | **7. CUSTOMER SERVICE** Consistently recognizes who customers are, and identifies what is required to meet their needs. Is effective in dealing with customers and providing high-quality service. Is able to balance competing and changing demands, and still provide responsive service to meet her/his customers major needs. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| OUTSTANDING ✓ | **8. COMMUNICATION** Very effective in written and oral communications. Written material is well organized, clear, and thorough. Makes effective oral presentations, and deals effectively in group discussions with sensitive or controversial matters. Usually keeps supervisors and coworkers informed of the status of key issues. ☐ | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |

**TEAM PERFORMANCE FACTORS (OPTIONAL)**
For use in organizations with a formal team structure, to assess team results and individual participation in the team process. Individual work efforts which form part of the team accomplishments should be evaluated in Factors 1 - 8 above, to the extent applicable.

| | | | |
|---|---|---|---|
| OUTSTANDING ☐ | **9. TEAM ACCOMPLISHMENT** The team accomplishes team objectives successfully by producing high-quality products within acceptable time limits to fully meet the identified goals of the organization and the needs of the customer. | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** |
| OUTSTANDING ☐ | **10. INDIVIDUAL EFFECTIVENESS AS TEAM MEMBER** Contributes in a very positive way to the overall success of the team by supporting other team members and being actively involved in the team's efforts. Provides guidance and feedback to other team members, provides back-up to other roles and functions on the team, and participates in the group and takes an active role in the team's decision-making process. | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |

**THE RESULTS OF ALL APPLICABLE FACTOR RATINGS SHOULD BE USED TO DETERMINE THE SUMMARY PERFORMANCE RATING IN PART C ON THE FIRST PAGE OF THIS FORM.** *(SEE INSTRUCTIONS.)*

☐ Although performance meets at least minimum requirements, improvement or additional development is needed in Factor(s) _____ discussed with the employee, and documented in Part F or G.

—2023668536        W94–122c                                    10.24:11 a.m.    08–06–2007        30 /44

Mr Medalen continues to provide superior service to the Office of Chief Counsel as the senior regulatory affairs attorney. He consistently contributes to the development of significant agency regulatory initiatives with an incomparable level of legal expertise, institutional memory, and policy judgment that cumulatively ensure the soundness and defensibility of the rules he oversees. As a consequence, the demands for his services and expertise are relentless. They originate from the most senior agency and Departmental policy officials to a broad range of program staff and technical experts, all of whom experience Mr. Medalen's unyielding commitment to excellence and benefit from his attention to detail and broad understanding of the agency's regulatory and policy agenda.

Significant regulatory accomplishments for which Mr. Medalen has been largely responsible during the appraisal period include revision of the Hours of Service regulations, implementation of the USA Patriot Act, and continuing oversight of rules involved in a major mandamus lawsuit, including a training initiative for drivers of longer combination vehicles. As a result of detail assignments and employee professional development programs, Counsel's Enforcement and Regulatory Affairs staff has been significantly depleted during the year, requiring Mr. Medalen to assume oversight and leadership roles in a number of enforcement, litigation support, and commercial regulatory areas that ordinarily would be within the purview of other subject matter experts. As in his primary areas of expertise, he has become acknowledged as a valued source of information and has provided support, guidance, and mentoring to junior attorney staff being groomed to assume responsibilities in these areas.

During the 2003 Performance Appraisal Year, Mr. Medalen also has served as the FMCSA's reauthorization counsel, adding to his routine responsibilities the politically sensitive demands of developing a reauthorization proposal and coordinating its progress through the Department. He has effectively balanced the demands of this position with his vast workload of regulatory and legal interpretive matters and consistently exhibits a remarkable ability to manage multiple complex assignments and shifting agency priorities without compromising his trademark commitment to excellence.

In addition, Mr. Medalen serves as Acting Assistant Chief Counsel for Enforcement and Regulatory Affairs in my absence and, on such occasions, has done a superb job of overseeing routine administrative matters, guiding junior attorney staff, and managing the workflow of the Division.

In acknowledgement of his efforts during the appraisal year and on a sustained basis, I nominated Mr. Medalen for the Administrator's Superior Achievement Award in August 2003. (A copy of that nomination is attached. The commentary is consistent with and should be incorporated in this overall performance appraisal.) The Administrator responded to that nomination by selecting Mr. Medalen as the recipient of the agency's highest honor, the Eagle Award, recognizing exemplary service to the agency and to the public.

*Suzanne O'Malley*
*March 11, 2004*

2023668536          W94-122c                    10:24:49 a.m.    08-06-2007      31 /44

## NOMINATION OF CHARLES MEDALEN
### FOR THE ADMINISTRATOR'S AWARD FOR SUPERIOR ACHIEVEMENT

Charles Medalen, Attorney-Advisor in FMCSA's Office of Chief Counsel, exemplifies the qualities, character, and commitment deserving of recognition in the form of the FY 2003 Administrator's Award for Superior Achievement. A valued member of the FMCSA team since the agency's inception, Mr. Medalen consistently contributes to major agency regulatory and legislative initiatives at the highest level of professional proficiency, personal dedication, and unparalleled diplomacy. He is accordingly asked to serve as lead counsel for and positioned at the policy nexus of many of the agency's most politically sensitive and substantively challenging matters. Mr. Medalen's contributions are exceptionally valued in this particular year when the issues he oversees have proven critical, not only to furthering FMCSA's safety oversight mission, but to defining the future statutory mandate of this agency and refining its role as a key component of the nation's security presence.

Mr. Medalen eagerly accepted and enthusiastically embraced the challenge of serving as FMCSA's reauthorization attorney. Throughout the past fiscal year, he has been engaged with agency and Departmental policy-makers at the highest levels, as well as program and technical staff, to define policy and craft legislative language appropriate to the agency's future role and stature. The astute legal counsel and programmatic expertise that he brought to this task were rivaled only by his notable skills as mediator and diplomat in negotiations and meetings with affected program officials, agency and Departmental leaders, and legislative committee staff members.

The reauthorization undertaking, daunting in and of itself, represented only a small fraction of Mr. Medalen's responsibilities during the year. In fact, it was precisely because of his extensive involvement as counsel to other key FMCSA initiatives – the monumental Hours of Service rulemaking, revision of the agency's CDL rules, MCSAP program liaison and guidance responsibilities, and USA PATRIOT Act implementation, to name a few -- that Mr. Medalen was able to bring to the reauthorization effort an intuitive understanding of FMCSA's mission and program and an exacting familiarity with a broad range of technical and procedural program features. Mr. Medalen's invaluable contributions in advising on and formulating regulations to undergird these critical agency initiatives frequently required his attention and presented time-sensitive demands simultaneously with reauthorization-related benchmarks and deadlines. The demeanor with which he confronted and effectively balanced these competing demands truly sets a "gold standard" for time- and crisis-management within the agency and stands as an unequalled testament to the prevailing work ethic among dedicated employees.

It is impossible to address Mr. Medalen's vast contributions to major FMCSA regulatory initiatives without acknowledging their positive and profound "spill-over" effect in the Department's transportation safety and security mission. As the agency's legal and subject matter expert in the CDL background check provisions of the USA PATRIOT Act, Mr. Medalen consistently was called upon to advise and participate in security-



_2023668536        W94-122c                                    10:25:28 a.m.    08-06-2007        32 /44

related policy negotiations with other modes, the Office of the Secretary, and external interests, including the Department of Justice, the FBI, and Department of Homeland Security. He handled these potentially disruptive, time-sensitive requests as he did all other demands for his expertise -- with unyielding professionalism and courtesy, the sensitivity of a seasoned diplomat, and the enduring good humor necessary to ensure that the agency's best foot is ever forward.

This skills set with which Mr. Medalen responds to all requests for his involvement and expertise ensures that the agency is particularly well represented when the requests come from Congress and members of the public. Mr. Medalen's extensive institutional memory bank of program and policy issues and his acute sensitivity to political concerns make him a necessary focal point of advisory meetings between agency or Department officials and Capitol Hill staff. He regularly is asked to accompany legislative and policy leadership from FMCSA or OST to Congressional staff briefings and even more routinely receives requests to provide drafting and technical assistance from legislative committee staff members. He responds with equal vigor and attention to detail when requests for his guidance and counsel instead come from members of the public, small business owners, or truck drivers. Regardless of the source of the request for assistance, Mr. Medalen exemplifies public service in a manner befitting an agency that takes pride in its accountability and responsiveness.

Given both the breadth and depth of his legal and substantive expertise, it is not at all surprising that Mr. Medalen is one of the first members of the agency's professional staff called upon to brief and advise all new members of the FMCSA policy leadership team. Given his unparalleled ability to set out even the most complex legal or policy scenario in a manner that invites dialogue and understanding, it similarly is not surprising that Mr. Medalen is one of the last agency resources permitted to leave a meeting where decisions critical to the FMCSA's mission and future are being addressed. In essence, his contributions have been integral to the fabric of the most critical FMCSA initiatives of FY 2003 and it is virtually impossible to conceive of any major agency regulatory or legislative undertaking that will not bear his imprint.

For the foregoing reasons, I nominate and encourage the Administrator to select Charles Medalen as the recipient of the FY 2003 Secretarial Bronze Medal Award for Superior Achievement.

2023668536    W94-122c    10:13.50 a.m.    08-06-2007    9 /44




### FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION

## PERFORMANCE APPRAISAL FORM

| Last Name | First Name | Middle Initial | Social Security No. | Appraisal Period From | To: |
|---|---|---|---|---|---|
| Falk | Michael | J. | | 10/01/2002 | 09/30/2003 |

| Title, Series and Grade | Organizational Unit and Location |
|---|---|
| Attorney-Advisor, GS-905-15 | FMCSA/Office of Chief Counsel Washington, DC |

**A**

CERTIFICATION OF INITIAL DISCUSSION AND
APPROVAL OF PERFORMANCE PLAN

_Assistant Chief Counsel_
_Enforcement and_
_Regulatory Affairs_

| Signature of Supervisor | Title | Signature of Employee |
|---|---|---|

| Signature of Second Level Supervisor (if applicable- see instructions) | Title | Date of Discussion _September 26, 2002_ |
|---|---|---|

**B**

MID-POINT PROGRESS REVIEW

| Signature of Supervisor | Signature of Employee | Date of Discussion _August 19, 2003_ |
|---|---|---|

**C**

SUMMARY  PERFORMANCE RATING DETERMINATION

To assign the summary performance rating, select the highest level met based on the applicable criteria:  *(See instructions)*

☑ **OUTSTANDING**

☐ **MEETS OR EXCEEDS REQUIREMENTS**

☐ **FAILS TO MEET REQUIREMENTS**

**Reason for Rating**

☑ End of annual cycle                    ☐ Employee leaving agency

☐ Employee reassigned or promoted        ☐ Other (Specify) _____

**Signatures**

| Signature of Supervisor | Date _March 11, 2004_ | Signature of Second Level Supervisor (if applicable- see instructions) | Date |
|---|---|---|---|

| Signature of Employee | Date _3/18/04_ |
|---|---|

I have reviewed the completed performance document and
it has been discussed with me.  This does not necessarily
mean that I agree with all the information in it or that I
forfeit any rights of review.  (Comments may be entered in
Section F "Remarks")

202366536        W94-122c
10:14:15 a.m.    08-06-2007    10 /44



## IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of this position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the supplemental document attached. _____

### Provide timely and responsive legal services to support FMCSA's goals

- ☐ Communicate to and advise FMCSA program offices on the legal requirements relative to programs within the Enforcement and Regulatory Affairs Division's area of responsibility.

- ☐ Provide legal advice, counsel, and assistance to most effectively advance initiatives of the program offices, consistent with statutory mandates and authority, implementing regulations, and FMCSA and Departmental policies.

- ☐ Provide decision drafting and adjudicatory support to the Chief Safety Officer's Adjudication Counsel.

- ☐ Identify and analyze legal problems correctly, ascertaining basic relevant facts and researching additional facts, law, policy, and precedent as needed.

- ☐ Prepare correspondence, memoranda, and other written work products that are well constructed, clearly expressed, easily understood by lay readership, and premised on sound legal judgment and adequate research.

- ☐ Provide responsive litigation support in enforcement and economic regulation cases involving the agency.

- ☐ Manage workload effectively by addressing urgent matters quickly and addressing other assignments in an appropriately timely fashion. Keep supervisor informed when unable to meet deadlines due to converging work assignments or adjustment in priorities.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS; OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
- Provides vision and communicates mission and organizational goals to all subordinates.
- Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
- Secures/allocates/manages resources for effectiveness and efficiency.
- Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
- Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
(List any additional job-specific supervisory performance objectives, if applicable:)

2023668536        W94-122c                                    10:14:46 a.m.    08-06-2007        11/44

D

## IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of this position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the supplemental document attached.

**Communicate effectively with Chief Counsel/Acting Chief Counsel and other Chief Counsel staff, FMCSA and DOT staff, and the public.**

- ☐ Maintain broad familiarity with FMCSA programs, statutory authority, and implementing regulations in order to respond effectively to inquiries from FMCSA program staff, other modal administrations, Congressional staff, States, motor carriers, drivers, and the public.

- ☐ Contribute effectively to attorney-client team building by actively engaging in a multi-disciplined approach to problem solving and by fostering and maintaining direct communication with program office clients.

- ☐ Keep current with and share with Counsel's Office staff information concerning latest legal precedent and requirements, regulatory developments, agency policies and activities related to areas within Division's responsibilities.

- ☐ Keep office of Chief Counsel managerial and professional staff apprised of critical legal or policy issues that arise in performance of legal review and program office liaison responsibilities.

- ☐ Represent the Office of Chief Counsel on agency and Departmental task forces and at meetings involving the Office of the Secretary and other modal administrations concerning issues of interest to the FMCSA (for example, the Departmental drug and alcohol policy task force). Keep Chief Counsel staff and appropriate FMCSA program staff apprised of task force and meeting agendas and activities as relevant to their program goals.

- ☐ Maintain accurate and current records concerning the status of each personal docket item, provide regular and timely status input to the Chief Counsel's Office docket management system, and provide docket status reports as requested by Chief Counsel, and/or Assistant Chief Counsels.

**OPTIONAL FOR TEAM LEADER POSITIONS).** (Check box if applicable)

**SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS:**
Provides vision and communicates mission and organizational goals to all subordinates.
Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
Secures/allocates/manages resources for effectiveness and efficiency.
Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
(List any additional job-specific supervisory performance objectives, if applicable:)

2023668536    W94-122c
10:15:21 a.m.    08-06-2007    12/44

D

## IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of this position

☐ **Optional:** Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the supplemental document attached _____

### Improve professional skills

☐ Identify personal professional development objectives, periodically review these objectives with Assistant Chief Counsel for Enforcement and Regulatory Affairs, and take training designed to achieve the referenced objectives.

J SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS; OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
* Provides vision and communicates mission and organizational goals to all subordinates.
* Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
* Secures/allocates/manages resources for effectiveness and efficiency.
* Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
* Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
* (List any additional job-specific supervisory performance objectives, if applicable:)

2023668536        W94-122c                    10 15:41 a.m.    08-06-2007    13/44

E

## FACTOR RATINGS: ALL PERFORMANCE OBJECTIVES (Listed in part D)

**PERFORMANCE STANDARD:** Rate factors 1 - 8 as they apply to the collective performance of the performance objectives listed in Part D(individual, supervisory/leadership, and the individual work efforts associated with team performance objectives). Factors 9 - 10 are reserved for organizations with a formal team structure.

| Exceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | MEETS OR EXCEEDS REQUIREMENTS (A wide range of performance, for which a high level is described below.) | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|
| OUTSTANDING ☑ ☐ | **1. JOB KNOWLEDGE** Broad and detailed knowledge of the job and its relationship to other jobs. Able to apply that knowledge to accomplish these performance objectives in a way that adds value to the organization. | FAILS TO MEET REQUIREMENTS | DOES NOT APPLY |
| OUTSTANDING ☑ ☐ | **2. QUALITY OF WORK** Consistently maintains a high standard of work. Produces high quality, precise, well-organized work which not only fulfills the organization's objectives but adds value to the process. | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY |
| OUTSTANDING ☑ ☐ | **3. VOLUME OF WORK** Consistently turns out a high volume of work. Frequently handles difficult cases, and pulls at least her/his own weight. | FAILS TO MEET REQUIREMENTS | DOES NOT APPLY |
| OUTSTANDING ☑ ☐ | **4. TIMELINESS/DEPENDABILITY** Typically completes work on time. Consistently accomplishes a heavy workload within acceptable time limits. Very reliable; can be counted on. | FAILS TO MEET REQUIREMENTS | DOES NOT APPLY |
| OUTSTANDING ☑ ☐ | **5. TEAMWORK** Highly successful teamworker with ability to consistently promote cooperation and gain support for programs or goals when required. Gets along well with others, and helps fellow workers in a way that furthers organizational goals. | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY |
| OUTSTANDING ☑ ☐ | **6. RESOURCE MANAGEMENT** Uses resources effectively and prudently in completing assignments. Is able to frequently adjust resources to meet emergency or changing requirements, and still get the job done and meet organizational goals. | FAILS TO MEET REQUIREMENTS | DOES NOT APPLY ☐ |

(CONTINUED)

E    **FACTOR RATINGS: ALL PERFORMANCE OBJECTIVES - CONTINUED - PAGE 2**

| Exceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | **MEETS OR EXCEEDS REQUIREMENTS** (A wide range of performance, for which a high level is described below.) | | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|---|
| **OUTSTANDING** ✓ | **7. CUSTOMER SERVICE** Consistently recognizes who customers are, and identifies what is required to meet their needs. Is effective in dealing with customers and providing high-quality service. Is able to balance competing and changing demands, and still provide responsive service to meet her/his customers major needs. ☐ | | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
| **OUTSTANDING** ✓ | **8. COMMUNICATION** Very effective in written and oral communications. Written material is well organized, clear, and thorough. Makes effective oral presentations, and deals effectively in group discussions with sensitive or controversial matters. Usually keeps supervisors and coworkers informed of the status of key issues. | | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |

**TEAM PERFORMANCE FACTORS (OPTIONAL)**
For use in organizations with a formal team structure, to assess team results and individual participation in the team process. Individual work efforts which form part of the team accomplishments should be evaluated in Factors 1 - 8 above, to the extent applicable.

| **OUTSTANDING** ☐ | **9. TEAM ACCOMPLISHMENT** The team accomplishes team objectives successfully by producing high-quality products within acceptable time limits to fully meet the identified goals of the organization and the needs of the customer. ☐ | | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |
|---|---|---|---|---|
| **OUTSTANDING** ☐ | **10. INDIVIDUAL EFFECTIVENESS AS TEAM MEMBER** Contributes in a very positive way to the overall success of the team by supporting other team members and being actively involved in the team's efforts. Provides guidance and feedback to other team members, provides back-up to other roles and functions on the team, and participates in the group and takes an active role in the team's decision-making process. | | **FAILS TO MEET REQUIREMENTS** ☐ | **DOES NOT APPLY** ☐ |

**THE RESULTS OF ALL APPLICABLE FACTOR RATINGS SHOULD BE USED TO DETERMINE THE SUMMARY PERFORMANCE RATING IN PART C ON THE FIRST PAGE OF THIS FORM. (SEE INSTRUCTIONS.)**

☐ Although performance meets at least minimum requirements, improvement or additional development is needed in Factor(s) _____ discussed with the employee, and documented in Part F or G.

2023668536        W94-122c

During the 2003 Performance Appraisal period, Michael Falk was detailed to the FMCSA's Office of Adjudications Counsel to assist in the Administrator's priority of reducing the agency's significant backlog of civil penalty enforcement cases. In recognition of his exemplary legal skills, extensive enforcement and regulations background, and his superb writing ability, Mr. Falk was assigned many of the oldest and most complex cases, often including hundreds of evidentiary pages and elaborate enforcement histories. During his detail assignment, he worked on 117 cases, in which he drafted 130 orders. In addition, he was responsible for reviewing the work of a Departmental Honors Attorney and a junior FMCSA staff attorney, also detailed to the civil penalty backlog reduction project.

Agency Adjudications Counsel Steve Farbman, who oversaw Mr. Falk's work during the course of his detail, assesses his performance as "nothing short of incredible" and fully concurs in the "Outstanding" rating for this appraisal period. Mr. Farbman notes:

"Mike was an extremely quick study, producing within a month of his detail as much as any attorney could have been expected to produce with several years of experience. Of the nearly 150 orders that Mike drafted or assisted another attorney in drafting, I suggested changes to fewer than 10. Mike needed no supervision, and I relied on him for all issues concerning bankruptcy, controlled substances and alcohol use, and interest, administrative costs, and penalties. He clearly and concisely explained the legal issues in each case....Mike is a superb writer. In fact, he is the best writer with whom I have worked...in my 27 years in government. Had Mike been permitted to remain in this office, I would have gladly shared the title of Adjudications Counsel with him. He has earned it."

Mr. Falk's significant contributions to reducing the adjudications case backlog are particularly notable in view of the fact that during the course of his detail he continued to provide other vital legal services to the agency. As the agency's lead commercial regulations attorney, he responded to an unrelenting series of requests for legal and interpretive guidance from Headquarters and field staff and members of the public. As the subject matter expert on Mexican carrier regulation, Mr. Falk also continued to oversee the NAFTA implementation regulations and coordinated all litigation issues relating to those regulations when they became the subject of a highly controversial and politically sensitive adverse court decision. In addition, he provided direction, guidance, and mentoring to junior attorney staff members as they began to assist in other areas of Mr. Falk's subject matter expertise, including drug and alcohol regulations.

In any one of these critical areas of legal oversight, Mr. Falk's sound judgment and exemplary level of legal and policy expertise could have distinguished him as an "Outstanding" member of the Office of Chief Counsel. Cumulatively, however, his contributions are a noteworthy testament to his unparalleled leadership and commitment to excellence.

*Suzanne O'Malley*

*March 12, 2004*

2023668536        W94-122c                                    10.21 13 a.m.    08-06-2007        24 /44----



# FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION

## PERFORMANCE APPRAISAL FORM

| Last Name | First Name | Middle Initial | Social Security No. | Appraisal Period From: | To: |
|---|---|---|---|---|---|
| Madalen | Charles | E. | | 10/01/2002 | 09/30/2003 |

| Title, Series and Grade | Organizational Unit and Location |
|---|---|
| Attorney-Advisor, GS-905-15 | FMCSA/Office of Chief Counsel Washington, DC |

---

**A**                    CERTIFICATION OF INITIAL DISCUSSION AND
                         APPROVAL OF PERFORMANCE PLAN

_Signature of Supervisor_          Assistant Chief Counsel
                                   Enforcement and
                                   Regulatory Affairs
                                   _Title_                          _Signature of Employee_

_Signature of Second Level Supervisor_     Attorney Advisor       November 27, 2002
_(if applicable- see instructions)_     _Title_                   _Date of Discussion_

---

**B**                         MID-POINT PROGRESS REVIEW

_Signature of Supervisor_      _Signature of Employee_         August 6 2003
                                                              _Date of Discussion_

---

**C**                SUMMARY PERFORMANCE RATING DETERMINATION

To assign the summary performance rating, select the highest level met based on the applicable criteria:  _(See instructions)_

☑ **OUTSTANDING**

☐ **MEETS OR EXCEEDS REQUIREMENTS**

☐ **FAILS TO MEET REQUIREMENTS**

| Reason for Rating |
|---|

☑ End of annual cycle                          ☐ Employee leaving agency

☐ Employee reassigned or promoted              ☐ Other (Specify) _____

---

**Signatures**

_Signature of Supervisor_      _Date_      _Signature of Second Level Supervisor_   3/19/04
                                           _(if applicable- see instructions)_      _Date_

_Signature of Employee_    March 18, 2004
                           _Date_

I have reviewed the completed performance document and
it has been discussed with me. This does not necessarily
mean that I agree with all the information in it or that I
forfeit any rights of review. (Comments may be entered in
Section F "Remarks")

MCSA-1552 (5-2000)

A

2023668536          W94-122c                                    10:21:40 a.m.    08-06-2007        25/44

## IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of this position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the supplemental document attached.

### Provide timely and responsive legal services to support FMCSA's goals

- ☐ Communicate to and advise FMCSA program offices on the legal requirements relative to programs within the Enforcement and Regulatory Affairs Division's area of responsibility.

- ☐ Provide legal advice, counsel, and assistance to most effectively advance initiatives of the program offices, consistent with statutory mandates and authority, implementing regulations, and FMCSA and Departmental policies. Review of draft regulatory documents, memoranda, and correspondence shall be for legal sufficiency, focusing on compliance with statutory mandates and authority, consistent with FMCSA and Departmental policies; editorial and other revisions not critical to the legal sufficiency of the documents are to be consciously eliminated from the review process.

- ☐ Identify and analyze legal problems correctly, ascertaining basic relevant facts and researching additional facts, law, policy, and precedent as needed.

- ☐ Prepare correspondence, memoranda, and other written work products that are well constructed, clearly expressed, easily understood by lay readership, and premised on sound legal judgment and adequate research.

- ☐ Provide responsive litigation support in enforcement and economic regulation cases involving the agency.

    -Prepare briefs or other information to assist field counsel in prosecuting enforcement cases.
    - Perform research, explain FMCSA programs, and prepare briefs to assist Department of Justice in defending legal actions brought against the agency.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS; OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
- \* Provides vision and communicates mission and organizational goals to all subordinates.
- \* Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
- \* Secures/allocates/manages resources for effectiveness and efficiency.
- \* Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
- \* Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
- \* (List any additional job-specific supervisory performance objectives, if applicable:)

2023668536          W94-122c                                    10.22:12 a.m.    08-06-2007          26 /44

● ●

## IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of
this position.

☐ Optional: Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and
attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the
supplemental document attached.

□ Represent the office of Chief Counsel on the FMCSA Reauthorization Task
Force, formulate and draft legislative proposals as required to support agency
initiatives, and provide responsive technical assistance as requested by
Congressional staff.

□ Provide responsive and timely legal support, as needed, to the FHWA vehicle size
and weight program through review of rulemaking documents and significant
correspondence and advice to FHWA legal a program staff concerned with size
and weight requirements and provide training to assist FHWA counsel in
developing familiarity with the size and weight program.

□ Manage workload effectively by addressing urgent matters quickly and
addressing other assignments in an appropriately timely fashion. Keep supervisor
informed when unable to meet deadlines due to converging work assignments or
adjustment in priorities.

**Communicate effectively with Chief Counsel/Acting Chief Counsel and other Chief
Counsel staff, FMCSA and DOT staff, and the public.**

□ Maintain broad familiarity with FMCSA programs, statutory authority, and
implementing regulations in order to respond effectively to inquiries from
FMCSA program staff, other modal administrations, Congressional staff, States,
motor carriers, drivers, and the public.

□ Contribute effectively to attorney-client team building by actively engaging in a
multi-disciplined approach to problem solving and by fostering and maintaining
direct communication with program office clients.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS;
OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
* Provides vision and communicates mission and organizational goals to all subordinates.
* Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
* Secures/allocates/manages resources for effectiveness and efficiency.
* Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
* Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
* (List any additional job-specific supervisory performance objectives, if applicable:)

2023668536        W94-122c                                          10·22.43 a.m.    08-06-2007        27 /44—  —



## IDENTIFICATION OF PERFORMANCE OBJECTIVES

**INDIVIDUAL AND/OR TEAM PERFORMANCE OBJECTIVES**
List briefly and concisely the most important performance objectives or expectations which are critical for the success of
this position.

☐ **Optional:** Annual Work Plan or other supplemental document will be used to supplement this performance plan. It is annotated and
attached as part of this plan (specify the supplemental document). If this block is checked, this appraisal form is not valid without the
supplemental document attached. _____

- ❑ Keep current with and share with Counsel's Office staff information concerning latest legal precedent and requirements, regulatory developments, agency policies and activities related to areas within Division's responsibilities.

- ❑ Keep Office of Chief Counsel managerial and professional staff apprised of critical legal or policy issues that arise in performance of legal review and program office liaison responsibilities.

- ❑ Maintain accurate and current records concerning the status of each personal docket item, provide regular and tiely status input to the Chief Counsel's Office docket management system, and provide docket status reports as requested by Chief Counsel, Deputy Chief Counsel, and/or Assistant Chief Counsels.

**Improve professional skills**

- ❑ Identify personal professional development objectives, periodically review these objectives with Assistant Chief Counsel for Enforcement and Regulatory Affairs, and take training designed to achieve the referenced objectives.

☐ SUPERVISORY/LEADERSHIP PERFORMANCE OBJECTIVES (FOR ALL SUPERVISORY AND MANAGERIAL POSITIONS;
OPTIONAL FOR TEAM LEADER POSITIONS). *(Check box if applicable)*
- * Provides vision and communicates mission and organizational goals to all subordinates.
- * Accomplishes the organizational goals and the work of the unit through direction of a subordinate staff.
- * Secures/allocates/manages resources for effectiveness and efficiency.
- * Develops subordinates through mentoring, counseling, training, and assignment and evaluation of work.
- * Provides leadership and emphasis to, and shows positive accomplishments in fostering and achieving diversity and EEO principles.
- * (List any additional job-specific supervisory performance objectives, if applicable:)

2023668536    W94-122c                                    10:23 09 a.m.    08-06-2007    28/44

E    **FACTOR RATINGS: ALL PERFORMANCE OBJECTIVES (Listed in part D)**

**PERFORMANCE STANDARD:** Rate factors 1 - 8 as they apply to the collective performance of the performance objectives listed in Part D(individual, supervisory/leadership, and the individual work efforts associated with team performance objectives). Factors 9 - 10 are reserved for organizations with a formal team structure.

| Exceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | MEETS OR EXCEEDS REQUIREMENTS (A wide range of performance, for which a high level is described below.) | | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|---|
| OUTSTANDING ✓ | **1. JOB KNOWLEDGE** Broad and detailed knowledge of the job and its relationship to other jobs. Able to apply that knowledge to accomplish these performance objectives in a way that adds value to the organization. ☐ | | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ✓ | **2. QUALITY OF WORK** Consistently maintains a high standard of work. Produces high quality, precise, well-organized work which not only fulfills the organization's objectives but adds value to the process. ☐ | | FAILS TO MEET REQUIREMENTS | DOES NOT APPLY ☐ |
| OUTSTANDING ✓ | **3. VOLUME OF WORK** Consistently turns out a high volume of work. Frequently handles difficult cases, and pulls at least her/his own weight. ☐ | | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ✓ | **4. TIMELINESS/DEPENDABILITY** Typically completes work on time. Consistently accomplishes a heavy workload within acceptable time limits. Very reliable; can be counted on. ☐ | | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ✓ | **5. TEAMWORK** Highly successful teamworker with ability to consistently promote cooperation and gain support for programs or goals when required. Gets along well with others, and helps fellow workers in a way that furthers organizational goals. | | FAILS TO MEET REQUIREMENTS | DOES NOT APPLY ☐ |
| OUTSTANDING ☐ | **6. RESOURCE MANAGEMENT** Uses resources effectively and prudently in completing assignments. Is able to frequently adjust resources to meet emergency or changing requirements, and still get the job done and meet organizational goals. ✓ | | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |

(CONTINUED)

2023668536          W94-122c                    10:23:39 a.m.    08-06-2007      29/44

E     FACTOR RATINGS: ALL PERFORMANCE OBJECTIVES - CONTINUED - PAGE 2

| Exceeds Description for the "Meets or Exceeds" range to such a degree as to be truly unusual, and to stand far above her/his peers. | MEETS OR EXCEEDS REQUIREMENTS (A wide range of performance, for which a high level is described below.) | Fails to meet the minimum level of adequacy for this factor, to the extent that performance of these objectives is unsatisfactory | This factor is not applicable to this position. |
|---|---|---|---|
| OUTSTANDING ☑ | **7. CUSTOMER SERVICE** Consistently recognizes who customers are, and identifies what is required to meet their needs. Is effective in dealing with customers and providing high-quality service. Is able to balance competing and changing demands, and still provide responsive service to meet her/his customers major needs. ☐ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |
| OUTSTANDING ☑ | **8. COMMUNICATION** Very effective in written and oral communications. Written material is well organized, clear, and thorough. Makes effective oral presentations, and deals effectively in group discussions with sensitive or controversial matters. Usually keeps supervisors and coworkers informed of the status of key issues. ☐ | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |

**TEAM PERFORMANCE FACTORS (OPTIONAL)**
For use in organizations with a formal team structure, to assess team results and individual participation in the team process. Individual work efforts which form part of the team accomplishments should be evaluated in Factors 1 - 8 above, to the extent applicable.

| | | | |
|---|---|---|---|
| OUTSTANDING ☐ | **9. TEAM ACCOMPLISHMENT** The team accomplishes team objectives successfully by producing high-quality products within acceptable time limits to fully meet the identified goals of the organization and the needs of the customer. | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY |
| OUTSTANDING ☐ | **10. INDIVIDUAL EFFECTIVENESS AS TEAM MEMBER** Contributes in a very positive way to the overall success of the team by supporting other team members and being actively involved in the team's efforts. Provides guidance and feedback to other team members, provides back-up to other roles and functions on the team, and participates in the group and takes an active role in the team's decision-making process. | FAILS TO MEET REQUIREMENTS ☐ | DOES NOT APPLY ☐ |

**THE RESULTS OF ALL APPLICABLE FACTOR RATINGS SHOULD BE USED TO DETERMINE THE SUMMARY PERFORMANCE RATING IN PART C ON THE FIRST PAGE OF THIS FORM.** *(SEE INSTRUCTIONS.)*

☐ Although performance meets at least minimum requirements, improvement or additional development is needed in Factor(s) _____ discussed with the employee, and documented in Part F or G.

2023668536     W94-122c            10:24:11 a.m.     08-06-2007     30 /44

Mr Medalen continues to provide superior service to the Office of Chief Counsel as the senior regulatory affairs attorney. He consistently contributes to the development of significant agency regulatory initiatives with an incomparable level of legal expertise, institutional memory, and policy judgment that cumulatively ensure the soundness and defensibility of the rules he oversees. As a consequence, the demands for his services and expertise are relentless. They originate from the most senior agency and Departmental policy officials to a broad range of program staff and technical experts, all of whom experience Mr. Medalen's unyielding commitment to excellence and benefit from his attention to detail and broad understanding of the agency's regulatory and policy agenda.

Significant regulatory accomplishments for which Mr. Medalen has been largely responsible during the appraisal period include revision of the Hours of Service regulations, implementation of the USA Patriot Act, and continuing oversight of rules involved in a major mandamus lawsuit, including a training initiative for drivers of longer combination vehicles. As a result of detail assignments and employee professional development programs, Counsel's Enforcement and Regulatory Affairs staff has been significantly depleted during the year, requiring Mr. Medalen to assume oversight and leadership roles in a number of enforcement, litigation support, and commercial regulatory areas that ordinarily would be within the purview of other subject matter experts. As in his primary areas of expertise, he has become acknowledged as a valued source of information and has provided support, guidance, and mentoring to junior attorney staff being groomed to assume responsibilities in these areas.

During the 2003 Performance Appraisal Year, Mr. Medalen also has served as the FMCSA's reauthorization counsel, adding to his routine responsibilities the politically sensitive demands of developing a reauthorization proposal and coordinating its progress through the Department. He has effectively balanced the demands of this position with his vast workload of regulatory and legal interpretive matters and consistently exhibits a remarkable ability to manage multiple complex assignments and shifting agency priorities without compromising his trademark commitment to excellence.

In addition, Mr. Medalen serves as Acting Assistant Chief Counsel for Enforcement and Regulatory Affairs in my absence and, on such occasions, has done a superb job of overseeing routine administrative matters, guiding junior attorney staff, and managing the workflow of the Division.

In acknowledgement of his efforts during the appraisal year and on a sustained basis, I nominated Mr. Medalen for the Administrator's Superior Achievement Award in August 2003. (A copy of that nomination is attached. The commentary is consistent with and should be incorporated in this overall performance appraisal.) The Administrator responded to that nomination by selecting Mr. Medalen as the recipient of the agency's highest honor, the Eagle Award, recognizing exemplary service to the agency and to the public.

Suzanne O'Malley
March 11, 2004