# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS** )<br>)<br>Plaintiff, )<br>) Civil Action No. 06-1259 (TFH)<br>v. )<br>)<br>)<br>**NORMAN Y. MINETA,** )<br>**SECRETARY** )<br>**U.S. DEPARTMENT OF TRANSPORTATION** )<br>)<br>Defendant. )<br>) | |

## PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Elaine Walls, by and through her undersigned counsel, hereby respectfully requests an extension of time until December 14, 2007, to submit Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Plaintiff also requests that Defendant be given thirty (30) days to file a Reply to Plaintiff's Opposition. Plaintiff contacted counsel for Defendant who consented to this motion. In support of this Motion, Plaintiff states as follows:

The undersigned counsel requests this necessary, additional time in good faith. Defendant's Motion raises numerous complex legal issues concerning the merits of Plaintiff's claims and it will take undersigned counsel significant time to research. Given conflicting deadlines in other, unrelated matters, Plaintiff has not had adequate time to gather the information necessary to adequately respond to the Defendant's motion. Moreover, undersigned counsel is in the process of collecting additional information from Plaintiff which will aide counsel's ability to respond to Defendant's motion. Thus, Plaintiff respectfully requests additional time to conduct research into the complex issues raised by Defendant's motion and to

gather the appropriate factual information to be able to respond to Defendant's motion in a sufficient and accurate manner.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Additionally, the Defendant has consented to this extension and should not be prejudiced by this brief delay. Accordingly, Plaintiff respectfully requests that she be given until December 14, 2007, to file her Opposition to Defendant's Motion for Summary Judgment and that Defendant be given thirty (30) days to file a Reply.

Dated: October 30, 2007                Respectfully submitted,


_____s/_____
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
*Attorneys for Plaintiff Elaine Walls*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, this 30th day of October, 2007, to:

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov

_____/s_____
Camilla C. McKinney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELAINE WALLS** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
|  | ) |
| **NORMAN Y. MINETA,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
|  | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File an Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until December 14, 2007, to file an Opposition to the Motion and that the Defendant have thirty (30) days to file a Reply.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge