# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1259 (TFH) |
| v. ) | |
| ) | |
| **NORMAN Y. MINETA,** ) | |
| **SECRETARY** ) | |
| **U.S. DEPARTMENT OF TRANSPORTATION** ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Elaine Walls, by and through her undersigned counsel, hereby respectfully requests an extension of time until January 14, 2007, to submit Plaintiff's response to Defendant's Motion for Summary Judgment. Currently, the deadline to file a response is December 14, 2007. Plaintiff contacted counsel for Defendant who consented to this motion. In support of this Motion, Plaintiff states as follows:

The undersigned counsel requests this necessary, additional time in good faith. Undersigned counsel has had the press of other unrelated matters hamper her ability to have adequate time to gather the information necessary to respond to the Defendant's motion. More specifically, undersigned counsel has had to spend a significant amount of time completing an Opposition and pre-trial submissions in two other unrelated cases. The time undertaken for these other matters took longer than anticipated and impinged upon counsel's ability to complete the Opposition in this matter by the previous deadline. Moreover, because of the upcoming holiday, undersigned counsel feels that it is necessary to ask for an additional thirty-days (30) days to

have adequate time to respond to Defendant's motion. Undersigned counsel believes that this delay will not unfairly prejudice the Defendant.

Thus, Plaintiff respectfully requests additional time to conduct research into the complex issues raised by Defendant's motion and to gather the appropriate factual information to be able to respond to Defendant's motion in a sufficient and accurate manner.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Additionally, the Defendant has consented to this extension and should not be prejudiced by this delay. Accordingly, Plaintiff respectfully requests that she be given until January 14, 2007, to file her response to Defendant's Motion for Summary.

Dated: December 14, 2007                                    Respectfully submitted,


                                                            _____s/_____
                                                            Camilla C. McKinney, Esq.
                                                            McKinney & Associates, PLLC
                                                            1100 Fifteenth Street, N.W., Suite 300
                                                            Washington, D.C. 20005
                                                            (202) 861-2934/(202) 517-9111 (fax)
                                                            *Attorney for Plaintiff Elaine Walls*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, this 14th day of December, 2007, to:
Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
 kenneth.adebonojo@usdoj.gov

                                                            _____
                                                            Camilla C. McKinney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
| | ) |
| **NORMAN Y. MINETA,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File a Response to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until January 14, 2008, to file a response to Defendant's Motion for Summary Judgment.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge