**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ELAINE WALLS** | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
|  | ) |
| **NORMAN Y. MINETA,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**NOTICE OF WITHDRAWAL**

Plaintiff Elaine Walls, by and through her undersigned counsel, hereby withdraws her

Motion to Extend the Time to submit Plaintiff's response to Defendant's Motion for Summary

Judgment ,which was filed on January 14, 2008 (#20), in order to substitute a new Motion which

sets forth that Defendant consents to the Motion.

Dated: January 16, 2008                    Respectfully submitted,


_____s/_____
Camilla C.  McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C.  20005
(202) 861-2934/(202) 517-9111 (fax)
*Attorney for Plaintiff Elaine Walls*