**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ELAINE WALLS** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
|  | ) |
| **NORMAN Y. MINETA,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC**

Plaintiff Elaine Walls, by and through her undersigned counsel, hereby respectfully requests an extension of time until February 11, 2008, to submit Plaintiff's response to Defendant's Motion for Summary Judgment. The deadline to file a response was January 14, 2008. Plaintiff contacted counsel for Defendant who consents to this Motion. Accordingly, Plaintiff withdraws her earlier Motion for an Extension to substitute this Consent Motion. In support of this Motion, Plaintiff states as follows:

The undersigned counsel requests this necessary, additional time in good faith. When Defendant filed its Motion for Summary Judgment, the case was still in the discovery phase. Plaintiff had planned on continuing with discovery and had requested an enlargement of the discovery period. Therefore, Plaintiff did not anticipate that such a Motion would be filed at that stage in the proceedings and Plaintiff has needed additional time to gather the necessary information to respond adequately to Defendant's motion. Moreover, Defendant's motion raises numerous complex issues and facts that undersigned counsel has had to research which has taken more time than anticipated.

In addition, undersigned counsel has had the press of other unrelated matters hamper her ability to have adequate time to gather the information necessary to respond to the Defendant's motion. More specifically, undersigned counsel spent a significant amount of time preparing for a trial in an unrelated matter, only to have it convert into settlement negotiations with lengthy teleconferences and meetings. Significant time has also been spent on discovery in an unrelated matter. The Firm has also been short staffed due to the resignation of an associate in October 2007, which resulted in the Firm having additional work to add to an already full docket. The Firm, however, has recently hired an attorney to assist on this and other matters. Additionally, the Defendant has consented to this extension and should not be prejudiced by this brief delay.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Plaintiff also believes that this extension will not unfairly prejudice the Defendant.

Accordingly, Plaintiff respectfully requests that she be given until February 11, 2008, to file her response to Defendant's Motion for Summary Judgment.

Dated: January 16, 2008                                  Respectfully submitted,


                                                         _____s/_____
                                                         Camilla C. McKinney, Esq.
                                                         McKinney & Associates, PLLC
                                                         1100 Fifteenth Street, N.W., Suite 300
                                                         Washington, D.C. 20005
                                                         (202) 861-2934/(202) 517-9111 (fax)
                                                         ***Attorney for Plaintiff Elaine Walls***

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Motion to Extend Time to File a Response to Defendant's Motion for Summary Judgment, to be served electronically, via the Court's ECF system, this 16th day of January, 2008, to:

Kenneth Adebonojo  
Assistant United States Attorney  
555 Fourth Street, N.W.  
Washington, D.C. 20530  
Phone: (202)514-7157  
Facsimile: (202)514-8780  
kenneth.adebonojo@usdoj.gov

                                                                _____/s_____  
                                                                 Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE WALLS, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
| NORMAN Y. MINETA, SECRETARY U.S. DEPARTMENT OF TRANSPORTATION | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Extend Time to File a Response to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until February 11, 2008, to file a response to Defendant's Motion for Summary Judgment.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge