# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS** )<br>)<br>Plaintiff, )<br>) Civil Action No. 06-1259 (TFH)<br>v. )<br>)<br>**NORMAN Y. MINETA,** )<br>**SECRETARY** )<br>**U.S. DEPARTMENT OF TRANSPORTATION** )<br>)<br>Defendant. )<br>) | |

### PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Elaine Walls, by and through her undersigned counsel, hereby respectfully requests a one week extension of time until February 18, 2008, to submit Plaintiff's response to Defendant's Motion for Summary Judgment and that Defendant be given until March 19, 2008 to file a Reply. Currently, the deadline for Plaintiff to file an Opposition is February 11, 2008. Plaintiff contacted Defendant concerning her intention to request additional time and Defendant consents to this Motion. In support of this Motion, Plaintiff states as follows:

The undersigned counsel requests this necessary, additional time in good faith. Due to an unexpectedly high workload in other related matters, completion of the Opposition has taken longer than anticipated. Defendant's motion raises numerous complex issues and facts. Undersigned counsel is still completing research and analysis on this issues, as well as needing additional time to confer with the client. Additionally, the Firm has been understaffed and over the past month, one of the attorneys working on the case has had to take time away from work to deal with several personal emergencies. Although the Firm hired another attorney on a part-time

basis to assist in the completion of the Opposition, there is still a significant amount of additional research which remains and which necessitates undersigned counsel requesting this brief delay.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Plaintiff also believes that this extension will not unfairly prejudice the Defendant.

Accordingly, Plaintiff respectfully requests that she be given until February 18, 2008, to file her response to Defendant's Motion for Summary Judgment and that Defendant be given until March 19, 2008 to file a Reply.

Dated: February 11, 2008                    Respectfully submitted,

                                            _____/s/_____
                                            Camilla C. McKinney, Esq.
                                            McKinney & Associates, PLLC
                                            1100 Fifteenth Street, N.W., Suite 300
                                            Washington, D.C. 20005
                                            (202) 861-2934/(202) 517-9111 (fax)
                                            *Attorneys for Plaintiff Elaine Walls*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Consent Motion to Extend Time to File a Response to Defendant's Motion for Summary Judgment, to be served electronically, via the Court's ECF system, this 11th day of February, 2008, to:

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202)514-7157
Facsimile: (202)514-8780
kenneth.adebonojo@usdoj.gov

                                            _____
                                            Camilla C. McKinney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
| | ) |
| **NORMAN Y. MINETA,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Extend Time to File a Response to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until February 18, 2008, to file a response to Defendant's Motion for Summary Judgment and that Defendant shall have until March 19, 2008 to file a Reply.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge