# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>**NORMAN Y. MINETA,** )<br>**SECRETARY** )<br>**U.S. DEPARTMENT OF TRANSPORTATION** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1259 (TFH) |

### PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY ONE DAY

Plaintiff Elaine Walls, by and through her undersigned counsel, hereby respectfully requests an extension of time for one day or until February 20, 2008, to submit Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Plaintiff also requests that Defendant be given thirty (30) days to file a Reply to Plaintiff's Opposition or until March 21, 2008. Counsel for Plaintiff contacted counsel for Defendant who consented to this motion. In support of this Motion, Plaintiff states as follows:

The undersigned counsel requests this brief one-day extension so that Plaintiff may finalize her Opposition to Defendant's Motion for Summary Judgment. Given conflicting deadlines in other, unrelated matters, Plaintiff has not had adequate time to gather the information necessary to complete her response to Defendant's motion. Thus, Plaintiff respectfully requests additional time to gather the appropriate factual information to be able to respond to Defendant's motion in a sufficient and accurate manner.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Additionally, the Defendant has consented to this extension and should not be prejudiced by this brief delay. Accordingly, Plaintiff respectfully requests that she be given until February 20, 2008, to file her Opposition to Defendant's Motion for Summary Judgment and that Defendant be given thirty (30) days or until March 21, 2008 to file a Reply.

Dated: February 19, 2008                    Respectfully submitted,


                                            _____s/_____
                                            Camilla C. McKinney, Esq.
                                            McKinney & Associates, PLLC
                                            1100 Fifteenth Street, N.W., Suite 300
                                            Washington, D.C. 20005
                                            (202) 861-2934/(202) 517-9111 (fax)
                                            *Attorneys for Plaintiff Elaine Walls*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, this 19th day of February, 2008, to:

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7157
Facsimile: (202) 514-8780
kenneth.adebonojo@usdoj.gov

                                            _____/s_____
                                            Camilla C. McKinney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE WALLS** )<br> )<br>          Plaintiff, )<br> ) Civil Action No. 06-1259 (TFH)<br>     v. )<br> )<br> )<br>**NORMAN Y. MINETA,** )<br>**SECRETARY** )<br>**U.S. DEPARTMENT OF TRANSPORTATION** )<br> )<br>          Defendant. )<br> ) | |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File an Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until February 20, 2008, to file an Opposition to the Motion and that the Defendant have thirty (30) days or until March 21, 2008 to file a Reply.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge