UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELAINE WALLS** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
|  | ) |
| **NORMAN Y. MINETA,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
|  | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Elaine Walls, by and through her undersigned counsel, hereby respectfully requests an extension of time until February 21, 2008, to submit Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Counsel for Plaintiff was unable to contact Defendant concerning this request. In support of this Motion, Plaintiff states as follows:

Undersigned counsel requests this brief extension so that Plaintiff may conclude and finalize her arguments for the Opposition to Defendant's Motion for Summary Judgment. Due to circumstances beyond Plaintiff's control, the Opposition has taken longer than anticipated to complete.

For all the foregoing reasons, Plaintiff's counsel has shown just cause why this motion should be granted. The extension sought by Plaintiff will benefit the administration of justice by allowing a more careful and thorough presentation of Plaintiff's case. Additionally, the Defendant should not be prejudiced by this brief delay. Accordingly, Plaintiff respectfully requests that she be given until February 21, 2008, to file her Opposition to Defendant's Motion for Summary Judgment.

Dated: February 20, 2008              Respectfully submitted,


                                      _____s/_____
                                      Camilla C. McKinney, Esq.
                                      McKinney & Associates, PLLC
                                      1100 Fifteenth Street, N.W., Suite 300
                                      Washington, D.C. 20005
                                      (202) 861-2934/(202) 517-9111 (fax)
                                      ***Attorneys for Plaintiff Elaine Walls***

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for an Extension of Time, to be served electronically, this 20th day of February, 2008, to:

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7157
Facsimile: (202) 514-8780
kenneth.adebonojo@usdoj.gov


                                      _____/s_____
                                      Camilla C. McKinney

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELAINE WALLS**,                                        Plaintiff,<br><br>v.<br><br>**NORMAN Y. MINETA, SECRETARY**<br>**U.S. DEPARTMENT OF TRANSPORTATION**<br><br>                                        Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06-1259 (TFH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Plaintiff's Motion to Extend Time to File an Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have until February 21, 2008, to file an Opposition to the Motion.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge