**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ELAINE WALLS** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
|  | ) |
|  | ) |
| **MARY E. PETERS,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**MOTION FOR LEAVE TO WAIVE LOCAL RULE 7.1(e) PAGE LIMITATION**
**WITH RESPECT TO PLAINTIFF'S OPPOITION TO DEFENDANT'S MOTION**
**FOR SUMMARY JUSDGMENT**

Plaintiff Elaine Walls, by and through her undersigned counsel, hereby respectfully moves the Court for leave to file Plaintiff's Findings of Fact and Conclusions of Law in excess of the page length limitation set forth in D.C. Civ. R. 7.1(e). Plaintiff respectfully submits that the additional pages are necessary to enable Plaintiff to adequately and thoroughly oppose Defendant's thirty-seven (37) page Motion for Summary Judgment. Given the factual and legal complexity of this case, the length is warranted. Accordingly, a waiver of the page limitations would be appropriate. A proposed order is attached hereto.

Dated: February 21, 2008                    Respectfully submitted,


                                            _____/s/_____
                                            Camilla C.  McKinney, Esq.
                                            McKinney & Associates, PLLC
                                            1100 Fifteenth Street, N.W., Suite 300
                                            Washington, D.C.  20005
                                            (202) 861-2934/(202) 517-9111 (fax)
                                            Attorneys for Elaine Walls

## CERTIFICATE OF SERVICE


I hereby certify that I caused a true and correct copy of the foregoing Motion for Leave to Waive Local Rule 7.1(e) Page Limitation with Respect to Plaintiff's Opposition to Defendant's Motion for Summary Judgment to be served electronically this 21st day of February, 2008, to:

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 514-7157
Facsimile: (202) 514-8780
kenneth.adebonojo@usdoj.gov


                                            _____/s/_____
                                            Camilla C. McKinney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ELAINE WALLS** | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-1259 (TFH) |
| v. | ) |
|  | ) |
|  | ) |
| **MARY E. PETERS,** | ) |
| **SECRETARY** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION** | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion for Leave to Waive Local Rule. 7.1(e) Page Limitation with Respect to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff may file a Brief which exceeds the page limitations.

It is so ORDERED this _____ day of _____, 2008.

_____
United States District Judge