# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELAINE WALLS**,<br><br>    Plaintiff,<br><br>    v.<br><br>**MARY E. PETERS,**<br>**SECRETARY**<br>**U.S. DEPARTMENT OF TRANSPORTATION**<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06-1259 (TFH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE

Plaintiff Elaine Walls, by and through her undersigned counsel, hereby submits this Notice to file Exhibits 1-27; Fed. R. Civ. P. 56(f) Affidavit (PEX#28); and Statement of Material Facts in Genuine Dispute in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment (PEX#29). As set forth in Plaintiff's accompanying Memorandum of Points and Authorities, there are material disputes of facts that should be tried before a trier of fact and Defendant's Motion should be denied.

Dated: February 25, 2008               Respectfully submitted,


                                       _____/s/_____
                                       Camilla C. McKinney, Esq.
                                       McKinney & Associates, PLLC
                                       1100 Fifteenth Street, N.W., Suite 300
                                       Washington, D.C. 20005
                                       (202) 861-2934/(202) 517-9111 (fax)
                                       Attorneys for Plaintiff Elaine Walls

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of February, 2008, I caused a true and correct copy of the foregoing Notice to be served electronically, to:

Kenneth Adebonojo
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 514-7157
Facsimile: (202) 514-8780
kenneth.adebonojo@usdoj.gov


_____/s/_____
Camilla C. McKinney