# PLAINTIFF'S EXHIBIT 1

# EEO COUNSELOR REPORT

*via hand delivery*

## PART I: BACKGROUND OF AGGRIEVED PERSON

NAME:    Ms. Elaine Walls

JOB TITLE/SERIES/GRADE:    Attorney (Advisor) GS-905-14

PLACE OF EMPLOYMENT:    Federal Motor Carrier Safety Administration (FMCSA)
Office of Chief Counsel

WORK PHONE NO :( 202) 366-5720 HOME PHONE NO :( 202) 366-1394

HOME ADDRESS:    9905 Edgewater Terrace
Ft. Washington, MD 20744

WORK ADDRESS:    400 Seventh Street, SW, Room 8201
Washington, DC 20590

## PART II: CHRONOLOGY OF EEO COUNSELING

DATE OF INITIAL CONTACT WITH EEO OFFICIAL:  **February 12, 2004**

30th DAY AFTER INITIAL CONTACT WITH EEO OFFICIAL: **March 12, 2004**

DATE OF PRE-COMPLAINT INTAKE INTERVIEW:  **February 18, 2004**

DATE OF EXTENSION OF COUNSELING (If applicable): **March 10, 2004**

DATE OF ALLEGED DISCRIMINATORY EVENT:  **February 10, 2004**

45th DAY AFTER EVENT: **March 25, 2004**

**REASON FOR DELAYED CONTACT BEYOND 45 DAYS, IF APPLICABLE: Ms. Walls requested ADR on March 10, 2004. The ADR process was not successful.**

DATE OF FINAL INTERVIEW: **April 2, 2004**

DATE COUNSELOR REPORT SUBMITTED: ~~April 27, 2004~~ *April 29, 2004* *C Sevier*

## PART III: BASIS(ES) FOR ALLEGED DISCRIMINATION

(1) [X] Race (Specify) **African American**
(2) [ ] Color (Specify) _____
(3) [ ] Religion (Specify) _____
(4) [X] Sex (Specify) **Female**
(5) [ ] National Origin (Specify) _____
(6) [X] Age **48** (Specify) DOB: **March 11, 1955**
(7) [ ] Mental Disability (Specify) _____
(8) [ ] Physical Disability (Specify) _____
(9) [X] Reprisal (Identify earlier event and/or opposed practice, give date)

**March 18, 2004**

(10) [ ] Sex-Based Wage _____

## PART IV: ALLEGATION OF DISCRIMINATION :

(a). Ms. Elaine Walls files this complaint of Discrimination on the basis of Retaliation / Reprisal by Federal Motor Carrier Safety Administration (FMCSA) regarding promotion, and concurrently on the basis of Sex (Female), Race (African American) and Age (March 11, 1955).

Ms. Walls states that on both February 6, 2004 and February 10, 2004 she had a meeting with management to discuss her professional opportunities to participate in the Executive Potential Program (EPP). Additionally, Ms. Walls states, she inquired about other options for professional development, along with her request to be promoted to the GS-15 grade level.

Ms. Walls states that her request for promotion to the GS-15 grade level, and a recommendation from management to compete as a candidate for the EPP program, were denied.

Ms. Walls alleges that she has been subjected to disparate treatment based on sex, race, and age. She states management continues to deny her promotion to the GS-15 grade level, as well as providing the same professional opportunities as her male counterparts.

Note: See Enclosure 1 – Elaine Walls EEO Informal Complaint (2/18/04)

**(b) IDENTIFIED PRINCIPAL AGENCY WITNESS (PAW):**

| | |
|---|---|
| NAME: | Brigham McCown |
| TITLE: | Chief Counsel |
| TELEPHONE NUMBER: | (202) 493-0349 |
| ADDRESS: | Federal Motor Carrier Safety Administration Washington, DC 20590 |

| | |
|---|---|
| NAME: | Judith Rutledge |
| TITLE: | Deputy Chief Counsel |
| TELEPHONE NUMBER: | (202) 493-0349 |
| ADDRESS: | Federal Motor Carrier Safety Administration Washington, DC 20590 |

**(c) REQUESTED RELIEF:**

(1) Ms. Walls is seeking compensatory damages and attorney fees (no amount provided).
(2) Promotion to GS-15.
(3) Retroactive pay based on failure to promote (no date provided).
(4) A signing bonus comparable in monetary value to the bonuses given to male attorneys.
(5) Telecommuting privileges.

**PART V: <u>INQUIRY (NOT APPLICABLE IF ADR ELECTED)</u>**

(a) Management's articulated reason(s):

**See Enclosure 2** – FMCSA's Response to Written Informal EEO Complaint by Elaine Walls dated February 18, 2004, and Addendum to Complaint dated March 19, 2004

(b) Summary interviews/documents:

Interview/discussion dates with Ms. Elaine Walls and the EEO Counselor:
March 4, 2004 – 10:00-10:50 a.m. (initial)
March 19, 2004 – 2:00-2:30 p.m. (addendum)
April 2, 2004 – 11:00-11:30 p.m. (final)

I reviewed the following documents:

1. Elaine Walls' EEO Allegations (2/18/04)
2. FMCSA's Response to Ms. Walls' Allegations (4/2/04)

PART VI: SUMMARY OF PRE-COMPLAINT RESOLUTION ATTEMPT

☒ Resolution through counseling not attained. The final interview was conducted on **April 2, 2004** in person with the aggrieved person.

☒ Aggrieved person verbally informed of the scope of counselor's inquiry and the reason(s) articulated by management for its action(s). Aggrieved person advised of right to file a formal complaint within <u>15 calendar days</u> of receipt of the Notice of Right to File a Formal Complaint of Discrimination; the right to representation during the formal complaint process; the obligation to advise the Departmental Office of Civil Rights of an election to have representation or of any change of residence; and the right to participate in ADR during the formal process if offered.

☐ ADR terminated/unsuccessful. Aggrieved person verbally advised of right to file a formal complaint within <u>15 calendar days</u> of receipt of the Notice of Right to File a Formal Complaint of Discrimination; the right to representation during the formal complaint process; the obligation to advise the Departmental Office of Civil Rights of an election to have representation or of any change of residence; and the right to participate in ADR during the formal process if offered.

☒ Notice of Right to File a Formal Complaint of Discrimination issued on **April 2, 2004**.

☐ Resolution obtained. Copy of negotiated settlement agreement attached.

*Keith A. Dixon* (signature)
Keith A. Dixon
EEO Counselor
April 29, 2004

Enclosures
1 – Elaine Walls EEO Allegations (2/18/04)
2 – FMCSA's management response to Ms. Wall's allegations. *Aggrieved Person's Rights & Responsibilities*
3 - Pre-Complaint Package (2/12/2004)
4 - Informational Inquiry Summary (2/12/2004)
5 - Pre-Complaint Intake Interview Summary (2/12/2004)
6 - Request for Mediation – Elaine Walls (3/10/2004)
7 - Mediation Option Form – Management (3/11/2004)
8 – Addendum to the Pre-Complaint Intake Interview Summary (3/19/2004)
9 - Notice of Right to File a Discrimination Complaint (4/2/2004)