# PLAINTIFF'S EXHIBIT 2



| | | |
|---|---|---|
| **U.S. Department of Transportation**<br>Office of the Secretary of Transportation | Departmental Office of Civil Rights | Washington Regional Office<br>400 Seventh Street., S.W.<br>Washington, D.C. 20590 |

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

MAY 13 2004

Ref: DOT Complaint No.: 2-04-2061

Ms. Elaine Walls
9905 Edgewater Terrace
Fort Washington, MD 20744

Dear Ms. Walls:

This is in further reference to your discrimination complaint filed on April 2, 2004 against the Department of Transportation, Federal Motor Carrier Safety Administration.

Complaints filed against the Department of Transportation are processed in accordance with the Equal Employment Opportunity Commission (EEOC) Regulation, 29 C.F.R. Part 1614, et. seq. Based on a thorough review of your complaint, the EEO counselor's report, and related documents, the following claim has been accepted for investigation:

> Were you discriminated against based on your race (African American), color (Black), sex (Female), age (49, DOB: 3-11-55) and reprisal (EEO Activity) when in February 2004:
>
> 1) you were denied a promotion to the GS-15 level;
> 2) management denied your participation into the Executive Potential Program (EPP); and,
> 3) you learned your Caucasian male counterparts receive higher performance rating, awards, and bonuses.

If the above claims are stated incorrectly, please contact this office within five (5) calendar days of your receipt of this letter. If we do not receive a request for correction, we will assume that the claims are correctly stated.

If you wish to engage in settlement efforts, you may participate in the One DOT Shared Neutrals Program or FAA's Alternative Dispute Resolution Program by completing the attached form and returning it to this office at the address provided or by fax (202) 493-2064. Please indicate your preference regarding the ADR Program you wish to utilize in the event mediation is agreed upon by both parties. Upon receipt, the appropriate management official(s) will be notified of a request to participate in the mediation process. Participation in mediation is voluntary. You will be

notified of the agency's determination to participate in mediation.

You will be contacted directly by the investigator assigned to investigate your complaint. We will make every effort to ensure that your complaint is completed expeditiously.

If you have additional questions regarding the processing of your complaint, you may contact me at the address provided or by telephone (202) 366-5988.

Sincerely,

*Natalie R. Gibbs*

Tami L. Wright
Regional Director

Enclosures:  1) Mediation Request Form
                 2) Mediation Pamphlet

cc:   Carmen Sevier, MC-CR
      w/o enclosures

      David Tochen, C-10
      w/o enclosures