# PLAINTIFF'S EXHIBIT 3

# Wright, Tami

| | |
|---|---|
| **From:** | Walls, Elaine <FMCSA> |
| **Sent:** | Tuesday, July 20, 2004 8:27 PM |
| **To:** | Gibbs, Natalie; Petree, Devonna |
| **Cc:** | Sevier, Carmen <FMCSA>; Wright, Tami |
| **Subject:** | FW: |
| **Importance:** | High |

fyi

-----Original Message-----
From: Walls, Elaine
Sent: Tue 7/20/2004 8:03 PM
To: Sevier, Carmen; Wright, Tami <OST>
Cc:
Subject:

Carmen/Tami: I was retaliated and discriminated against on July 13, 2004, when I was informed by Ms. Judith A. Rutledge, Acting Deputy chief Counsel, that I was not selected for the Assistant Chief Counsel for Enforcement position. During the months of June and July 2004, I actively applied on time for the job pursuant to FHWA/FMCSA employment application procedures and interviewed for this position with Ms. Rutledge and Chief Counsel Brigham McCown. Although I was the most qualified candidate that interviewed for this job, the selecting officials recruited someone else (Ms. Sue Lawless, a white female attorney located in FMCSA's Baltimore Field Office) who had not applied using our established employment procedures, nor had she expressed any interest in the job. It is my understanding that Sue was not even on the certification list of qualified applicants, but management called Ms. Lawless to see if she was interested in the job once my name appeared on the list. I allege that management continues to retaliate and discriminate against me for filing an EEO complaint, thereby hindering my professional development in any way they can.

Elaine Walls, Attorney

FMCSA Chief Counsel

Regulatory Division (Room 8201)

Washington, DC  20590

(202) 366-1394

1