# PLAINTIFF'S
# EXHIBIT 5

**Walls, Elaine <FMCSA>**

| | |
|---|---|
| **From:** | Hetrick, Lisa on behalf of Hetrick, Lisa <OST> |
| **Sent:** | Monday, November 22, 2004 2:40 PM |
| **To:** | Walls, Elaine |
| **Subject:** | Confidential Request for Information |

Dear Ms. Walls:

Please be advised that I am in receipt of your complaint alleging that the Federal Motor Carrier Safety Administration (FMCSA) discriminated you against based on your **race (African American), color (Black), sex (female), age (49, DOB 03-11-55) and reprisal (EEO activity)** when: 1) in February 2004, you were denied a promotion to the GS-15 level; 2) management denied your participation into the Executive Potential Program (EPP); 3) you learned that your Caucasian male counterparts received higher performance ratings, awards, and bonuses; 4) on September 14, 2004, you were not selected for the position of Assistant Chief Counsel of Enforcement; and 5) pre-approved training was cancelled for you and two female co-workers while the training for your male counterparts was permitted one month before.   Please provide the Vacancy Announcement Number for the non-selection.

I have been authorized to conduct the investigation into your complaint of discrimination.  Please complete the attached Affidavit and Privacy Notification and attach all relevant supporting documentation you wish to have included in the investigation.  Also, please send the **names and phone numbers** of those witnesses whom you believe can provide relevant testimony regarding this matter.  **You must identify briefly the nature of the information each of these individuals can provide.**

Your statement must be returned within **7 calendar days** after your receipt of this document.  You can email your response to me.  However, I will need the signed and dated original Affidavit and the Privacy Notification mailed to me at Lisa C. Hetrick, DOCR-WRO, 400 7th Street, S.W., Washington, D.C. 20590.  Should you have questions or require further clarification, please do not hesitate to contact me at 202-366-4057 or email me at lisa.hetrick@ost.dot.gov.

Lisa C. Hetrick
EEO Specialist
Washington Regional Office
(202) 366-4057
(202) 493-2064 Fax

    

Privacy            WallsAFF.doc
ication - Comp    (49 KB)