# PLAINTIFF'S EXHIBIT 6

Murray, Tammie

From: willys walls [elain311@msn.com]
Sent: Monday, April 12, 2004 2:00 PM
To: APPS FMCSA
Subject: Excepted Service Vacancy Announcement; Number : HM4823EX

To whom it may concern:

Attached is a copy of my resume for the Supervisory Attorney Advisor (Assistant Chief Counsel) position at the FMCSA (Number: HM4823EX).

Elaine Walls

4/13/2004

*Elaine Walls*

------------------------------------------------------------------------------------------------

9905 Edgewater Terrace
Fort Washington, MD 20744

*April 12, 2004*

                     Re:     Supervisory Attorney Advisor (Assistant Chief Counsel)
                                  Vacancy Number: HM4823EX

Ladies and Gentlemen:

I=m interested in applying for the Supervisory Attorney Advisor position in the Federal Motor Carrier Safety Administration's Office of the Chief Counsel, Enforcement and Litigation Division (Vacancy Announcement Number: HM4823EX). I am an experienced attorney in the transportation arena, keeping current on enforcement Federal Regulations laws, litigation matters and regulations that promote motor carrier safety on our nation's highways.

As you will note, I offer numerous years of experience and have held a series of progressive and rewarding positions in the transportation field. I am known for my ability to adapt to new and changing situations and work well with others on issues that are unique and not covered by precedent.

I am currently serving as an attorney in your Regulatory Affairs Division in Washington, D.C. Until March of this year, this Division handled all of the FMCSA's legal enforcement and regulatory affairs issues. As a result, I could become a valuable asset to your Office as the Assistant Chief Counsel in the newly created Enforcement and Litigation Division. A combination of hands-on professional experiences and academic preparation equips me for this position within your Office. Following your review of my credentials, I would appreciate the opportunity to meet with you to discuss how my skills will benefit your agency in achieving and exceeding its goals. Thank you for your time and consideration.

Sincerely,


Elaine Walls,
Attorney-Advisor
FMCSA's Office of the Chief Counsel


Enclosure

*RESUME OF*

*ELAINE WALLS*

9905 Edgewater Terrace
Fort Washington, MD 20744
Work: (202) 366-1394
Home: (301) 839-2294

## EMPLOYMENT

**DEPARTMENT OF TRANSPORTATION, Federal Motor Carrier Safety Administration (FMCSA)** – Attorney/Advisor, Office of the Chief Counsel, Enforcement and Regulatory Affairs Division, Room 8201, 400 Seventh Street, S.W., Washington, D.C. 20590. Supervisors: Brigham McCown-Chief Counsel; Judy Rutledge-Deputy Chief Counsel and Suzanne O'Malley, Assistant Chief Counsel of the Enforcement and Regulatory Affairs Division (202) 366-1367. [In March 2004, this Division was renamed the Regulatory Affairs Division and a new Enforcement and Litigation Division was created.].

October 2000 to Present.

- Provide responsive legal services to support the agency's primary mission of preventing commercial motor vehicle-related fatalities and injuries. Advise FMCSA program staff on the legal requirements, consistent with statutory mandates and authority, relating to motor carrier safety and enforcement programs within the Division's responsibility.

- Prepare correspondence and memoranda, coordinate and develop regulatory, enforcement (such as the Small Business Regulatory Enforcement Fairness Act (SBREFA) and security reports and information in response to requests from the General Counsel's Office (GC), the Office of Management and Budget (OMB), the Departmental Inspector General, the Environmental Protection Agency, the Council on Environmental Quality (CEQ), the Department of Justice, the Transportation Security Administration (TSA), now the Department of Homeland Security (DHS), and others.

- Oversee and monitor the FMCSA's responsibilities in the areas of legislation, enforcement and regulatory evaluation, Paperwork Reduction Act, Intelligent Transportation Systems (ITS) technology, Freedom of Information Act (FOIA), Privacy Act, and environmental assessments and analyses on a routine basis. A participant on the Intermodal Hazmat Attorneys forum - completed the hazardous materials compliance and enforcement course. Also, served as a member of the FMCSA's reauthorization task force.

- Serve as the agency's principal contact for the National Environmental Policy Act of 1969 (NEPA) issues on environmental matters and for TSA on security matters. Also, served as a member of one of the regulatory "Go-Teams" established by the Office of the Secretary to help establish the TSA.

- Worked extensively on contracting for an Environmental Impact study related to the NAFTA implementing rules that were set aside by a Ninth Circuit court decision until such environmental analysis was completed. Created the NAFTA Programmatic Environmental Impact Statement (PEIS) interagency task force, a team of experts to assess the agency's environmental study needs in response to the Ninth Circuit decision.

- Prepared and developed the agency's final National Environmental Policy Act of 1969 (NEPA) Order to ensure that FMCSA considered environmental impacts, including Clean Air Act impacts, in all of its decisionmaking.

Exemplary Accomplishments:

- Received a **Special Act** cash award in recognition of the development of FMCSA's draft NEPA Procedures for implementing NEPA (68 FR 55713, September 26, 2003) to establish a process for assessing environmental impacts, and for preparing environmental assessments and environmental impact statements for FMCSA actions.

- Scheduled recipient of the Secretary's **Thanks a Million Award** in recognition of work done to develop regulations, environmental, and paperwork documents associated with opening the southwest border to Mexican commercial vehicle traffic (April 8, 2002).

- Received the **Secretary's Team Award** for outstanding work in crafting the ITS Architecture Consistency and Standards Implementation Policy (November 1, 2001)

- Received a **Special Act** cash award in recognition of significant contributions in establishing regulatory evaluation and reporting norms for the FMCSA's Chief Counsel's Office (August 20, 2001).

**DEPARTMENT OF TRANSPORTATION, Federal Highway Administration (FHWA) –** Attorney/Advisor, Office of the Chief Counsel, Legislation and Regulations Division, 400 Seventh Street, S.W., Washington, D.C. 20590. October 1996 to October 2000. Supervisors: Tom Holian, Assistant Chief Counsel.

October 1996 to October 2000.

- **Office of the Chief Counsel's Legislation and Regulations Division.** Responsible for reviewing, coordinating and securing concurrences for policy statements, rulemaking documents, and proposed legislative items from the Congress. Prepared testimony for Congressional hearings and briefed the Administrator for his/her appearance before the various House and Senate transportation committees/subcommittees. Reviewed all FHWA rulemaking documents relating to the agency's rules of practice for motor carrier safety, hazardous materials, enforcement proceedings, motor carrier safety rating procedures, driver qualification proceedings, and its proposed penalties for violations of the Federal Motor Carrier Safety Regulations, the Hazardous Materials Regulations, and the commercial regulations imposed on carriers as a result of the transfer of functions from the former Interstate Commerce Commission (ICC) as mandated by the ICC Termination Act of 1995 (ICCTA). Responsible for responding to, and commenting on, all documents concerning FOIA, Privacy Act, Federal Advisory Committee Act (FACA), NEPA, and ITS issues.

April 1996 to October 1996.

- **Office of Motor Carrier Research and Standards, Vehicle Operations Division.** Primary responsibilities include developing and implementing a national regulatory program encompassing commercial motor vehicle, driver, and motor carrier related safety and economic issues. Responsibilities also include developing, drafting, interpreting, and promulgating regulations and standards relating to the economic regulation of commercial motor vehicles and drivers. A member of a regulatory team to review ICCTA regulations, related laws, and standards developed by the former ICC and the FHWA to address crosscutting issues.

Exemplary Accomplishments:

- Received **Performance Award** for providing the legal review, development, and coordination of the rulemakings for the ITS program and the statewide and metropolitan planning and NEPA regulation rewrites (September 2000).

2

- Received a **Special Act Award** in recognition for regulatory work and coordination of several significant high profile FHWA motor carrier safety rulemakings (1999).

- Recognized for work as lead counsel in preparing the Administrator for his appearance before Congress to testify on the issue of discretionary grants, programs and practices (1999).

**INTERSTATE COMMERCE COMMISSION, Attorney/Advisor**, Office of Proceedings, Section of Legal Counsel, Washington, D.C. 20423. August 1980 to January 1996.

- Assigned to the **Section of Legal Counsel**, preparing drafts of option papers and final decisions for submission to the Commission. Responsibilities include analyzing factual and legal issues presented in general investigation and complaint cases involving railroads, water carriers, motor carriers, freight forwarders and buses.

- Detailed to the **Office of Commissioner J. J. Simmons, III** as an Attorney-Advisor (1994-1995). This position is located in the immediate office of a Commissioner. Responsibilities include providing expert legal knowledge and skill in carrying out the mandates of the Interstate Commerce Act and related laws, and advising the Commissioner on a wide variety of transportation issues within the regulatory and legislative arena.

- Detailed to the **Commission's Office of Compliance and Enforcement** as a Senior Trial Attorney (1994). The primary purpose of this position is to investigate alleged violations of all parts of the Interstate Commerce Act and related Acts falling under the Commission's purview, analyze and evaluate investigative reports, prosecute in court and assist the Department of Justice in prosecuting, and to conduct administrative proceedings before the Commission and Administrative Law Judges. Responsible for the entire litigative proceeding from the preparatory stages through pre-trial, trial and the appellate level, including examining the progress and investigative reports of investigators, providing technical guidance on the type of evidence that will be enforceable, and analyzing and evaluating case documentation.

- Detailed to the misdemeanor trial section of the **United States Attorney's Office** as a Special Assistant United States Attorney (1993-1994). Managed a 250-300 criminal misdemeanor case docket. These cases involved drug possession, simple assault, theft and weapons violations, and prostitution. Responsibilities include prosecuting these cases, drafting responsive pleadings, interviewing witnesses for trial, issuing warrants, and scheduling discovery conferences with defense attorneys.

**Exemplary Accomplishments:**

- Recognized for preparation of advance notice of proposed rulemaking entitled "**Abusive Loading and Unloading in the Motor Carrier of Property Industry.**"

- Prepared notice of proposed rulemaking and final rules in Ex Parte No. 387 (Sub-No. 958), **Exemption from Regulation Subsequently Made Subject to a Contract Rate**, 1 I.C.C.2d 966 (1985), that exempted from regulation the waiver of undercharges or payment of reparations upon meeting certain conditions.

- Prepared notice of proposed rulemaking and final rules in Ex Parte No. MC-142 (Sub-No. 3), **Removal of Restrictions from Authorities of Motor Carriers of Passengers-Intermediate Points**, 47 FR 42921 (September 29, 1982) and 47 FR 53286 (November 24, 1982) that implemented section 7 of the Bus Regulatory Reform Act of 1982. Received a **Special Achievement Award** on January 28, 1993 in recognition of superior service on this assignment.

## EDUCATION

**Juris Doctorate.** Thurgood Marshall School of Law, Houston, Texas (May, 1980). Managing Editor, Texas Southern University Law Review (1979-1980); and Associate Editor, Texas Southern University Law Review (1978-1979). Dean's List, Phi-Alpa Delta Law Fraternity International, and Student Bar Association.

**Bar Affiliation.** The Texas State Bar and the District of Columbia Bar.

**Bachelor of Arts.** Fisk University, Nashville, Tennessee (May 1977). Dean's List, Member of Delta Sigma Theta Sorority, and National Honor Society.

References available upon request.