# PLAINTIFF'S EXHIBIT 10

**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**

## EXCEPTED SERVICE VACANCY ANNOUNCEMENT

**NUMBER: HM4823EX**
**OPENS:** 03-22-04
**CLOSES:** 04-12-04

Permanent Change of Duty Station (PCS) will be authorized based on funds availability.

DUE TO THE POSSIBLE DELAY IN THE MAIL SYSTEM, WE STRONGLY ENCOURAGE APPLICANTS TO SUBMIT APPLICATIONS ELECTRONICALLY (Apps.FMCSA@fhwa.dot.gov) OR FAX TO 202-366-3749 BY APRIL 12 TO ENSURE TIMELY CONSIDERATION. Mailed applications must be postmarked by the 04/12/04 closing date and received within 5 days. Hand carried applications are due on the closing date.

**POSITION:** Supervisory Attorney Advisor (Assistant Chief Counsel), GS-0905-15

**SALARY RANGE:** $100,231 – $130,305 per year (Includes locality pay)

**LOCATION:** Office of Chief Counsel, Enforcement and Litigation Division; Washington, D.C.

**WHO CAN APPLY:** Applications will be accepted from any U.S. citizen meeting the education and Bar requirements.

**SUMMARY OF DUTIES:** The incumbent serves as the Chief of the Enforcement and Litigation Division of the Office of Chief Counsel, Federal Motor Carrier Safety Administration (FMCSA). The incumbent is responsible for planning, directing, and controlling legal services handled by the division, including those activities or cases which involve extremely complex and difficult legal questions or require a high order of originality and competence to resolve. The incumbent personally handles or assigns work to the Division attorneys and is responsible for reviewing and approving legal opinions and decisions prepared by the Division attorneys. The incumbent provides supervisory influence over the planning, implementing and directing of equal opportunity principles in furtherance of Agency plans and objectives. As supervisor, the incumbent exercises the full range of personnel management responsibilities for staff assigned to the Division. The incumbent's services require, among other things: keeping current on Federal laws and regulations which cover or impact the major functions of the division in order to propose changes to agency policy and to furnish proper advice on them; providing advice on proposed new Federal and State legislation and recommending changes to agency policy and regulation in these and related jurisdictional areas; providing legal advice and guidance on issues raised by agency rulemakings. Prominent areas of subject matter responsibility include statutes and regulations related to (1) commercial drivers' licenses, (2) alcohol and controlled substances testing, (3) the Motor Carrier Safety Assistance Program, (4) driver qualifications, (5) financial responsibility, (6) vehicle equipment and inspections, (7) drivers' hours of service, (8) commercial regulation, (9) rules of practice for motor carrier and hazardous material proceedings, and (10) rulemaking procedures under the Administrative Procedures Act. The incumbent must provide legal services for implementing the national motor carrier safety policy and the national goals of the FMCSA to promote and regulate commercial vehicle safety on the highway, in accordance with Title 49, U.S. Code.

**QUALIFICATIONS REQUIRED:** Applicants must have graduated from an accredited law school with and LL.B. or J.D. Degree and must be a member of the Bar, in good standing of a State, a Territory of the United States, or the District of Columbia.

Applicants for the GS-15 level must have three years of broad responsible professional legal experience on transportation and/or related matters. The experience must have demonstrated a thorough and wide knowledge of basic principles in the legal profession and (a) outstanding technical competence in the original successful solution

of unusual complex and difficult problems or (b) ability of high order in the planning, direction, or coordination of a legal problem.

All experience must be of a progressively responsible nature, one year of which must be equivalent in responsibility and difficulty to that of the next lower grade in the Federal service.

**TO APPLY:** Please submit a resume to:

> Federal Highway Administration
> Office of Human Resources, HAHR-22
> 400 7th Street, SW.
> Washington, D.C. 20590
> ATTN: HM4823EX

**CONTACT INFORMATION**   Edie English: 202-366-1754
   Fax: 202-366-3749
   E-mail: Apps.FMCSA@fhwa.dot.gov.

This announcement, forms, and additional information regarding Federal employment is available on the Office of Personnel Management's (OPM) Internet website at www.usajobs.opm.gov.

**REASONABLE ACCOMMODATION:** This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

**EQUAL EMPLOYMENT OPPORTUNITY:** All qualified candidates will be considered regardless of race, color, religion, national origin, sex, political affiliation, age, disability, sexual orientation or other non-merit factors.

**PRIVACY ACT:** Your application contains information subject to the Privacy Act (P.L. 93-597.5 USC 522). The information is used to determine qualifications for employment, and is authorized under Title 5 U.S.C. Code, Sections 3302 and 3361.

end