# PLAINTIFF'S
# EXHIBIT 12



U.S. Department
of Transportation

**Federal Motor Carrier
Safety Administration**

400 Seventh Street, SW
Washington, DC 20950

July 9, 2004

## ACTION MEMORANDUM TO THE GENERAL COUNSEL

From:        Brigham A. McCown, Chief Counsel
             x3-0349

Prepared by:  Suzanne F. Newhouse, Special Assistant to the Chief Counsel
             x3-0027

Through:     Rosalind A. Knapp, Deputy General Counsel
             x6-4713

Re:          Supervisory Attorney Selection, Assistant Chief Counsel of the Enforcement &
             Litigation Division

---

## ACTION REQUIRED

Concurrence in agency selection of Sue Lawless as Assistant Chief Counsel of the Enforcement
& Litigation Division.

## SUMMARY

FMCSA's Office of Chief Counsel requires one attorney to fill the vacancy of Assistant Chief
Counsel of the Enforcement & Litigation Division. Following interviews with the top eleven
applicants during May, June, and July 2004, the Deputy Chief Counsel and I agreed that Sue
Lawless is the best-qualified candidate. We seek concurrence to hire her for the position. Two
other candidates are our second and third choices, and I have attached their resumes as
illustrative of the applicants we considered before selecting Ms. Lawless.

## BACKGROUND

One vacant position exists for the Assistant Chief Counsel of the Enforcement & Litigation
Division. The job was advertised at the GS-15 level. Applications were accepted from all U.S.
citizens and approximately forty-three applications were submitted for consideration. A panel of

three attorneys (Chief Counsel, Deputy Chief Counsel, and Acting Assistant Chief Counsel of the Enforcement & Litigation Division) screened and interviewed the applicants. The panel identified eleven candidates whose experience best matched the position requirements. The panel conducted the first and second rounds of interviews. We believe the scope of the recruitment was sufficient to attract applicants from diverse backgrounds. Each candidate received consideration without regard to any non-merit factor.

Sue Lawless is our preferred candidate for the position of Assistant Chief Counsel. Ms. Lawless is currently the lead enforcement attorney for FMCSA at the Eastern Service Center in Glen Burnie, Maryland. She received a Juris Doctor degree from University of Baltimore in 1993. She earned a Bachelor of Arts in Theater from Western Maryland College in 1988. She is a member in good standing of the Maryland Bar and has been admitted to practice before the U.S. Court of Appeals, First Circuit, and the U.S. District Court for the District of Maryland. For the past 3 years, Ms. Lawless has worked for FMCSA. She is primarily responsible for enforcement cases for violations of federal laws and regulations relating to motor carrier safety. During the eight years preceding her employment with FMCSA, Ms. Lawless worked in private law firms. She litigated various civil matters such as insurance defense, tort and discrimination claims, products liability, and regulatory issues. She has extensive trial experience at the district, circuit, and federal levels.

The other candidates under consideration for the second and third choice are David F. Snyder and Dennis D. Kirk, respectively.

David F. Snyder received a Juris Doctor degree from George Washington University in 1976, and a Bachelor of Art from Dickinson College in 1973. He is a member in good standing of the District of Columbia, Pennsylvania, and Virginia Bars. Since 1991 Mr. Snyder has been the Assistant General Counsel of the American Insurance Association. As Assistant General Counsel, Mr. Snyder is responsible for litigation policymaking and strategy. He also supervises attorneys on regulatory and litigation matters. Mr. Snyder has extensive attorney experience in state and federal governments. While working for the Pennsylvania Insurance Department, he represented the government in trial and appellate litigation, including matters involving transportation.

Dennis D. Kirk received a Juris Doctor degree from Washburn University in 1975, and a Bachelor of Science degree in Political Science and Administration from Northern Arizona University in 1972. He is a member of the Kansas, the District of Columbia, and Virginia Bars. Mr. Kirk currently practices general law for himself in Falls Church, Virginia. His work includes general appearances and litigation of civil and criminal matters before local and U.S. Courts and administrative agencies, including the Department of Transportation. Before working for himself, Mr. Kirk was a partner at Slocum, Boddie, Murry & Kirk, and an associate at Goff, Sims, Cloud, Stroud, Sheppard, & Walker, P.C. He also practiced law for the U.S. government at the Interstate Commerce Commission.

## RECOMMENDATION

FMCSA received a good pool of applications for the Assistant Chief Counsel of the Enforcement
& Litigation Division. I reviewed the applications and have discussed the qualifications of the
recommended candidates with the Deputy Chief Counsel.   I ask that you concur in our selection
of Sue Lawless for the position of Assistant Chief Counsel, GS-905-15.


**The General Counsel**

APPROVED: _____

DISAPPROVED: _____

COMMENTS: _____

DATE: _____2/26/09_____


Enclosures:  Resumes for each candidate