# PLAINTIFF'S EXHIBIT 13

## Hodge, Dolores

**From:** Dial-Alfred, Denise
**Sent:** Tuesday, August 03, 2004 1:45 PM
**To:** McCown, Brigham
**Cc:** Rutledge, Judy; Falk, Michael; Hodge, Dolores; Gilmore, Paul
**Subject:** Declination of Job Offer

This is to advise that Sue Lawless has officially declined the job offer for the position of Supervisory Attorney Adviser, GS-905-15, Assistant Chief Counsel of the Enforcement & Litigation Division in the Office of Chief Counsel.

8/4/2004