# PLAINTIFF'S EXHIBIT 14



U.S. Department
of Transportation

**Federal Motor Carrier
Safety Administration**

400 Seventh Street, SW
Washington, DC 20950

August 6, 2004

### ACTION MEMORANDUM TO THE GENERAL COUNSEL

From: Brigham A. McCown, Chief Counsel
Phone ext. 3-0349

Through: Rosalind A. Knapp, Deputy General Counsel
Phone ext. 6-4713

Prepared by: Judith A. Rutledge, Deputy Chief Counsel
Phone ext. 6-1353

Re: Supervisory Attorney Selection, Assistant Chief Counsel of the Enforcement & Litigation Division

### ACTION REQUIRED

Concurrence in agency selection of David F. Snyder as Assistant Chief Counsel of the Enforcement & Litigation Division and alternative selection of Dennis Kirk or Brian Yonish.

### SUMMARY

Sue Lawless, FMCSA's first selection as Assistant Chief Counsel of the Enforcement & Litigation Division, has declined the position. We now seek your concurrence to hire David F. Snyder, Dennis D. Kirk, or Brian Yonish for the position. At this point, Mr. Snyder is our preferred candidate. If we are unable to reach an agreement with Mr. Snyder, however, we believe Mr. Yonish and Mr. Kirk are both qualified and will pursue one of them for the position. We ask your concurrence in our determination that all three candidates are well-qualified and may be selected for the position.

### BACKGROUND

Attached is the concurrence Memo approving FMCSA's selection of Ms. Lawless. The memo also describes the credentials of Mr. Snyder and Mr. Kirk. David F. Snyder received a Juris

**ATTORNEY WORK PRODUCT**
This is a privileged communication prepared in anticipation of litigation. Do not release without express permission of the Chief Counsel.

Doctor degree from George Washington University in 1976, and a Bachelor of Art from Dickinson College in 1973. He is a member in good standing of the District of Columbia, Pennsylvania, and Virginia Bars. Since 1991 Mr. Snyder has been the Assistant General Counsel of the American Insurance Association. As Assistant General Counsel, Mr. Snyder is responsible for litigation policymaking and strategy. He also supervises attorneys on regulatory and litigation matters. Mr. Snyder has extensive attorney experience in state and federal governments. While working for the Pennsylvania Insurance Department, he represented the government in trial and appellate litigation, including matters involving transportation.

Dennis D. Kirk received a Juris Doctor degree from Washburn University in 1975, and a Bachelor of Science degree in Political Science and Administration from Northern Arizona University in 1972. He is a member of the Kansas, the District of Columbia, and Virginia Bars. Mr. Kirk currently practices general law for himself in Falls Church, Virginia. His work includes general appearances and litigation of civil and criminal matters before local and U.S. Courts and administrative agencies, including the Department of Transportation. Before working for himself, Mr. Kirk was a partner at Slocum, Boddie, Murry & Kirk, and an associate at Goff, Sims, Cloud, Stroud, Sheppard, & Walker, P.C. He also practiced law for the U.S. government at the Interstate Commerce Commission.

Brian Yonish is Associate Deputy General Counsel in the Office of Inspector General at the Department of Defense. He supervises investigations involving a variety of issues including military aircraft safety, espionage, SES misconduct, standards of conduct and ethics, and whistleblower protection. His 11 years in this position has also provided him experience in legislative and Congressional affairs. In the Navy from 1984 to 1990, Mr. Yonish gained extensive litigation experience handling criminal and civil trials. His enforcement and litigation background provides solid experience related to the duties of this position. Mr. Yonish received his Juris Doctor degree in 1983 and his BA in Political Science in 1980 from Creighton University Law School in Omaha, NE. His resume is attached.

**RECOMMENDATION**

I ask that you concur in our selection of either Mr. Snyder, Mr. Kirk, or Mr. Yonish for the position of Assistant Chief Counsel, GS-905-15.

**The General Counsel**

APPROVED: _[signature]_

DISAPPROVED: _____

COMMENTS: _____

DATE: _8/6/04_

Attachments: Resumes for Mr. Yonish
             GC Concurrence Memo dated July 9, 2004

ATTORNEY WORK PRODUCT
This is a privileged communication prepared in anticipation of litigation. Do not release without express permission of the Chief Counsel.