# PLAINTIFF'S EXHIBIT 15

## Hodge, Dolores

**From:** Dial-Alfred, Denise
**Sent:** Wednesday, August 25, 2004 1:35 PM
**To:** McCown, Brigham; Rutledge, Judy
**Cc:** Hodge, Dolores; Gilmore, Paul
**Subject:** FW: Request Job Offer-Yonish

**UPDATE:**

Today, FHWA advised that Mr. Yonish has accepted FMCSA's job offer.

FHWA will now be coordinating with his HR Office for the release date. Since this is a lateral transfer action, the reporting date will be in approximately 30 days.

FHWA will advise this office of the specific reporting date.

Will keep you posted!!
Denise

-----Original Message-----
From: Dial-Alfred, Denise
Sent: Friday, August 20, 2004 2:34 PM
To: English, Edie <FHWA>
Cc: McCown, Brigham; Rutledge, Judy; Hodge, Dolores; Gilmore, Paul
Subject: Request Job Offer-Yonish

Hi Edie:

This is to advise that agency approval has been granted in the selection of Brian George Yonish to the position of Supervisory Attorney Advisor, GS-905-15, Assistant Chief Counsel of the Enforcement & Litigation Division in the Office of Chief Counsel. Mr. Yonish is currently an employee of the Department of Defense.

Please proceed to make job offer and requesting a reporting date of ASAP.

The selection approval memorandum package will be delivered to you momentarily.

If you need further assistance, you may contact me at 69058.

THANKS—
Denise
MC-MHS