# PLAINTIFF'S EXHIBIT 17

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

**1. Name (Last, First, Middle):** YONISH, BRIAN G
**2. Social Security Number:** 5556 [redacted]
**3. Date of Birth:** 03-24-58
**4. Effective Date:** [redacted]

### FIRST ACTION
- **5-A. Code:** 170
- **5-B. Nature of Action:** EXCEPTED APPOINTMENT
- **5-C. Code:** WDM
- **5-D. Legal Authority:** SCH A, 213.3102(D)
- **5-E. Code:**
- **5-F. Legal Authority:**

### SECOND ACTION
- **6-A. Code:**
- **6-B. Nature of Action:**
- **6-C. Code:**
- **6-D. Legal Authority:**
- **6-E. Code:**
- **6-F. Legal Authority:**

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
SUPV ATTORNEY-ADVISOR
PD NO=H110501    BU NO=157X10
ORG=MC1130       CST CNTR=M113

**14. Name and Location of Position's Organization**
DD
DEPARTMENT OF DEFENSE

**22. Name and Location of Position's Organization**
FEDERAL MTCR SAFETY ADMINISTRATION
OFFICE OF CHIEF COUNSEL
WASHINGTON, D.C.

### EMPLOYEE DATA
- **24. Veterans Preference:** 1 (None)
- **25. Tenure:** 1 (Permanent)
- **26. Veterans Pref for RIF:** NO
- **27. FEGLI:** C0 BASIC LIFE ONLY
- **28. Annuitant Indicator:** 9 NOT APPLICABLE
- **29. Pay Rate Determinant:** 0
- **30. Retirement Plan:** K FERS & FICA
- **31. Service Comp. Date (Leave):** 11-20-86
- **32. Work Schedule:** F
- **33. Part-Time Hours Per Biweekly Pay Period:**

### POSITION DATA
- **34. Position Occupied:** 2 - Excepted Service
- **35. FLSA Category:** E (Exempt)
- **36. Appropriation Code:** SEE REMARKS BELOW
- **37. Bargaining Unit Status:** 8888
- **38. Duty Station Code:** 11-0010-001
- **39. Duty Station:** WASHINGTON, DISTRICT OF COLUMBIA

**40. AGENCY DATA:** SP PROG=00  SUPV CSC=2  POS TYPE=1  POSITION SENSITIVITY = 1

**45. Remarks:**
APPROP = 5575.010/910/575010/M11300/1111/00000000
SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 14.63%. APPOINTMENT
AFFIDAVIT EXECUTED 10-04-2004. ELIGIBLE FOR SICK AND ANNUAL LEAVE. FROZEN
SERVICE: NONE. CREDITABLE MILITARY SERVICE: 07 YEARS 01 MOS. EMPLOYEE IS
AUTOMATICALLY COVERED UNDER FERS. SUBJECT TO COMPLETION OF A 52 WEEK
PROBATIONARY PERIOD FOR ASSIGNMENT TO SUPERVISORY/MANAGERIAL POSITION
BEGINNING 10-03-2004. TRANSFERRED WITHOUT A BREAK IN SERVICE OF A WORK DAY.
HEALTH BENEFITS COVERAGE CONTINUES. ANY ACCRUED ANNUAL AND SICK LEAVE TO YOUR
CREDIT WILL BE TRANSFERRED. TRIAL PERIOD COMPLETED.
COMPLETED SERVICE REQUIREMENT FOR CAREER TENURE FROM 12/20/1993 TO 12/19/1994.
LMS

**46. Employing Department or Agency:** DEPARTMENT OF TRANSPORTATION/FMCSA
**47. Agency Code:** TD-17
**48. Personnel Office ID:** 1602
**49. Approval Date:** 10-06-04
**50. Signature/Authentication and Title of Approving Official:** Jerry A. Hawkins, PERSONNEL OFFICER

TURN OVER FOR IMPORTANT INFORMATION
5-Part    1 - Employee Copy - Keep for Future Reference
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

Exhibit #3 (2)