# PLAINTIFF'S EXHIBIT 18

**Walls, Elaine**

**From:** Rutledge, Judy
**Sent:** Thursday, October 28, 2004 6:09 PM
**To:** Medalen, Charles; O'Malley, Suzanne; Ottman, Annmarie; Walls, Elaine
**Cc:** McCown, Brigham
**Subject:** Congratulations!

Dear Charles, Suzanne, Annmarie, and Elaine,

Brigham and I are proud of your selection as a recipient of a Secretary's Team Award. The award recognizes your valuable contribution to the Mandamus Regulatory Development Team. Your efforts ensured completion of the rules within tough deadlines and reflected tenacity and hard work on your part.

The Secretary's Award Ceremony will be November 5 at the Renaissance Hotel. The ceremony begins at 1pm but your presence at pre-ceremony events is requested. Attached is an itinerary explaining the day.

In addition to attending the Secretary's Award Ceremony, you and a guest are invited to attend the FMCSA Administrator's Awards Ceremony on Thursday, November 4, 2004. The ceremony will begin at 2:00 p.m. in Room 2230 of the Nassif Building. A second attachment explains the itinerary for that event.

Congratulations on a well-deserved honor.