# PLAINTIFF'S EXHIBIT 19



**U.S. Department
Of Transportation**

**Federal Motor Carrier
Safety Administration**

# Memorandum

Original document signed by Mary Powers-King on 10/26/0

---

| | | |
|---|---|---|
| Subject: | **ACTION:**<br>Secretary's 37th Annual Awards Ceremony<br>November 5, 2004 Awards<br>recipientsMandamus | Date: October 26,<br>2004November 26, 2004 |
| From: | Mary Powers-King (/S/ Signed)<br>Acting Associate Administrator<br>Administration | In Reply Refer To: MC-MHR |
| To: | Brigham A. McCown<br>Chief Counsel | |

We are pleased to advise you of the employees from your organization who have been approved for receipt of the Secretary's Award (Attachment A). As the highest award given within the Department of Transportation, receipt of a Secretary's Award is a distinct honor.

In recognition of this honor, please extend an invitation to your recipients and their guest to attend the Secretary's 37th Annual Awards Ceremony on Friday, November 5, 2004, 1:00pm at the Renaissance Hotel, 999 9th Street, Washington, DC. Recipients, guests and supervisors are asked to gather at 10:00 a.m. in room 8128 of the Nassif Building, 400 7th Street, SW, Washington, DC, for instructions and refreshments prior to departing for the ceremony.

In addition to attending the Secretary's Award Ceremony, please extend an invitation to your recipient and his/her guest to attend the FMCSA Administrator's Awards Ceremony on Thursday, November 4, 2004. The ceremony will begin at 2:00 p.m. in Room 2230 of the Nassif Building.

Attached is an itinerary of the FMCSA Administrator's Award ceremony (Attachment B) and the Secretary's Award ceremony (Attachment C).

Attachments

## Walls, Elaine

**From:** Rutledge, Judy
**Sent:** Thursday, October 28, 2004 6:11 PM
**To:** Medalen, Charles; O'Malley, Suzanne; Walls, Elaine; Ottman, Annmarie
**Subject:** FW: SECRETARY AWARD RECIPIENTS

Attached is the full complement of documents about the Secretary's award.


-----Original Message-----
**From:** Dingess, Kathy
**Sent:** Wednesday, October 27, 2004 12:58 PM
**To:** McCown, Brigham
**Cc:** Hodge, Dolores
**Subject:** SECRETARY AWARD RECIPIENTS

Please read the attached memorandum notifying you of your organization's Secretary Award recipients.

Please notify the recipients with the attached detailed information. Please inform me if anyone cannot attend

Thank you!

11/27/2004

Attachment A

# 37th Annual Secretary's Award Recipients
# Chief Counsel

<u>Team Award</u>
Mandamus Regulatory Development Team
    Charles Medalen
    Suzanne H. O'Malley
    Ann Marie J. Ottman
    Willys Elaine Walls