# PLAINTIFF'S EXHIBIT 20

**Walls, Elaine**

**From:** Rutledge, Judy
**Sent:** Monday, November 01, 2004 1:16 PM
**To:** Falk, Michael; Sanders, Charlene; Walls, Elaine; O'Malley, Suzanne
**Cc:** McCown, Brigham
**Subject:** Secretary's award for NAFTA Litigation Team

Congratulations for your selection to receive a Secretarial Award as a member of the NAFTA litigation team. The award will be presented at the Secretary's Award Ceremony on Friday, November 5. Attached is the information relevant to the ceremony. You are also invited to attend the Administrator's Award Ceremony on November 4.

Your contributions throughout the NAFTA rule development, litigation, and EIS effort enabled the Department to end this chapter of NAFTA affairs successfully. Brigham and I appreciate your hard work to handle difficult challenges throughout this lengthy process.