# PLAINTIFF'S EXHIBIT 25

HM4823EX    Summary Review of Applications Received
Supervisory Attorney Advisor (Asst. Chief Counsel), GS-0905-15    Opened 03/22/04 --- Closed 04/12/04

| Name | Phone Number | Date App Received | Interview Requested | Qualifications/Degree/Education | Bar Admissions |
|---|---|---|---|---|---|
| Amaral, Michael C. | 401-841-2406 | 03/23/04 | Yes | JD, 1995 | MA, Norfolk Cty (MA) |
| Ball, C. Louise | 703-548-0506 | 04/12/04 | No | JD, 1980 | DC, VA, Supreme Ct, and several Dist, Bnkrptcy + Apls Cts |
| Banks, Wendell O. | 202-904-3856 | 04/07/04 | No | JD, 1990 | DC, MD, MI |
| Barrios, Steven | 301-896-0883 | 03/22/04 | No | JD, 1985 | DC, and several DC Circuit Cts of Appeals |
| Bell, Jr., Benjamin H. | 843-568-0816 | 04/02/04 | No | JD, 1988 | SC |
| Bergin, Timothy W. | 202-626-6608 | 04/12/04 | No | JD, 1978 | DC, and various federal district and appellate cts |
| Bernd-Schulz, Dawn | 301-775-6044 | 04/05/04 | No | JD, 2001 | NY |
| Boocker, Nancy | 301-891-6853 | 04/12/04 | No | JD, 1990 | DC, IL |
| Campbell, Rudolph | 813-814-4934 | 03/22/04 | No | JD, 1996 | FL, US District Cts of FL, PR |
| Carlisle, John W. | 972-335-0640 | 03/22/04 | No | JD, 1977 | TX, US Ct Federal Claims, and several US Dist Cts |
| Collier, II, Edmond J. | 703-764-9388 | 04/04/04 | No | JD, 1989 | Supreme Ct of PA, US Dist Ct (E Dist PA), US Ct Mltry Apls |
| Conte, A. Stephen | 301-530-1556 | 04/12/04 | No | JD, 1994 | DC, MD, US Ct of Appeals (4th + DC), US Dist Ct (4th + DC) |
| Convertino, Richard G. | 313-226-9629 | 03/31/04 | No | JD, 1988 | MI, OH |
| De Filippi, Aldo | 703-560-7577 | 04/09/04 | Yes | JD, 1985 | CA, US Dist Ct (Ctrl CA), US Ct Appeals (9th Circ) |
| Edgar, William C. | 202-508-6126 | 03/24/04 | No | JD, 1989 | Several US Dist Cts and US Cts of Appeals |
| Enslen, Pamela C. | 269-353-8620 | 04/12/04 | No | JD, 1981 | CA, MI |
| Ford, Kenneth I. | 401-295-0796 | 04/05/04 | No | JD, 1973 | MD, RI, US Dist Ct (MD), US Supreme Ct |

1

FMCSA 000687

HM4823EX   Supervisory Attorney Advisor (Asst. Chief Counsel), GS-0905-15   Opened 03/22/04 --- Closed 04/12/04

Summary Review of Applications Received

43 Total Qualified Applicants

| Name | Phone Number | Date App Received | Details Determination | Degree | Bar Admissions |
|---|---|---|---|---|---|
| Genovese, Gary S. | 954-847-3369 | 03/23/04 | No | JD, 1981 | CT, FL |
| Glasser, David M. | 310-649-1991 | 03/22/04 | No | JD, 1974 | CA, DC, MD |
| Harrington, Christopher M. | 505-897-1919 | 03/24/04 | No | JD, 1974 | NM |
| Hart, III, Henry | 215-963-3300 | 04/09/04 | No | JD, 1976 | PA |
| Henneberry, Edward P. | 301-215-7066 | 03/30/04 | No | JD, 1995 | DC, IL, MD |
| Jackson, Ronald A. | 301-654-7834 | 04/12/04 | No | JD, 1989 | DC, NY |
| Kontos, Jerry Nick | 703-312-4294 | 04/07/04 | No | JD, 1995 | DC, MA |
| Mack, Gary R. | 716-675-5285 | 03/22/04 | Yes | JD, 1985 | CT, NY, US Dist Ct (W NY), US Bnkrpty Ct (W NY) |
| Masulla, Mary | 202-744-2565 | 04/12/04 | No | JD, 1972 | DC, RI |
| Meisner, Roland D. | 703-325-9473 | 03/23/04 | Yes | JD, 1982 | IN, NE, TX |
| O'Donnell, Margaret A. | 202-616-5230 | 03/22/04 | No | JD, 1985 | VA |
| Parshall, Gerald H. | 202-285-6200 | 03/31/04 | No | JD, 1985 | IL, MD |
| Percaccio, John D. | 469-726-1328 | 04/04/04 | No | JD, 1998 | TX, US Dist Ct (NJ) |
| Pilblad, Tamara N. Kaplan | 917-664-8766 | 04/12/04 | Yes | JD, 1997 | NY |
| Robson, Judith K. | 301-881-2236 | 03/28/04 | No | LLB, 1975 | SC |
| Saltsman, Richard H. | 202-383-7072 | 04/12/04 | No | JD, 1973 | DC, US Supreme Ct, US Dist Cts (DC, MD) |
| Sharma, Jai | 281-648-2758 | 04/12/04 | No | JD, 1990 | TX |

2

FMCSA 000688

Summary Review of Applications Received
HM4823EX   Supervisory Attorney Advisor (Asst. Chief Counsel), GS-0905-15   Opened 03/22/04 --- Closed 04/12/04
43 Total Qualified Applicants

| Name | Phone Number | Date App Received | Vet Pref | JD Date | Bar Admissions |
|---|---|---|---|---|---|
| Snyder, David F. | 202-828-7161 | 04/12/04 | No | JD, 1976 | DC, PA, VA, and several Federal Cts |
| Stokols, Gwen P. | 703-308-9102 x275 | 04/12/04 | No | JD, 1996 | MD, VA |
| Terry, Renee | 301-736-4408 | 03/26/04 | No | JD, 1985 | DC, MA Supreme Judicial Ct |
| Walls, Elaine | 202-366-1394 | 04/12/04 | No | JD, 1980 | DC, TX |
| Weiss, Joshua R. | 212-504-6225 | 04/07/04 | No | JD, 1996 | NY |
| Wilson, David G. | 202-997-0199 | 04/12/04 | Yes | JD, 1966 | DC, IL, and various Federal Courts |
| Wilson, Mark | 703-750-1771 | 04/12/04 | No | JD, 1992 | DC |
| Wilson, Paul A. J. | 703-768-2034 | 04/12/04 | No | JD, 1983 | DC |
| Yonish, Brian G. | 703-604-8350 | 03/23/04 | Yes | JD, 1983 | DC, NE, US Supreme Ct |
| ✱ Kurbes, Sue Bertzulyield | 443-703-2249 | 4/12/04 | No | JD, 1923 | MD Court of Appeals, Fed Ditch of MD - 1st Circuit Ct of Appeals Bar Zurfuel |

FMCSA 000689

3