# PLAINTIFF'S EXHIBIT 26

SUE LAWLESS
303 HOLLAND ROAD
SEVERNA PARK, MARYLAND
(410) 384-7331 (Home)
(443) 703-2249 (Work)



Announcement # HM4830Ex

## BAR MEMBERSHIP

Maryland Court of Appeals (1994)
United States District Court for the District of Maryland (1996)
United States Court of Appeals, First Circuit Court (2002)

## EDUCATION

**UNIVERSITY OF BALTIMORE**
Baltimore, Maryland
Juris Doctor, December 1993

**WESTERN MARYLAND COLLEGE**
Westminster, Maryland
Bachelor of Arts/Theater 1988

## EXPERIENCE

**FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION**
Eastern Service Center
Glen Burnie, Maryland
March 2001 to present

As the lead enforcement attorney for the Federal Motor Carrier Safety Administration advocates agency's position in all legal matters for divisions within the Eastern Service Center. Primarily responsible for pursuing enforcement cases for violations of federal laws and regulations relating to motor carrier safety as well as household goods, insurance and registration requirements. Provides guidance to divisions regarding application and changes to these laws and regulations. In conjunction with United States Attorneys pursues injunctive relief on behalf of agency. Enforces administrative subpoenas. Responds to congressional inquiries related to enforcement cases. Pursues bankruptcy claims. Responsible for development of in-service training programs for investigators relating to legal

issues.

Since 2001, member of the Compliance Review Workgroup. This Workgroup has focused on a broad examination of agency policies and programs relating to enforcement of the federal laws and regulations relating to motor carrier safety.

**FRANKLIN & PROKOPIK**
Baltimore, Maryland
June 1999 to March 2001

Partner in law firm specializing in insurance defense. Primarily represented motor carriers in motor, product and employment liability claims. As partner litigated as first chair numerous cases in district, circuit, and federal courts.

**SEMMES, BOWEN & SEMMES**
Baltimore, Maryland
April 1996 to June 1999

Associate specializing in defense litigation involving the representation of employers in civil matters, including tort and discrimination claims, products liability, and regulatory issues. Trial experience at district, circuit, and federal levels.

**SAMEK & MCMILLAN, P.C.**
Rockville, Maryland
August 1995 to April 1996

Associate in general practice firm specializing in business transactions and litigation. Defense oriented practice centered on issues arising out of the representation of small business clients including claims of discrimination, shareholder disputes, landlord/tenant issues, creditor/debtor issues, and personal injury and criminal matters. Additionally represented criminal clients in misdemeanor and felony cases through the panel program of the Public Defender's Office.

**SALADOFF & ASSOCIATES**
Rockville, Maryland
September 1994 to August 1995

Associate in plaintiff's medical malpractice, negligence, and products liability litigation firm.

THE HONORABLE ANN S. HARRINGTON, SIXTH JUDICIAL CIRCUIT
Montgomery County, Maryland
September 1993 to September 1994

Judicial Law Clerk

## HONORS, ACTIVITIES, SKILLS, MEMBERSHIPS

Secretary of Transportation's Award for Outstanding Achievements, October 2003
Adjunct Faculty, University of Maryland University College Legal Studies Program, 2003 to present
Anne Arundel County Bar Association
Speaker, January 1999, Maryland Mover's Council, "Workers' Compensation Issues for Owner/Operators"
Editor, Commercial Transportation Law Section, Tort and Insurance Practice Journal, American Bar Association 1998
Editor, Transportation Update, Semmes, Bowen & Semmes (1996 to 1999)
Editor, Legal Issues for the Maryland Motor Truck Association Web Site
Author, Handbook Maryland Tort law Liability, (1997, 1998)
Speaker-- August 1996, ABA Conference/Tips Program, "Insurance Issues for the Trucking Industry"
Speaker --May 1996, "Third Party Claims Arising out of Workers' Compensation Claims," (Injured Workers' Insurance Fund)
Speaker--October 1996, "Evaluating Claims for Permanency in Automobile Accident Cases," (Maryland Automobile Insurance Fund)
Vice-Chair--1996-2001, American Bar Association, Transportation Insurance Practice Section, Transportation Subcommittee
Staff Editor, University of Baltimore Law Forum, 1992 to 1993
American Jurisprudence Award, Appellate Advocacy, Spring 1992
American Jurisprudence Award, Trial Advocacy, Fall 1992

Sue Lawless

As the lead enforcement attorney in the Eastern Service Center, my primary areas of responsibility under the Federal Motor Carrier Safety Regulations and Hazardous Materials Regulations involves nearly every area of subject matter responsibility. While the primary areas of enforcement in civil penalty enforcement proceedings have been alcohol and controlled substances testing, hours of service, household goods, and driver qualification, enforcement proceedings encompass a broad range of agency laws and regulations and programs and policies. This position requires effective organization and communication skills to resolve complex legal issues in a timely manner. Communication with the divisions and program areas is key to consistent, fair, and effective enforcement proceedings.

In pursuing enforcement claims on behalf of the agency, I examine not only the laws and regulations affecting enforcement proceedings but also the information systems that affect the enforcement program such as the Motor Carrier Information Management System (MCMIS), Enforcement Management Information System (EMIS), Motor Carrier Safety Status Measurement System (SafeStat), Carrier Automated Performance Review Information (CAPRI), and the CaseRite software used to prepare civil penalty enforcement cases. I am aware that changes to one small part of an existing program or system can have profound changes on other programs within the agency.

Additionally, as a member of the Compliance Review Workgroup for the past three years, I have been involved in examining the relationship among the various federal laws and regulations, programs, and policies affecting motor carrier safety. This work coupled with my day to day involvement in enforcement process provides a broad understanding of the complex issues affecting the enforcement programs and a strong desire to seek improvement to them. I am committed to achieving an enforcement program that is effective and fair and providing legal guidance that supports the agency's goal of achieving meaningful improvements to motor carrier safety.

Specific knowledge of subject matter responsibility areas includes:

1. <u>Commercial Drivers' Licenses</u>. Enforcement cases litigated under the commercial drivers license regulations most often involve issues relating to improper endorsements and are often coupled with issues relating to driver qualification. Additionally, we have worked with the divisions and state licensing agencies to obtain revocation of commercial drivers' licenses where appropriate.

2. <u>Alcohol and Controlled Substances Testing</u>. A large number of enforcement

**FMCSA 000921**

Page 2

cases arise under the alcohol and controlled substances testing requirements. Additionally, guidance is frequently provided to divisions relating to requirements under these regulations.

3. <u>Motor Carrier Safety Assistance Program</u>. While I am not directly involved in the Motor Carrier Safety Assistance Program, having worked on the Compliance Review Workgroup I am familiar with the requirements of the program and its interaction with federal motor carrier safety programs.

4. <u>Driver Qualifications.</u> A large number of enforcement cases relate to driver qualifications including physical qualifications and disqualifications.

5. <u>Financial Responsibility.</u> The financial responsibility regulations are often the subject of interpretation and enforcement proceedings. In conjunction with these proceedings I am familiar with the regulations, the information systems designed to track and monitor compliance with these requirements and the regulations governing applications for operating authority. Issues relating to financial responsibility and operating authority frequently arise in the context of motor carriers who have been prohibited from operating in interstate commerce based on failure to pay a civil penalty, failure to file required insurance, or for violations of settlement agreements and consent orders.

6. <u>Vehicle Equipment and Inspections</u>. I am familiar with the requirements for vehicle equipment and inspections as well how roadside inspections conducted by state partners are used by the agency in its enforcement programs.

7. <u>Drivers' Hours of Service</u>. A large number of enforcement cases arise out of violations of the hours of service regulations. In the context of advising divisions and pursuing enforcement, I have addressed many issues relating to hours of service requirements such as compliance with agency sampling requirements, proving violations relating to falsifications, and supporting documents.

8. <u>Commercial Regulation.</u> In the context of commercial regulation, I have pursued enforcement cases for violations of these regulations relating to household goods carriers and supported criminal prosecution of violations pursued by United States Attorneys offices for these violations.

9. <u>Rules of Practice for Motor Carrier and Hazardous Materials Proceedings</u>. These rules are referred to in every aspect of my day to day working environment. In addition to knowledge of these rules, I am also familiar with how these rules affect the practical application of the enforcement process. Additionally, I recognize these rules

Page 3

must co-exist and support policies relating to enforcement as well as other agency programs such as the compliance review process.

10. <u>Rulemaking Procedures under the Administrative Procedures Act</u> – I am not involved in the day to day rulemaking process. However, I am knowledgeable regarding the general requirements for rulemaking. Additionally, I have a fundamental understanding of the relationship between the various regulations enacted by the agency and their affect on the enforcement program.