# PLAINTIFF'S EXHIBIT 27

# BRIAN GEORGE YONISH
5424 Sandy Point Lane, Clifton, Virginia 20124
(703) 968-4379 Home
(703) 604-8350 Office
email: yonishb@osdgc.osd.mil; byonish@cox.net

## Experience

### Associate Deputy General Counsel, (Inspector General) Department of Defense (DoD)

Provide advice and counsel to the Inspector General, Department of Defense and senior subordinate officials on the legal and policy implications of a wide-range of DoD activities and programs. Closely supervised and reviewed the activities of DoD IG investigators on a variety of complex issues to include military aircraft safety investigations, criminal investigations, espionage, DoD personnel security files, military medical care, flag officer/SES misconduct allegations, standards of conduct and ethics, DoD support to international organizations, Base Realignment and Closure, officer selection boards, whistleblower protection, military justice, DoD homosexual conduct policy, service member mental health examination oversight, Classified Whistleblower Protection Act, Freedom of Information Act and Privacy Act, and Federal Advisory Committee Act. Management team member for numerous high-profile special investigations. Supervised a team reviewing allegations of significant interest to the Senate Select Intelligence Committee and conducted an investigation for the Senate Armed Services Committee involving a senior National Guard official. Legal advisor for President's Council on Integrity and Efficiency special interagency investigation. Prepared correspondence to members of Congress, Congressional committees, and senior DoD officials, including the Secretary and Deputy Secretary of Defense. Prepared IG Congressional testimony and reviewed and proposed IG legislation. Conducted briefings for Congressional staff and White House officials. Developed and conducted computer-based training. Drafted DoD instructions and directives. Received Meritorious Civilian Service award from the Inspector General and DoD Exceptional Civilian Service Medal from the Secretary of Defense. Consistently received outstanding performance appraisals. *(December 1993 to present; Mr. Kevin Flanagan, 703-604-8350; GS-905-15; 40 hrs/wk)*

### Litigation Attorney, A-12 Navy/Department of Justice Trial Team

Provided support to the joint Navy/Justice Department litigation team concerning the A-12 stealth attack aircraft. Conducted extensive discovery to include interrogatories and depositions. Reviewed classified documents and prepared document summaries. Interviewed and prepared witnesses for trial. Drafted proposed findings of fact. *(August to December 1993; Mr. Art Hildebrandt 703-614-5066; Lieutenant Commander (O-4), 40 hrs/wk)*

### Litigation Attorney, United States Navy

Recalled to active duty for Operation Desert Storm. Assisted Justice Department attorneys by litigating Navy and Marine Corps cases in Federal trial and appellate courts. Drafted trial briefs and pleadings and argued a case in Federal District Court. Prepared Freedom of Information Act and Privacy Act appeals memoranda for the Secretary of the Navy. *(February 1991 to September 1991; Captain Thomas Ledvina, JAGC, USN (Ret), 703-614-1097, Lieutenant Commander (O-4), 55 hrs/wk)*

### Aviation Senior Regulatory Analyst, Phaneuf Associates, Inc.

Provided consulting services to major U.S. air carriers and the Federal Aviation Administration (FAA). Wrote the initial FAA report to Congress on the Aging Commuter/Regional Aircraft Evaluation Program.

Developed, drafted and reviewed proposed changes to Federal Aviation Regulations. Prepared air carrier regulatory exemptions and rulemaking petitions. Analyzed regulatory and technical issues including use of flight simulators, pilot certification and training, repair facility certification, air carrier maintenance programs, airspace reclassification and consolidation with European Joint Aviation Regulations. Ensured all company projects and documents fully complied with law, regulations and International Civil Aviation Organization standards. *(February 1990 to February 1991; September 1991 to August 1992; Dr. Roger Phaneuf, 703-412-9100, 40 hrs/wk)*

### Special Assistant to the General Counsel of the Navy

Advised the highest civilian executives and uniformed officials in the Department of the Navy on a variety of legal matters, including statutes, regulations and policy. Prepared timely responses for the Secretary of the Navy to Congressional, Defense and Justice Department initiatives. Navy coordinator for all Iran/Contra investigation document and witness requests. Drafted briefing papers for Secretary of Defense-designate John Tower. Gained recognition regarding policy memoranda, legislation, ethics, standards of conduct, intelligence gathering, oral and wire intercept policy, federal tort and admiralty claims, military personnel issues, accident investigations, official representation funds, travel policy, criminal investigations and military law. Selected for Regular Navy commission. Completed aircraft pilot currency requirements at Andrews AFB. *(July 1987 to February 1990; Honorable Craig King, 202-857-6000, Lieutenant (0-3), 55 hrs/wk)*

### Legal Counsel to the Commanding Officer of a Nuclear Submarine Tender

Established ship's legal department. Supervised 7-10 ship's police force personnel and 3 paralegals. Managed all legal matters for a crew of 1300 men and women including direct supervision of over 510 criminal investigations. Drafted Congressional inquiry replies. Responsible for law enforcement and ethics training. Developed and implemented legal assistance program. Ship's claims officer. Concurrently performed non-legal responsibilities including underway watch officer duty and safety inspections. Liaison officer with civilian law enforcement, the FBI and the Naval Investigative Service. Conducted and reviewed accident investigations. Knowledgeable in Naval air/sea operations and doctrine. *(June 1985 to June 1987; Captain Frank Dunn, USN (Ret), 804-463-2958, Lieutenant (0-3), 70 hrs/week)*

### Criminal Trial Attorney, Naval Air Station Whidbey Island, Washington

Perfected litigation skills for over 90 trials and 140 administrative hearings. Conducted legal research and formulated trial strategy. Coordinated and managed trial logistics to include witness attendance and evidence production. Analyzed forensic and scientific evidence. Conducted witness examination and made oral argument and presentations. Provided legal assistance to include wills, powers of attorney and other documents. *(January 1984 to May 1985; Captain Marvin Nerseth, JAGC, USN (Ret), phone number unknown, Lieutenant (0-3), 60 hrs/week)*

### Education

Juris Doctor, Creighton University, Omaha, Nebraska, 1983
  Vice President, International Law Moot Court Board

Bachelor of Arts, Creighton University, Omaha, Nebraska, 1980
  Political Science Major with Foreign Policy emphasis

## Additional Qualifications and Information

Admitted to practice law: U. S. Supreme Court, Nebraska, and the District of Columbia
Proficient with Microsoft Word, PowerPoint, Excel, Word Perfect, LEXIS and Internet research
Captain, United States Naval Reserve
Top Secret security clearance; FAA licensed pilot since 1975