UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE WALLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1259 (TFH) |
| | ) ECF |
| MARY E. PETERS, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ENLARGEMENT OF TIME TO FILE A MEMORANDUM OF LAW IN REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b)(1), Mary E. Peters ("Defendant"), in her official capacity as Secretary the Department of Transportation, by and through the undersigned counsel, respectfully requests an extension of time to file a Reply memorandum in response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.  In support of this motion, Defendant states the following:

1.  Defendant's Reply is currently due tomorrow, March 21, 2008.  Defendant seeks up to and including April 21, 2008, to file said Reply.

2.  In light of Plaintiff's lengthy Opposition, Defendant seeks the additional time in order confer with Agency Counsel to ensure a fully responsive Reply.

3.  This is Defendant's first request for an extension.

4.  Pursuant to LCvR 7(m), Defendant sought and obtained Plaintiff's consent to this request.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

March 20, 2008                              Respectfully submitted,

                                              _/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                              _/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                              _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)
kenneth.adebonojo@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of March, 2008, I caused the foregoing Motion for Extension of Time to File a Memorandum of law in Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment to be served on Plaintiff's attorney, Camilla McKinney, Esq., via the Court's Electronic Case Filing system.

                                                      _/s/_____
                                                    KENNETH ADEBONOJO
                                                    Assistant United States Attorney
                                                    Judiciary Center Building
                                                    555 4th Street, N.W. – Civil Division
                                                    Washington, D.C.  20530
                                                    (202) 514-7157
                                                    (202) 514-8780 (facsimile)