UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE WALLS, ) ) Plaintiff, ) ) v. ) ) MARY E. PETERS, ) ) Defendant. ) | ) ) ) ) ) ) ) Civil No.: 06-1259 (TFH) ) ) ) ) |

## DECLARATION OF PAUL A. GILMORE

1. I am the Chief of the Human Capital and Compensation Division, Office of Human Capital Assets at the Federal Motor Carrier Safety Administration ("FMCSA"), U. S. Department of Transportation. I have been employed in this position since October 7, 2001.

2. I am responsible for coordinating with the Departmental Automated Staffing Group to prepare employee recruitment packages, including the vacancy announcements for FMCSA.

3. From January 1, 2005, through March 21, 2008, the Departmental Automated Staffing Group has posted ten official Federal Vacancy Announcements for GS-13/14 Trial Attorney or Attorney Advisor positions on the Web site www.usajobs.com (the "Web site"). True and correct copies of the face sheets of these announcements are attached as Exhibit A. On occasion, these announcements may have been published in legal trade journals or newspapers in addition to having been published officially via the Web site.

102085.1

4.  Each of the ten GS-13/14 vacancy announcement states that the promotion potential for the Trial Attorney or Attorney Advisor position is GS-14.

5.  Plaintiff Elaine Walls is a GS-14 Attorney Advisor at FMCSA. Attached as Exhibit B is a true and correct copy of the Standard Form 50, Notification of Personnel Action, applicable to Ms. Walls' reassignment to FMCSA due to a transfer of functions effective October 1, 2000, at the same grade and pay that she held prior to that date.

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_  3/20/08
Paul A. Gilmore
Chief, Human Capital and Compensation Division
Office of Human Capital Assets, FMCSA

Executed at Washington, D.C. on March 20, 2008.

102085.1

# EXHIBIT A

# DECLARATION OF PAUL A. GILMORE



# Vacancy Information



U.S. Department of Transportation

| | |
|---|---|
| Announcement Number: | FMCSA.A-2005-0003 |
| Vacancy Description: | Attorney Advisor, GS-0905-13 / 14 |
| Open Period: | 01/27/2005 - 02/24/2005 |
| Series/Grade: | GS-0905-13/14 |
| Salary: | $74,782.00 TO $114,882.00 |
| Promotion Potential: | GS-14 |
| Hiring Agency: | DOT, Federal Motor Carrier Safety Administration |
| Duty Locations: | 1 vacancy in Washington, DC |
| Remarks: | 1. Permanent Change of Duty Station (PCS) will be au based on availability of finds.<br>2. Applications (resume and questionnaire responses) received on-line by the Department of Transportatic before midnight eastern time on the closing date of announcement, to be considered. |
| For more information, Contact: | Automated Staffing Group, 202-366-1298<br>TRANSJOBS@fhwa.dot.gov |

## Additional Information

*Take a journey that will challenge your mind and develop your career. The quality of our lives, the shape communities and the productivity of our nation's economy depend on our transportation systems. We rec value the importance of our workforce and the diversity of backgrounds and ideas that each employee bri invite you to join us in meeting the challenges of the 21st Century, shaping the future of our organization, advancing the best transportation system in the world.*

**CONSIDERATION:** This position is under the Excepted Service.

**WHO MAY APPLY:** Applications will be accepted from any U.S. citizen. All applicants must apply online and must sub resume which reflects their areas of expertise and experience.

| | |
|---|---|
| Announcement Number: | FMCSA.CC-2006-0002 |
| Vacancy Description: | Attorney-Advisor (General) GS-0905-13 / 14 KLW |
| Open Period: | 2006-03-17 TO 2006-04-14 |
| Series/Grade: | GS - 0905 - 13/14 |
| Salary: | $77,353.00 - $118,828.00 |
| Promotion Potential: | GS - 14 |
| Hiring Agency: | DOT, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION |
| Duty Locations: | 1 vacancy(ies) in Washington, DC |
| Contact Information: | Automated Staffing Office, 202-366-1298 TRANSJOBS@fhwa.dot.gov |
| Additional Information: | Who May Apply: Applications will be accepted from any U.S. citizen. This position is under the Excepted Service. **Two Year Trial Period:** Applicants selected under delegated examining procedures for a excepted service position are subject to a two year trial period. All applicants must apply online and must submit an online resume which reflects their areas of expertise and experience. . Job Summary: Take a journey to challenge your mind and develop your career. The quality of our lives, shape of our communities, and productivity of our Nation's economy depends on our transportation systems. We recognize and value the importance of our workforce and the diversity of backgrounds and ideas that each employee brings. So we invite you to join us in shaping the future of our organization and meeting the challenges of the 21st Century, while advancing the best |

| | |
|---|---|
| Announcement Number: | FMCSA.CC-2007-0002 |
| Vacancy Description: | Trial Attorney, GS-905 - 13/14 DP |
| Open Period: | 2006-10-27 TO 2006-11-27 |
| Series/Grade: | GS - 0905 - 13/14 |
| Salary: | $77,353.00 - $118,828.00 |
| Promotion Potential: | GS - 14 |
| Hiring Agency: | DOT, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION |
| Duty Locations: | 1 vacancy(ies) in Glen Burnie, MD |
| Contact Information: | Delicia Pinckney, 202-366-1298 TRANSJOBS@fhwa.dot.gov |
| Additional Information: | Who May Apply: Applications will be accepted from any U.S. citizen. This position is under the Excepted Service. **Two Year Trial Period:** Applicants selected under delegated examining procedures for an excepted service position are subject to a two year trial period. Job Summary: Take a journey to challenge your mind and develop your career. The quality of our lives, shape of our communities, and productivity of our Nation's economy depend on our transportation systems. We recognize and value the importance of our workforce and the |

| | |
|---|---|
| Announcement Number: | FMCSA.CC-2007-0004 |
| Vacancy Description: | Trial Attorney, GS-905-13 / 14 BP |
| Open Period: | 2007-05-04 TO 2007-06-04 |
| Series/Grade: | GS - 0905 - 13 / 14 |
| Salary: | $81,540.00 - $125,259.00 |
| Promotion Potential: | GS - 14 |
| Hiring Agency: | DOT, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION |
| Duty Locations: | 1 vacancy(ies) in Olympia Fields, IL |
| Contact Information: | Bessie Pettit, 202-366-1298 TRANSJOBS@fhwa.dot.gov |
| Additional Information: | Who May Apply:<br><br>Applications will be accepted from any U.S. citizen.<br><br>This position is in the Excepted Service.<br><br>**Two Year Trial Period:** Applicants selected under delegated examining procedures for an excepted service position are subject to a two year trial period.<br><br>Job Summary:<br><br>Take a journey to challenge your mind and develop your career. |

| | |
|---|---|
| Announcement Number: | FMCSA.CC-2007-0005 |
| Vacancy Description: | Attorney Advisor, GS-0905 - 13 / 14 BP |
| Open Period: | 2007-06-26 TO 2007-07-16 |
| Series/Grade: | GS - 0905 - 13 / 14 |
| Salary: | $79,397.00 - $121,967.00 |
| Promotion Potential: | GS - 14 |
| Hiring Agency: | DOT, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION |
| Duty Locations: | FEW vacancy(ies) in Washington, DC |
| Contact Information: | Bessie Pettit, 202-366-1298 TRANSJOBS@fhwa.dot.gov |
| Additional Information: | **Who May Apply:**<br><br>Applications will be accepted from any U.S. citizen.<br><br>This position is under the Excepted Service.<br><br>**Two Year Trial Period:** Applicants selected under delegated examining procedures for an excepted service position are subject to a two year trial period.<br><br>Job Summary:<br><br>Take a journey to challenge your mind and develop your career. The quality of our lives, shape of our communities, and productivity of |

| | |
|---|---|
| Announcement Number: | FMCSA.CC-2007-0006 |
| Vacancy Description: | Attorney Advisor (General), GS-0905-13/14 RS |
| Open Period: | 2007-07-30 TO 2007-08-13 |
| Series/Grade: | GS - 0905 - 13 / 14 |
| Salary: | $79,397.00 - $121,967.00 |
| Promotion Potential: | GS - 14 |
| Hiring Agency: | DOT, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION |
| Duty Locations: | FEW vacancy(ies) in Washington, DC |
| Contact Information: | Rosetta Simon, 202-366-1298 TRANSJOBS@fhwa.dot.gov |
| Additional Information: | Who May Apply:<br><br>Applications will be accepted from any U.S. citizen.<br><br>This is an excepted service position. You may be required to serve a 2 year trial period.<br><br>Job Summary:<br>Take a journey to challenge your mind and develop your career. The quality of our lives, shape of our communities, and productivity of our Nation's economy depend on our transportation systems. We recognize and value the importance of our workforce and the diversity of backgrounds and ideas that each employee brings. So we invite you to join us in shaping the future of our organization and meeting the challenges of the 21st Century, while advancing the best transportation system in the world.<br><br>This position is located in the Enforcement and Litigation Division, Office of Chief Counsel, Federal Motor Carrier Safety Administration |

| | |
|---|---|
| Announcement Number: | FMCSA.CC-2007-0010 |
| Vacancy Description: | Attorney Advisor (General), GS-905-13/14 NDD |
| Open Period: | 2007-09-25 TO 2007-10-09 |
| Series/Grade: | GS - 0905 - 13/14 |
| Salary: | $79,397.00 - $121,967.00 |
| Promotion Potential: | GS - 14 |
| Hiring Agency: | DOT, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION |
| Duty Locations: | 1 vacancy(ies) in Washington, DC |
| Contact Information: | ND Do, 202-366-1298 TRANSJOBS@fhwa.dot.gov |
| Additional Information: | Who May Apply:<br><br>Applications will be accepted from any U.S. citizen.<br><br>All candidates will be considered under open competitive procedures. For more information on the Primary Appointing Authorities for Career and Career Conditional Appointments, visit: <A&NBSP;HREF="HTTP: www.opm.gov sroa2.htm? target="new">http://www.opm.gov/employ/html/sroa2.htm.<br><br>Job Summary:<br><br>Take a journey to challenge your mind and develop your career. The quality of our lives, shape of our communities, and productivity of our Nation's economy depend on our transportation systems. We recognize and value the importance of our workforce and the diversity of backgrounds and ideas that each employee brings. So we |

| | |
|---|---|
| Announcement Number: | FMCSA.CC-2007-0011 |
| Vacancy Description: | Attorney Advisor (General), GS-905-13 / 14 NDD |
| Open Period: | 2007-09-28 TO 2007-10-12 |
| Series/Grade: | GS - 0905 - 13 / 14 |
| Salary: | $79,397.00 - $121,967.00 |
| Promotion Potential: | GS - 14 |
| Hiring Agency: | DOT, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION |
| Duty Locations: | 1 vacancy(ies) in Washington, DC |
| Contact Information: | ND Do, 202-366-1298 TRANSJOBS@fhwa.dot.gov |
| Additional Information: | Who May Apply: |
| | Applications will be accepted from any U.S. citizen. |
| | This is an excepted service position. You may be required to serve a 2 year trial period. |
| | Job Summary: |
| | Take a journey to challenge your mind and develop your career. The quality of our lives, shape of our communities, and productivity of our Nation's economy depend on our transportation systems. We recognize and value the importance of our workforce and the diversity of backgrounds and ideas that each employee brings. So we invite you to join us in shaping the future of our organization and meeting the challenges of the 21st Century, while advancing the best |

| | |
|---|---|
| Announcement Number: | FMCSA.CC-2008-0009 |
| Vacancy Description: | Trial Attorney, GS-905-13/14 JAC |
| Open Period: | 2008-02-06 TO 2008-02-07 |
| Series/Grade: | GS - 0905 - 13 / 14 |
| Salary: | $84,519.00 - $129,835.00 |
| Promotion Potential: | GS - 14 |
| Hiring Agency: | DOT, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION |
| Duty Locations: | 1 vacancy(ies) in Olympia Fields, IL |
| Contact Information: | John Colvin, 202-366-1298 TRANSJOBS@fhwa.dot.gov |
| Additional Information: | **Who May Apply:**<br><br>Applications will be accepted from any U.S. citizen.<br><br>This position is in the Excepted Service.<br><br>**Two Year Trial Period:** You may be required to serve a 2 year trial period.<br><br>Job Summary:<br><br>This position serves as a Trial Attorney, located in the |

| | |
|---|---|
| Announcement Number: | FMCSA.CC-2008-0010 |
| Vacancy Description: | Trial Attorney, GS-905-13/14 JAC |
| Open Period: | 2008-02-07 TO 2008-02-20 |
| Series/Grade: | GS - 0905 - 13 / 14 |
| Salary: | $84,519.00 - $129,835.00 |
| Promotion Potential: | GS - 14 |
| Hiring Agency: | DOT, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION |
| Duty Locations: | 1 vacancy(ies) in Olympia Fields, IL |
| Contact Information: | John Colvin, 202-366-1298 TRANSJOBS@fhwa.dot.gov |
| Additional Information: | Who May Apply: Applications will be accepted from any U.S. citizen. This position is in the Excepted Service. **Two Year Trial Period:** You may be required to serve a 2 year trial period. Job Summary: This position serves as a Trial Attorney, located in the |

# EXHIBIT B

# DECLARATION OF PAUL A. GILMORE

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WALLS, WILLYS E | 703 | 03-11-55 | 10-01-00 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 721 | REASSIGNMENT CAO |
| 5-C. Code | 5-D. Legal Authority |
| ZLM | SEE REMARKS BELOW |
| 5-E. Code | 5-F. Legal Authority |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| ATTORNEY ADVISOR | ATTORNEY ADVISOR |
| PD NO=26196004  BU NO=195X10 | PD NO=MC26196004  BU NO=157X10 |
| ORG=2610  CST CNTR=2610 | ORG=MC1130  CST CNTR=M113 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0905 | 14 | 10 | $93,537 | PA | GS | 0905 | 14 | 10 | $93,537 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $85,774 | $7,763 | $93,537 | $0 | $85,774 | $7,763 | $93,537 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| CHIEF COUNSEL | FEDERAL MTCR SAFETY ADMINISTRATION |
| LEGISLATION AND REGULATIONS DIVISION | OFFICE OF CHIEF COUNSEL |
| WASHINGTON, D.C. | WASHINGTON, D.C. |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 2 - 0-None  1-Permanent  2-Conditional  3-Indefinite | | YES ☐ NO ☐ |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| R3  BASIC+OPT B(3X)+OPT A+OPT C(3X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 12-16-80 | F | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 - 1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E - E-Exempt  N-Nonexempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City, County, State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=5 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks
APPROP = 1571.010/910/571010/M11300/1111/00000000
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 9.05%. SALARY IN
BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 9.05%.
REASSIGNMENT DUE TO TRANSFER OF FUNCTIONS TO THE FMCSA EFFECTIVE 10/01/00.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FMCSA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PERSONNEL OFFICER |
| TD-17 | 1602 | 10-11-00 | |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

5-Part  50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY