UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELAINE WALLS,

                Plaintiff,

v.                                                                     Civil Action No. 06-01259 (TFH)

NORMAN Y. MINETA,
Secretary, U.S. Dept. of Transportation,

                Defendant.

## ORDER REFERRING MOTION

Pursuant to LCvR 72.3 of the Rules of the United States District Court for the District of Columbia, it hereby is

**ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 14] be referred to a United States Magistrate Judge for proposed findings of fact and a recommendation about the disposition of the motion, and such other proceedings as may be appropriate to make such a recommendation.

**SO ORDERED.**

August 4, 2008
                                                                     /s/ *Thomas F. Hogan*
                                                                      Thomas F. Hogan
                                                               United States District Judge