REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY:

| CAUSE OF ACTION: | JOB DISCRIMINATION | | | |
|---|---|---|---|---|
| CASE NO:<br>06-1259 | DATE REFERRED:<br>08/6/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MOTION | JUDGE:<br>HOGAN | MAG. JUDGE |

| PLAINTIFF(S):<br>ELAINE WALLS | DEFENDANT(S):<br>NORMAN Y. MINETA, SECRETARY, U.S. DEPT. OF TRANSPORTATION |
|---|---|

ENTRIES: